UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL GRAHAM )<br>4423 Dery Rd. )<br>Upper Marlboro, Maryland 20772 )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br> ) Civil Action No. 05-1340 (JR)<br> ) (ECF)<br>THE ARCHITECT OF THE CAPITOL )<br>U.S. Capitol Building )<br>Washington, D.C. 20350-1000 )<br> )<br>    Defendants. )<br> ) | |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendant, in the above-captioned case.

Respectfully submitted,

/s/

MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of August, 2005, I caused the foregoing Praecipe to be served on plaintiff, postage prepaid, addressed as follows:

Leslie D. Alderman, III
Alderman & Devorsetz, PLLC
1025 Connecticut Ave., NW Suite 1000
Washington, D.C. 20036

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)