AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Michael Graham

**SUMMONS IN A CIVIL CASE**

V.

The Architect of the Capitol

CASE NUMBER 1:05CV01340

JUDGE: James Robertson

DECK TYPE: Employment Discrimination

DATE STAMP: 07/05/2005

JURY ACTION

TO: (Name and address of Defendant)

U.S. Attorney General
950 Pennsylvania Ave., NW
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leslie D. Alderman III
Alderman & Devorsetz PLLC
1025 Connecticut Ave., NW Suite 1000
Washington, D.C. 20036
202-969-8220 (tel.)
202-969-8224 (fax)
lalderman@a-dlaw.com

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                JUL 0 5 2005
CLERK                                          DATE

_/s/ Nanette Stewart-Curah_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | 7/11/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Leslie D. Alderman | Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/29/05
            *Date*

*Signature of Server*

1025 Connecticut Ave, NW
Suite 1000
Washington DC 20036

*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney General
   950 Pennsylvania Ave., NW
   Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
B. Received by (Printed Name) / Jul 11 2005

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number: 7002 2410 0007 8758 4067

PS Form 3811, August 2001   Domestic Return Receipt

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $0.83 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $4.88 |

Postmark 07/05/2005 WASHINGTON SQUARE PO 20036-9997

Sent To: US Attorney General
Street, Apt No.; or PO Box No.: 950 Pennsylvania Ave
City, State, ZIP+4: Washington DC 20530

PS Form 3800, June 2002   See Reverse for Instructions