AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Michael Graham

**SUMMONS IN A CIVIL CASE**

V.

The Architect of the Capitol

CASE NUMBER 1:05CV01340

JUDGE: James Robertson

DECK TYPE: Employment Discrimination

DATE STAMP: 07/05/2005

**JURY ACTION**

TO: (Name and address of Defendant)

THE ARCHITECT OF THE CAPITOL
U.S. Capitol Building
Washington D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leslie D. Alderman III
Alderman & Devorsetz PLLC
1025 Connecticut Ave., NW Suite 1000
Washington, D.C. 20036
202-969-8220 (tel.)
202-969-8224 (fax)
lalderman@a-dlaw.com

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUL 0 5 2005

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7/5/05 |
| NAME OF SERVER (PRINT) Leslie D. Alderman II | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified Mail (Delivered 7/25/05)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/29/05

Signature of Server

1025 Connecticut Ave, NW, Suite 1000
Washington DC 20036

*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Architect of the Capitol
U.S. Capitol Building
Washington, D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
B. Received by (Printed Name)
D. Is delivery address different from item 1? If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)

2. Article Number (Transfer from service label): 7002 2410 0007 8758 6081

PS Form 3811, August 2001 Domestic Return Receipt

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | $0.83 |
| Certified Fee | | $2.30 |
| Return Receipt Fee (Endorsement Required) | | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.88 |

Sent To: Architect of the Capitol
Street, Apt. No.; or PO Box No. US Capitol Building
City, State, ZIP+4 Washington DC 20001

PS Form 3800, June 2002  See Reverse for Instructions