AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Michael Graham

**SUMMONS IN A CIVIL CASE**

V.

The Architect of the Capitol

CASE NUMBER 1:05CV01340

JUDGE: James Robertson

DECK TYPE: Employment Discrimination

DATE STAMP: 07/05/2005

**JURY ACTION**

TO: (Name and address of Defendant)

Civil Process Clerk
U.S. Attorney
555 4th St., NW
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leslie D. Alderman III
Alderman & Devorsetz PLLC
1025 Connecticut Ave., NW Suite 1000
Washington, D.C. 20036
202-969-8220 (tel.)
202-969-8224 (fax)
lalderman@a-dlaw.com

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                JUL 0 5 2005

CLERK                                      DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 13, 2005 |
| NAME OF SERVER (PRINT) Leslie D. Alderman III | TITLE Attorney for Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/29/05

Signature of Server

1025 Connecticut Ave, NW, Ste 1000
Washington DC 20036

Address of Server

---

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

Civil Process Clerk
U.S. Attorney
555 4th St., NW
Washington, D.C. 20001

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Postage $0.60
Certified Fee $2.30
Return Receipt Fee (Endorsement Required) $1.75
Restricted Delivery Fee (Endorsement Required) $0.00
Total Postage & Fees $4.65

Sent To: Civil Process Clerk US Attorney
Street, Apt. No.; or PO Box No. 555 4th St. NW
City, State, ZIP+4 Washington DC 20001

07/05/2005