UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL GRAHAM )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>THE ARCHITECT OF THE CAPITOL )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1340 (JR)<br>(ECF) |

**DEFENDANT'S ANSWER AND AFFIRMATIVE
DEFENSES TO PLAINTIFF'S COMPLAINT**

Defendant, Office of the Architect of the Capitol (AOC or Defendant), through undersigned counsel and prays and avers as follows:

DEFENSES

1. Plaintiff has failed to state a claim upon which relief can be granted.

2. Plaintiff has failed to comply with the requirements under the Congressional Accountability Act (CAA), 2 U.S.C. §1301 et seq., the applicable referenced statutes under the CAA, the regulations issued by the Office of Compliance or regulations made applicable under the Congressional Accountability Act, and related and other legal requirements.

3. Plaintiff has not complied with the time and other requirements for counseling or mediation under the Congressional Accountability Act (CAA).

4. Plaintiff's claims, in whole or in part, are barred for not having exhausted the administrative procedures or requirements.

5. Plaintiff does not meet the prima facie or other requirements for claims of retaliation or reprisal under the Congressional Accountability Act (CAA) or any of the statutes referenced in the CAA or any other legal source or as established by judicial decisions or decisions issued by the Board of Directors of the Office of Compliance.

6. Plaintiff did not mitigate his damages.

7. Plaintiff is estopped from making claims that are the result of the actions taken or not taken by complainant or required of complainant. Plaintiff's claims, in whole or in part, are barred by equitable estoppel.

### RESPONSES TO ALLEGATIONS IN COMPLAINT

In response to the numbered paragraphs of the Complaint, defendant admits, denies, and avers as follows. All allegations in the plaintiff's complaint, including relief, are denied except when admitted, or as admitted to, or as clarified. Defendant makes the responses below as regards the numbered paragraphs:

#### Jurisdiction

1. The paragraph recites legal conclusions to which a response is not required.

2. The paragraph recites legal conclusions to which a response is not required.

3. Defendant denies the allegations in paragraph 3.

4. Defendant admits the allegations in paragraph 4.

5. Defendant admits the allegations in paragraph 5 but clarifies that defendant is a part of the legislative branch of government.

6. The paragraph recites legal conclusions to which a response is not required.

#### Background Related to All Counts

7. Defendant incorporates by reference the responses to paragraphs 1 through 7.

8. Defendant admits the allegations in paragraph 8.

9. Defendant admits that plaintiff had previously filed an employment-related law suit and states that all matters therein were resolved through a settlement agreement in or about June of 2003 as recognized by plaintiff in paragraph 10.

10. Defendant admits the allegations in paragraph 10.

11. Defendant denies the allegations in paragraph 11.

12. Defendant admits that plaintiff was selected for the position based on his qualifications. Defendant denies the remaining allegations in paragraph 12.

13. Defendant denies the allegations in paragraph 13 for lack of information.

14. Defendant is without sufficient knowledge regarding the race of the previous day shift leaders to admit or deny. Defendant denies the remaining allegations in paragraph 14.

15. Defendant admits of paragraph 15 that plaintiff applied for the position and was rated as qualified for the position and was interviewed.

16. Defendant denies the allegations in paragraph 16.

17. Defendant denies the allegations in paragraph 17.

18. Defendant denies the allegations in paragraph 18.

19. Defendant denies the allegations in paragraph 19 for lack of information.

20. Defendant denies the allegations in paragraph 20.

21. Defendant denies the allegations in paragraph 21.

22. Defendant denies the allegations in paragraph 22.

<u>Count I</u>

23. Defendant incorporates by reference the responses to paragraphs 1 through 22.

24. Defendant denies the allegations in paragraph 24.

25. Defendant denies the allegations in paragraph 25.

<u>Count II</u>

26. Defendant incorporates by reference the responses to paragraphs 1 through 25.

27. Defendant denies the allegations in paragraph 27.

28. Defendant denies the allegations in paragraph28.

Defendant requests that plaintiff be denied all of the requests for the relief requested and that the complaint be dismissed. Additionally, compensatory damages, if awarded, are subject to, and limited by, 42 U.S.C. 1981(a).

All allegations in plaintiff's complaint that are not expressly admitted are hereby denied including those allegations in complainant's prayer for relief. Specific proof of any damages or relief sought is requested.

WHEREFORE defendant respectfully requests the that plaintiff's complaint be dismissed with prejudice and that defendant be awarded its costs and fees and all other remedies to which entitled.

Dated: September 12, 2005.

Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C. 20530
(202) 305-4851

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the above date service of the foregoing has been made by electronic mail to Plaintiff's counsel:

Leslie D. Alderman III, Esquire
Alderman & Devorsetz, PLLC
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D. C. 20036

/s/
_____
Mercedeh Momeni
Assistant United States Attorney
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 305-4851