IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL GRAHAM** | ) |
| | ) Civil Action No. 05-1340 (JR) |
| Plaintiff, | ) |
| | ) ECF |
| v. | ) |
| | ) |
| **ARCHITECT OF THE CAPITOL** | ) |
| | ) |
| Defendant. | ) |

## LOCAL CIVIL RULE 16.3(d) REPORT

The Parties to the above captioned case, by and through their undersigned counsel, state the following for their Rule 16.3(d) Meet and Confer Report.

**1. Potential For Disposition By Motion**

No dispositive motions have been filed thus far in this civil action. The Defendant, however, believes that this case is likely to be disposed of by motion and intends to submit a dispositive motion at the close of discovery.

**2. Time For Joining Parties And Amending Pleadings**

The parties do not foresee the addition of any parties at this time.

**3. Assignment To Magistrate Judge**

The parties prefer to keep this matter before U.S. District Court Judge Robertson at this time.

**4. Potential For Settlement**

The parties do not foreclose the potential of settlement, and will pursue efforts to settle this case on their own accord.

**5. Alternative Dispute Resolution**

The parties agree that, at this point in the proceedings, Court-ordered mediation is not likely to assist them in their efforts to settle this matter.

### 6. Resolution By Dispositive Motion

As indicated in Paragraph 1, the Defendant intends to file a motion for summary judgment at the close of discovery. The parties agree that dispositive motions should be filed 30-days following the close of discovery, oppositions 14 days thereafter and replies 14 days after oppositions have been filed.

### 7. Fed. R. Civ. Pro. 26(A)(1) Disclosures

The Parties agree to exchange the information required by Rule 26(a)(1) by the deadline contained in Local Rule 26.2(a).

### 8. Discovery

The Parties agree that discovery should close 180 days following the Local Rule 16.4 Scheduling Order. The parties agree to the discovery limits found in Rule 30 and 33 of the Federal Rules of Civil Procedure. The parties intend to file a Protective Order to safeguard information protected by the Privacy Act.

### 9. Expert Witnesses

At this time the parties do not seek any modification of the requirements of Rule 26(a)(2) of the Federal Rules of Civil Procedure related to expert witness reports.

### 10. Class Action Procedures

This matter is not a class action.

### 11. Bifurcation Of Discovery And Trial

The parties do not believe it is necessary to bifurcate discovery or trial in this matter at this time.

**12. Pretrial Conference**

The parties suggest that the pretrial conference should be held sixty days following the Court's decision on any dispositive motion.

**13. Trial Date**

The parties agree that the trial date should be set at the pretrial conference to be held in this matter.

**14. Other Matters**

The parties are unaware of any additional matters or concerns that the Court needs to address at this time.

Respectfully Submitted,

Date: September 26, 2005

_____/s/_____  _____/s/_____
Kenneth L. Wainstein (DC Bar. No. 451058)   \_Les Alderman (DC Bar No. 477750)
United States Attorney                                           Alderman & Devorsetz, PLLC
                                                                                 1025 Connecticut Ave., NW
_____/s/_____     Washington, DC 20036
R. Craig Lawrence (DC Bar No. 171538)    Tel: 202-969-8220
Assistant United States Attorney                    Fax: 202-969-8224
                                                                                 lalderman@a-dlaw.com
_____/s/_____
Mercedeh Momeni                                           Counsel for the Plaintiff
Assistant United States Attorney
555 Fourth St. NW
Civil Division
Washington, DC 20530
Tel:  202-305-4851
Fax: 202-514-8780
Mercedeh.Momeni@usdoj.gov

Counsel for the Defendant