**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **MICHAEL GRAHAM** | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 05-1340 (JR) |
| | ) |
| v. | ) |
| | ) |
| **ARCHITECT OF THE CAPITOL** | ) |
| | ) |
| Defendant. | ) |

## LOCAL RULE 16.3(d) PROPOSED SCHEDULING ORDER

Pursuant to the Local Rule 16.3(d) report filed by the parties in this matter, the following deadlines shall apply in this Civil Action:

1. Initial disclosures provided for in Rule 26(a)(1) shall be exchanged within 14 days after this order is entered.

2. Discovery shall close 180-days after this order is entered.

3. Dispositive motions must be filed within 30 days of the close of discovery. Oppositions must be filed within 14 days of the filing of the dispositive motions, and Replies must be filed within 14 days of the filing of any Opposition.

4. Experts and expert reports shall be exchanged 30 days prior to the close of discovery.

5. A pretrial conference shall be held 60 days following the Court's decision of any dispositive motions.

6. The trial date shall be scheduled for between 30 and 60 days following the date of the pretrial conference.

2

It is so Ordered, this day, _____, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE
JAMES ROBERTSON