IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL GRAHAM,<br><br>                       **Plaintiff**<br><br>    v.<br><br>ARCHITECT OF THE CAPITOL,<br><br>                       **Defendant** | **Civil Action No. 1:05CV01340**<br><br>**Judge: James Robertson** |

### CERTIFICATE REGARDING DISCOVERY

On this date, December 2, 2005, I served a copy of Plaintiff's FRCP 26(a) Initial Disclosures upon the Defendant.

The undersigned will keep the original version of the discovery papers until the case is concluded in this Court, the time for noting an appeal or petitioning for a writ of certiorari has expired, and any such appeal or petition has been decided.

                                              Respectfully Submitted

                                              _____
                                              Leslie D. Alderman III (D.C. # 477750)
                                              ALDERMAN & DEVORSETZ, PLLC
                                              1025 Connecticut Ave., NW
                                              Suite 1000
                                              Washington, D.C. 20036
                                              202-969-8220 (tel.)
                                              202-969-8224 (fax)

                                              Attorney for the Plaintiff