UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL GRAHAM,                  :
                                 :
        Plaintiff,               :
                                 :
    v.                           : Civil Action No. 05-1340 (JR)
                                 :
THE ARCHITECT OF THE CAPITOL,    :
                                 :
        Defendant.               :

### SCHEDULING ORDER

After a scheduling conference held in chambers on September 29, 2005, it is,

**ORDERED** that discovery is to be completed March 31, 2006.  It is

**FURTHER ORDERED** that any dispositive motion filed after May 1, 2006 may not be considered by the Court.[1]  It is

**FURTHER ORDERED** that a status conference is set for **January 19, 2006 at 4:30 p.m.**  Counsel are to come to that meeting prepared to discuss the status of discovery, their respective settlement positions and the theories of any then-contemplated dispositive motions.  It is

---

[1] Compare Smith v. District of Columbia, No. 04-7082 (D.C. Cir., decided December 6, 2005)(abuse of discretion to consider late filed motion for summary judgment) with F.R.Civ.P. 56 (motion for summary judgment may be filed "at any time").

**FURTHER ORDERED** that the dates set for the final pretrial conference and for trial at the scheduling conference will need to be re-set at the January status conference.  It is

**FURTHER ORDERED** that any discovery disputes be presented, in the first instance, by telephone conference with the Court, and not by motion.  It is

**FURTHER ORDERED** that counsel read and comply with the Local Rules of this Court, and particularly new LCvR 5.4.  Rules LCvR 5.1(b) and LCvR 5.2(a) are the most frequently violated.  And it is

**FURTHER ORDERED** that extensions of time to file dispositive motions or status reports or to complete discovery will be granted as a matter of course if all parties consent and if the extensions will not require re-setting any scheduled court appearance (status conference, motion hearing, pretrial conference, trial).  Do not file a motion for such a consented extension.  Instead, make the request informally by letter, or by e-mail (addressed to RobertsonJ_Chambers@dcd.uscourts.gov), or by fax (202-354-3468).  Do not recite reasons.  The Court's action granting a consented extension will be endorsed on the request and returned to the party requesting it.  That party will be responsible for providing appropriate notice or service to all other parties.  Neither the request nor the action granting it will be part of the record unless a party seeks leave to file it.

**Counsel are strongly cautioned that no additional notice will be given of the appearance dates set forth in this scheduling order.**

```
                                  JAMES ROBERTSON
                            United States District Judge
```