IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL GRAHAM,** | ) |
| | ) Civil Action No. 1:05CV01340 |
| **Plaintiff** | ) Judge: James Robertson |
| v. | ) |
| **ARCHITECT OF THE CAPITOL,** | ) |
| **Defendant** | ) |

## CERTIFICATE REGARDING DISCOVERY

On this date, December 23, 2005, I served a copy of Plaintiff's First Interrogatories and Requests for Production of Documents upon the Defendant.

The undersigned will keep the original version of the discovery papers until the case is concluded in this Court, the time for noting an appeal or petitioning for a writ of certiorari has expired, and any such appeal or petition has been decided.

Respectfully Submitted

_____
Leslie D. Alderman III (D.C. # 477750)
ALDERMAN & DEVORSETZ, PLLC
1025 Connecticut Ave., NW
Suite 1000
Washington, D.C. 20036
202-969-8220 (tel.)
202-969-8224 (fax)

Attorney for the Plaintiff