UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL GRAHAM ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 1:05CV01340 |
| THE ARCHITECT OF THE ) | Judge James Robertson |
| CAPITOL ) | |
| ) | |
| Defendant. ) | |

## CONSENT MOTION FOR STIPULATED PROTECTIVE ORDER

The Architect of the Capitol, Defendant in this case, respectfully requests entry of the attached Stipulated Protective Order to protect documents and information designated by the counsel for either party from public disclosure. The parties have reason to believe that certain material in this case, including information to be exchanged in discovery and possibly information that will become evidence in this case, is covered by the Privacy Act and/or would constitute an unreasonable invasion of privacy. Accordingly, a protective order will facilitate the parties' efforts, including during ongoing discovery to access all relevant material without violating the privacy interests of the parties or other individuals mentioned in the covered materials.

The proposed Stipulated Protective Order has been executed by counsel for Plaintiff and Defendant and is attached hereto. It sets forth the procedures to be followed by the parties when exchanging covered material and also when filing it with the Court.

| | |
|---|---|
| February 7, 2006 | Respectfully submitted,<br>/s/<br>_____<br>KENNETH L. WAINSTEIN, DC Bar #451058<br>United States Attorney<br>/s/<br>_____<br>R. CRAIG LAWRENCE, DC Bar #171538<br>Assistant United States Attorney<br>/s/<br>_____<br>MERCEDEH MOMENI<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br><br>Counsel for defendant |

- 2 -