02/14/2006 15:39 FAX 2024261911        OFFICE OF COMPLIANCEDDA                    ☑002/004



sent: 12/3/04
end: 1/3/05

**FOR OFFICE OF COMPLIANCE USE ONLY**
CASE NO. 05-AC-09 (CV)

# OFFICE OF COMPLIANCE

## FORMAL REQUEST FOR COUNSELING

The Congressional Accountability Act provides that a covered employee who alleges a violation of the Act can initiate proceedings to resolve the allegation(s) by filing a formal request for counseling with the Office of Compliance not later than 180 days after the date of the alleged violation(s). The Office will provide the employee with information about the employee's rights and responsibilities and the procedures of the Office, discuss the employee's concerns, get information from the employee regarding the alleged violation and assist the employee in achieving a resolution of the matter, if possible.

NAME: Michael Graham         DATE: 11-30-04

MAILING ADDRESS: 4423 Dery Road
Upper Marlboro, M.D. 20772

HOME TELEPHONE: 301-627-6624      WORK TELEPHONE: 202-329-8836

POSITION TITLE: Electrical Leader     OFFICE ROOM NO.: SB-305

EMPLOYING OFFICE INVOLVED: Architect of the Capitol,
(HOB) Electrical Division

DESCRIBE THE CONDUCT COMPLAINED OF, INCLUDING DATE(S) AND PERSON(S) INVOLVED:

I was past over a position because of my race.

"Denied promotion because I Am Black"

CONFIDENTIALITY. PLEASE BE ADVISED OF THE IMPORTANCE OF CONFIDENTIALITY IN THIS PROCESS. SECTION 416 OF THE ACT PROVIDES THAT ALL COUNSELING SHALL BE STRICTLY CONFIDENTIAL. HOWEVER, YOU AND THE OFFICE OF COMPLIANCE MAY AGREE TO NOTIFY THE EMPLOYING OFFICE OF YOUR ALLEGATIONS DURING COUNSELING BY SIGNING AN AGREEMENT WAIVING CONFIDENTIALITY FOR THAT PURPOSE.

SIGNATURE OF EMPLOYEE (OR REPRESENTATIVE): *Michael X Graham*

Name of the Office of Compliance
Official who received this request: *Teresa James*

Date and manner in which Office received the request:
*11-29-04*
*in Person*

Has employee previously received advice/information from office?: *yes*

If so, when? *about one year ago*