

*advancing safety, health, and workplace rights in the legislative branch*

# Office of Compliance

Office of the Executive Director

William W. Thompson, II
*Executive Director*

February 8, 2006

<u>Sent via facsimile to: (202) 514-8780</u>
Mercedeh Momeni, Esq.
555 4th Street, NW
Civil Division
Washington, DC 20530

Dear Ms. Momeni:

    In response to your inquiry, I have attached a statement on the Office of Compliance's case numbering system.

Sincerely,

Teresa M. James
Director of Dispute Resolution

attachment

# OFFICE OF COMPLIANCE

## CASE NUMBERING SYSTEM

Proceedings under Title IV of the CAA - Administrative and Judicial Dispute Resolution Procedures - are initiated when a covered employee submits a request for counseling with the Office. When the Office receives a request for counseling a case number is assigned to the matter. All case numbers contain 4 factors: the Fiscal Year within which the Request is filed, the Chamber or the Instrumentality involved, number sequencing, and Type(s) of Violation alleged.

Example hypothetical case no. 05-OC-50(CV, FM) breaks down as follows:
    05 = Employee requested counseling in FY 2005
    OC = Office of Compliance is the employing office
    50 = 50th case filed in FY2005
    (CV, FM) = alleged violation of rights under title VII of the Civil Rights Act, and FMLA

The following paired initials will indicate the Chamber or Instrumentality involved:
AC - Architect of the Capitol
CB - Congressional Budget Office
CG - Capitol Guide Service
CP - Capitol Police
GA - Government Accountability Office
GP - Government Printing Office
HS - House of Representatives
LC - Library of Congress
MD - Attending Physician
OC - Office of Compliance
SN - Senate

The following initials will indicate the provision of the Act alleged to have been violated:
DA - Americans with Disabilities Act
AG - Age Discrimination in Employment Act
CV - Title VII of the Civil Rights Act of 1964
RH - Rehabilitation Act
FM - Family and Medical Leave Act
FL - Fair Labor Standards Act
PL - Polygraph Protection
WN - WARN Act
VT - Veteran's Employment
RP - Retaliation