

# Office of Compliance

*advancing safety, health, and workplace rights in the legislative branch*

Office of the Executive Director

January 19, 2005

Kevin Mulshine, Esq.
Architect of the Capitol
Ford House Office Building
Second & D Streets, SW
Room H2-202
Washington, DC 20515

## NOTICE OF INVOCATION OF MEDIATION
Re: Michael Graham, Employee
and
Office of the Architect of the Capitol, Employing Office
Case No. 05-AC-09 (CV)

Dear Mr. Mulshine:

This is to notify you that the above identified individual requested mediation on January 18, 2005, pursuant to §2.04(b) of the Procedural Rules of the Office of Compliance. The Office has designated Joshua Javits to mediate this matter, who will be in contact with you very shortly.

Mr. Graham formally requested counseling on December 3, 2004, alleging failure to promote because of race in violation of section 201 of the Congressional Accountability Act.

*The mediation period, pursuant to §2.04(e) shall be 30 days beginning on the date the Office received the mediation request unless the Office extends the period upon the joint request of the parties. Absent submission of a formal settlement agreement to the Office, pursuant to §9.05(b), or a signed statement from the parties that they reached an informal settlement agreement, pursuant to §9.05(a) of the Procedural Rules, the Office will issue an end of Mediation Notice to the parties at the completion of the mediation period.*

The Office has introduced the enclosed *Mediation Exit Surveys* so that we may more systematically monitor and evaluate our mediation function. We request that you complete and return the Survey to us following the final session in this case. We shall treat the completed form with absolute confidentiality.

If you have any questions please contact this Office.

Sincerely,

Teresa M. James
Acting Deputy Director

Enclosure: Mediation Exit Survey
cc: Les Alderman, Esq.
    Joshua Javits, Mediator

Room LA 200, Adams Building • 110 Second Street, SE • Washington, DC 20540-1999 • t/202.724.9250 • f/202.426.1913 • tdd/202.426.1912

www.compliance.gov