COPY

1

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3  - - - - - - - - - - - - - - - x
 4  MICHAEL GRAHAM,                :
 5              Plaintiff,         :
 6  vs.                            : Case No. 1:05CV01340
 7  THE ARCHITECT OF THE CAPITOL,  :
 8              Defendant.         :
 9  - - - - - - - - - - - - - - - x
10
11                              Washington, D.C.
12                              Wednesday, January 18, 2006
13
14
15  Deposition of:
16              MICHAEL GRAHAM,
17  the Plaintiff, called for examination by counsel for the
18  Defendant, pursuant to notice and agreement as to time and
19  place, at 501 Third Street, N.W., Washington, D.C., before
20  Deborah Rinaldo, RPR, Notary Public in and for the District
21  of Columbia.
22
23
24
25
```

```
 1     Q.   Ever been arrested?
 2     A.   No.
 3     Q.   Is there anything else you want to add about your
 4  claims before we call it a day, Mr. Graham?
 5     A.   Not that I can think of.
 6     Q.   I thank you for your attendance.
 7          MR. ALDERMAN:  I've got a few questions, just in
 8  rebuttal.
 9                      CROSS-EXAMINATION
10     BY MR. ALDERMAN:
11     Q.   Mr. Graham, when we were talking about your damages,
12  have you missed work as a result of the denied promotion and
13  the stress on the job related to discrimination?
14     A.   Yes, I have.
15     Q.   Can you estimate the number of days that you missed
16  as a result of the denied promotion to the night shift
17  assistant foreman position in 2004?
18     A.   I would have to go back and look at my leave record,
19  but I'll say this, I've taken more leave this year than I ever
20  have the previous 10 or 15 years.
21     Q.   When you went to the Office of Compliance to
22  initiate the complaint process there, did you mention
23  retaliation as --
24          MS. MOMENI:  Objection.  Leading, Counsel.
25          MR. ALDERMAN:  It's a yes or no.
```

181

 1          MS. MOMENI:  That's exactly right.  It's leading.
 2  It's your own witness.
 3          MR. ALDERMAN:  I'm still going to ask the question
 4  as it is.  It's not leading.  He can answer.
 5          MS. MOMENI:  It's a yes or no, that's leading.  Go
 6  ahead and ask him.
 7          BY MR. ALDERMAN:
 8      Q.  Did you make a claim for retaliation as well as
 9  discrimination or was it just discrimination?
10      A.  If my memory serves me correctly, I think it was
11  both promotion -- I mean, race and retaliation.
12      Q.  Earlier you were talking about a selection when you
13  did not make the original cert list.  Was that for the night
14  shift position or was it for the evening shift assistant
15  supervisory position which I think occurred a year later?
16          So the night shift was in 2004 sometime and I think
17  the evening shift was in 2005 sometime.  Do you remember
18  specifically which one you didn't initially make the cert for?
19      A.  If my memory serves me correctly, I think it was
20  the evening shift.
21      Q.  So not the night shift?
22      A.  Not the night shift.
23      Q.  So earlier when you were talking with Ms. Momeni
24  about not making the cert, and you indicated that it was for
25  the night shift, were you making a mistake?