*advancing safety, health, and workplace rights in the legislative branch*

# Office of Compliance

Office of the Executive Director

William W. Thompson, II
*Executive Director*

January 4, 2005

**CERTIFIED MAIL
RETURN RECEIPT REQUESTED**
Les Alderman
1025 Connecticut Avenue, NW
Suite 1000
Washington, DC 20036

**NOTICE TO EMPLOYEE OF END OF COUNSELING PERIOD**
Re: Michael Graham, Employee
and
Office of the Architect of the Capitol, Employing Office
Case No. 05-AC-09 (CV)

Dear Mr. Alderman:

    This is to notify you that the counseling period on your client's allegation of violation of the Congressional Accountability Act (CAA) began on December 3, 2004 and ended on January 3, 2005.

    In accordance with Section 403 of the CAA, if your client wishes to proceed any further in this matter your client must file a written request for mediation with this Office not later than 15 calendar days after you receive this notice. <u>Otherwise, your client's request for mediation will be too late.</u> A request for mediation [see the form enclosed] must include your client's name, address and telephone number and the name of the Employing Office which is the subject of your allegation(s). The Office of Compliance implemented a fiscal year reporting system effective October 1, 2004, thus all cases filed on or after that date will have a case docket number beginning with "05". Please include your case number (**05-AC-09 (CV)**) on any correspondence with this Office, including a request for mediation.

    A request for mediation, which may be hand-delivered, mailed, or sent by facsimile transmission, should be addressed to:

    Executive Director
    Office of Compliance
    Room LA 200
    110 Second Street, S.E.
    Washington, DC 20540-1999
    Telephone: (202)724-9250
    Facsimile: (202)426-1913

-2-

If your client requests mediation, the Office will notify the employing office of the commencement of mediation. The mediation period shall be 30 calendar days, beginning on the date that this Office receives the request for mediation. The Office may extend the mediation period upon the joint request of the parties to the mediation. The parties may elect to be represented during the mediation. If your client does not wish to request mediation this matter shall be closed.

Thank you for your attention. If you have any questions please contact this Office.

Sincerely,

/Bill Thom/

William W. Thompson II
Executive Director

Enclosure:   Facsimile Notice
Request Mediation
Dispute Resolution Process Pamphlet
Designation of Representative Form