*advancing safety, health, and workplace rights in the legislative branch*

# Office of Compliance

Office of the Executive Director

William W. Thompson, II
*Executive Director*

April 11, 2005

**CERTIFIED MAIL
RETURN RECEIPT REQUESTED**
Les Alderman, Esq.
Alderman & Devorsetz, PLLC
1025 Connecticut Avenue, NW
Suite 1000
Washington, DC 20036

**END OF MEDIATION NOTICE**
Re: Michael Graham, Employee
and
Office of the Architect of the Capitol, Employing Office
Case No. **05-AC-09 (CV)**

Dear Mr. Alderman:

This is to notify you that the mediation period has ended in the above matter without a resolution of your client's claims. The counseling period began on December 3, 2004 and ended on January 3, 2005. The mediation period began on January 18, 2005 and ended on April 8, 2005.

Your request for mediation was based upon your client's allegation(s) that the employing office violated section(s) 201 of the Congressional Accountability Act ("CAA").

If your client wishes to proceed further with this matter, your client must do so **not later than 90 days, but no sooner than 30 days**, after you receive this end of mediation notice. During that 60-day time frame your client may either: (1) file a **formal complaint** with the Office of Compliance in accordance with section 405 of the (CAA); or (2) file a **civil action**, in accordance with section 408 of the CAA, in the United States District Court for the district which you are employed, or in the U.S. District Court for the District of Columbia. You may assert only those claims that your client made during counseling and mediation.

If your client chooses to file a formal complaint with the Office of Compliance it must be legibly written or typed on the enclosed *Complaint* form. The complaint must be signed by your client or his/her designated representative and contain the following information:

(a) the complainant's name, mailing address, and telephone number;

(b) the involved employing office's name, address, and telephone number;

(c) the name(s) and title(s) of the individual(s) involved in the conduct that your client claims violated the CAA;

-2-

(d) a description of the conduct that your client challenges, including the date(s) and location(s) of the conduct;

(e) a brief description of why your client believes the challenged conduct violated the CAA and your identification of each applicable section of the Act (i.e., Sec. 201 (Employment discrimination), Sec. 202 (Family and Medical Leave), Sect. 203 (Fair Labor Standards), Sec. 204 (Employee Polygraph Protection), Sec. 205 (Worker Adjustment and Retraining), Sec. 206 (Employment and Reemployment of Veterans), and Sec. 207 (Intimidation or Reprisal).

(f) a statement of the relief or remedy sought;

(g) the name, address, and telephone number of the representative, if any, who will act on your client's behalf.

If your client chooses to file a formal complaint with this Office, we will serve a copy of your client's complaint, and the Office's Procedural Rules, on the named employing office, or its designated representative. The Office's transmittal letter will notify the employing office that it must file an answer to the complaint with this Office within 15 days after service of the complaint. A copy of the service list containing the names and addresses of the parties and their designated representatives will also be forwarded to the employing office.

If your client files a formal complaint with this Office, we will appoint an independent Hearing Officer to consider the complaint and render a decision. The Office of Compliance will issue a notice of hearing fixing the date, time and place of the hearing. Absent a postponement granted by this Office, or other dispositive action by the Hearing Officer, the hearing will commence no later than 60 days after the filing of the complaint.

If your client chooses to file a civil action in U.S. District Court, the Office will not process your case in court and it will be your client's responsibility to abide by all applicable Federal Rules and procedures applicable to civil actions.

If you have any questions or need any assistance, please contact this Office.

Sincerely,

Teresa M. James
Acting Deputy Director

Enclosure: Facsimile Notice
Complaint Form

cc: Peter Kushner, General Counsel
Joshua Javits, Mediator