IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL GRAHAM,** | ) |
| Plaintiff | ) Civil Action No. 1:05CV01340 |
| v. | ) Judge: James Robertson |
| **ARCHITECT OF THE CAPITOL,** | ) |
| Defendant | ) |

## ORDER RELATED TO DEFENDANT'S PARTIAL MOTION TO DISMISS

After careful consideration of the Defendant's Motion to Dismiss Plaintiff's claim of retaliation and the Plaintiff's Opposition thereto, it is hereby Ordered that the Defendant's Motion is denied. The CAA does not include an administrative issue exhaustion requirement, and therefore the District Court has jurisdiction, pursuant to 2 U.S.C. § 1408 to hear the Plaintiff's claim of retaliatory non-selection.

So Ordered this date, _____, 2006.

_____
District Court Judge James Robertson