COPY

1

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3   - - - - - - - - - - - - - - - x
 4   MICHAEL GRAHAM,                :
 5             Plaintiff,           :
 6   vs.                            : Case No. 1:05CV01340
 7   THE ARCHITECT OF THE CAPITOL,  :
 8             Defendant.           :
 9   - - - - - - - - - - - - - - - x
10
11                            Washington, D.C.
12                            Wednesday, January 18, 2006
13
14
15   Deposition of:
16             MICHAEL GRAHAM,
17   the Plaintiff, called for examination by counsel for the
18   Defendant, pursuant to notice and agreement as to time and
19   place, at 501 Third Street, N.W., Washington, D.C., before
20   Deborah Rinaldo, RPR, Notary Public in and for the District
21   of Columbia.
22
23
24
25
```

1    Q.   Yes.
2    A.   I thought that based on the fact that when we went
3  through the first phase of all this, that I'm assuming that
4  this is fact, that that attorney saw that what was happening
5  with Gordon Tolson and I was so egregious that they made me an
6  offer of both a cash settlement and promotion.
7         Now, of course, I'm assuming -- this is what I
8  understood, that they still had to take that to the Architect
9  of the Capitol, they are my employer.
10        Well, their attorney, Martinez, He didn't do that
11 and what do you think?
12        I didn't ask for that.  So that's why I think that
13 they would assume that I would have filed a retaliation claim.
14 And I would have.
15   Q.   If you didn't get the promotion?
16   A.   I would have.
17   Q.   Even if someone was more qualified than you?
18   A.   I work in this division.  I know everybody just as
19 well as they know me.  Ain't nobody more qualified.  Not
20 there.  If you had brought somebody from the outside, I can't
21 sit here and say that somebody don't have a Ph.D. in
22 electrical division.  I don't know.  I'm speaking on Capitol
23 Hill.
24   Q.   So you think the reason that you were given this
25 promotion to work leader was because of the 2002 complaint

1  that you had filed and settled; is that correct?
2      A.   No.  That's not what I'm saying.
3      Q.   What are you saying?
4      A.   I think that was a part of it.  But I'm just as well
5  qualified as anybody else that applied for that position.  So
6  I don't want to negate the fact that I'm saying this is the
7  only reason that I got that position.  That's not what I'm
8  saying.  I was just as qualified when I applied for leader as
9  I was when I applied for assistant foreman.
10     Q.   And I think it was your testimony earlier that
11 Mr. Stewart is a person who decided that you should be
12 promoted, correct?
13     A.   Yes.  One of them.
14     Q.   One of them?
15     A.   Because as is explained to me, there is a panel:
16 Him, Pete Acheson and who else.  But I know what I know.  And
17 given the responsibility of his position in the electrical
18 division, I guess it could happen.  But it's not likely that
19 they would force somebody on him that he's not approving of.
20     Q.   And let the record reflect that the witness is
21 pointing to Mr. Stewart.
22          So if I understand you correctly, you are saying
23 Mr. Stewart approved of you?
24     A.   The bus starts and stops with him.
25     Q.   And do you think he had any problems with you having

```
 1  That's the reason we had the conversation about what people
 2  was going to think and their reaction that we may get out of
 3  this.
 4      Q.  And that's what you believe he went down to the EEO
 5  office with you for was because of the name-calling and
 6  nothing else; is that correct?
 7      A.  That's what I understand.
 8      Q.  And absolutely nothing else?
 9      A.  I can't say absolutely nothing else.
10      Q.  So the same person that goes to the EEO office with
11  you is going to retaliate against you for doing the same thing
12  that he did; is that correct?  Is that what you are saying in
13  paragraph 12?
14      A.  I'm being confused.
15      Q.  I'm sorry.  You are right.  Let me clarify that.
16  That's my fault.
17          Mr. Stewart was a decision-maker for you becoming
18  electrician leader, correct?
19      A.  Yes.
20      Q.  And so you've also testified that he also went to
21  the EEO office with you on the same issues, correct?
22      A.  Some of the same issues.
23      Q.  Some of the same issues that you know of.  You don't
24  know, I think you testified what all his thoughts were in his
25  head, correct?
```