UNITED STATES GOVERNMENT
# MEMORANDUM

ARCHITECT OF THE CAPITOL
WASHINGTON, DC 20515

ARCHITECT OF THE CAPITOL
ROOM SB-15, U.S. Capitol, (202) 228-1793



DATE:      March 12, 2001

TO:        Senior Staff Members; Building Superintendents; Division Directors; Supervising Engineer; Chief Engineer; Landscape Architect; Executive Director, U.S. Botanic Garden; and Director of Food Services, U.S. Senate Restaurants

FROM:      Alan M. Hantman, FAIA 
           Architect of the Capitol

SUBJECT:   Pilot Staffing Initiative for Filling Agency Vacancies

Over the past few weeks I have been conducting a number of program and budget reviews. As a result of the information I have obtained from these reviews and based upon recommendations made by the Superintendents and other senior staff, I have approved a pilot staffing initiative (attached). The focus of this initiative is to promptly fill vacant positions that are critical to fulfilling our mission. Human Resources, Budget, and other members of the senior staff have agreed on the various provisions of this pilot initiative. I have asked that the organizations affected adjust their operational priorities so as to implement this initiative immediately.

The effectiveness of this pilot initiative depends on your ensuring that it is utilized promptly and effectively and that you are ever-mindful that interview and selection decisions are to be based on merit (qualifications) of the applicants being considered. I am looking to the Director of Human Resources to review the use of the various provisions during the pilot and to advise me on appropriate corrective measures as warranted. Also note that the procedures permitted in this pilot are not to be used when filling bargaining unit positions; they are to be used only for non-bargaining unit positions.

An initial action item for all selecting officials is to complete the interview and selection process for positions where a certificate of eligibles has been issued by HR. There are currently 56 vacancies for which HR has issued certificates. The interview/selection process needs to be completed so that we bring on the staff to fill those needs. I have asked the Superintendents and other senior managers to give the completion of this task a high priority and will be asking for regular updates.

We have a very heavy workload and need to fill existing vacancies to meet our mission requirements. Through this pilot initiative, and with your giving the interview/selection process a high priority, over the next few months we intend to be able to fill the vacant positions in our organizations. Thank you for making this effort a high priority and for your exceptional efforts in fulfilling our mission and meeting the needs or our customers.

0000000319



Washington, DC 20515

March 12, 2001

The agency currently has a significant backlog in the filling of many positions that have been authorized and funded for this fiscal year. These positions represent, in many cases, the priority staffing needs of the various building superintendents and others, and are critical to our success.

I requested that my Senior Policy staff and other senior managers provide recommendations for eliminating this backlog consistent with existing law and the maintenance of merit-based selection decisions. Some of the recommendations called for the granting of greater flexibility in areas of our self-imposed hiring constraints in the areas of recruitment and the processing of applications.

To meet this critical need of the Office of the Architect of the Capitol, I authorize the following changes to the requirements of the Career Staffing Policy. These changes will be instituted as a pilot program that will extend for six months from the date of this directive, and <u>will affect only non-bargaining unit positions</u> within the agency.

1. <u>Certificates of Eligibles (Certs)</u>  With respect to Certs currently compiled, and those to be compiled for the next six (6) months, they may be extended beyond 120 days and used as active staffing instruments for a period of not-to-exceed six (6) months. A request for an extension of a Cert or Certs beyond 120 days must be made to the Human Resources Employment and Classification Branch Chief, and must be accompanied by a written justification showing that filling the position from a Cert was impossible within the 120 day period, due to factors beyond the control of the manager responsible for filling the position. Requests for extensions must be received by Human Resources not later than 7 days prior to the expiration of the Cert. HR will continue to provide one Cert for each grade level with internal, external, and non-competitive applicants identified and listed separately.

2. <u>Exigent Positions</u>  In the event the filling of some positions is considered exigent based on fire and life safety, environmental, or other considerations, such positions may be filled without the necessity of conforming to the career staffing policy. I will make decisions on whether a particular position merits the designation of exigent on a case-by-case basis. My decisions will be based on information provided by the head of the appropriation jurisdiction or central staff member making the request. Managers shall ensure that exigent positions are competed to the maximum extent practicable.

3. <u>Interviews</u>  With respect to Certs currently compiled, and those to be compiled for the next six (6) months, in lieu of conducting interviews with every applicant on a Cert, if an interview with one applicant is desired, as currently required, managers shall conduct a minimum of three (3) interviews. Nothing in this revised policy shall be construed as limiting a manager's ability to conduct more than three interviews from each Cert.

4. <u>Independent Observer</u>  An independent observer for each interview will still need to be identified by the appropriate Superintendent or Central Staff Senior Manager. The observer can be a permanent employee at any grade level and from any organization so long as the observer is not from the same unit as the vacancy being filled. The role of the observer is to ensure that the same interview questions are asked and that all interviewees are dealt with in the same manner. In certain circumstances, additional interview criteria may be required as identified by the Director of Human Resources.

5. <u>Difficult to Fill Positions</u>  Based on historical data, the Director of Human Resources has advised me that the following positions have been extremely difficult to fill and the effort to fill them has been time consuming and at times costly. Accordingly, with respect to the following listed positions I authorize filling these positions without the necessity of conforming to the career staffing policy.

   1. Elevator Mechanic
   2. Maintenance Mechanic
   3. Upholsterer
   4. Engineering Technician
   5. Architectural Technician
   6. Computer Specialist

I will consider adding additional positions to this list based on recruitment information that reflects the difficulty encountered in filling such positions.

6. <u>Crediting Plans</u>  Effective as of the date of this revised policy directive, managers will not be required to prepare a Crediting Plan for any vacancy. Applicants will provide an application, and at their option a supplemental statement, in response to the KSAO's identified in each vacancy announcement. Also effective as of the date of this revised policy, Human Resource personnel shall examine applications only for minimum qualifications and include all applicants meeting minimum qualifications on Certs, which will be forwarded to managers for selection of the candidate based on merit. In making a selection, managers are to consider the content of the entire application. Whether or not an applicant submits the optional supplemental statement shall not be considered for or against the applicant in the selection determination.

0000000321

7. <u>Vacancy Announcements</u>  Positions advertised under the provisions authorized herein may be open for a minimum of 5 business days for internally advertised vacancies and a minimum of 10 business days for vacancies advertised externally. The opening period may be extended beyond these minimums at the discretion of the selecting official.

In connection with this revised policy, the Director of Human Resources will conduct random audits of the application of the revised policy throughout the agency. If the results of the audit suggest a pattern and practice of decisions based on other than merit, I will direct corrective action including, but not limited to, a requirement that any or all of the procedures required prior to this directive be reinstated. Based on further evaluation, I may extend this pilot either Agency-wide or to specific jurisdictions beyond September 28, 2001.

This revised policy is being instituted to respond to a critical need of this agency. I fully expect all managers to take full advantage of these new flexibilities in an expeditious fashion, and to utilize them in a fair and consistent manner, which uphold the requirements of merit decision-making and the requirements of applicable laws and the Architect of the Capitol Human Resources Act.

The foregoing Pilot Program will remain in effect until September 28, 2001.

Approved

*[signature]*

Alan M. Hantman, FAIA
Architect of the Capitol