AoC PERSONNEL MANUAL                                            335-13
Career Staffing Program                                         07-15-94

    .13    A nondiscrimination statement.

    .14    The documents which must be submitted by the applicants for them to be considered for the vacancy.

.6    **Crediting Plans**

    .1    The essential KSAO and selective placement factors shall be the only factors used in the crediting plan to evaluate candidates to determine which are HQ in the staffing of a vacancy.

    .2    Crediting plans shall be constructed to evaluate and identify Highly Indicative, Generally Indicative, and Marginally Indicative levels of possession of each KSAO. These indicative levels shall be valued at five, three, and one points respectively. Intermediate point values of four and two points may not be used.

    .3    Selecting officials may weight KSAO by appropriate multipliers to reflect their importance in relation to each other. Weights (multipliers), however, may only appear on tally sheets, not on the Vacancy Announcement or crediting plan.

    .4    Crediting plans are applied to all of the information submitted by the applicant in response to the requirements specified in the Vacancy Announcement. Current employees of the Architect who are candidates for wage grade/similar positions may be required to orally address their possession of the specified KSAO to the evaluator(s) instead of being required to submit updated employment information and/or supplemental qualifications statements.