UNITED STATES GOVERNMENT
# MEMORANDUM

ARCHITECT OF THE CAPITOL
WASHINGTON, DC 20515

ARCHITECT OF THE CAPITOL
ROOM SB-15, U.S. Capitol, (202) 228-1793

DATE: May 23, 2003

TO: Senior Policy Committee; Building Superintendents; Division Directors; Director of Utilities and Power Plant; Landscape Architect; Executive Director, U.S. Botanic Garden; and Director of Food Services, U.S. Senate Restaurants

FROM: Alan M. Hantman, FAIA 
Architect of the Capitol

SUBJECT: Staffing Initiative for Filling Vacancies

The AOC has been operating under the Pilot Staffing Initiative for Filling Vacancies since March 12, 2001. The initiative requires Human Resources to review the various provisions during the pilot and to advise on corrective measures as deemed necessary to effectively staff positions.

Based on feedback from managers and further analysis of procedures, Human Resources has recommended streamlining the selection procedures for positions outside the collective bargaining units. I am authorizing that provisions in the Pilot be made the standard for filling vacancies. In addition, I am authorizing the following changes:

Certificate(s) of Eligibles:

Human Resources will issue 1 (one) Certificate of Eligibles per grade level. The Certificate(s) will list the candidates by only two categories: Internal and External.

Interviewing Candidates:

Selecting officials may continue to make selections based on the review of the applications referred, and are not required to interview. However, managers are required to write on the certificate that no interviews were conducted and that the selection was made from the review of the applications.

If the manager elects to interview, he/she must interview a minimum of 3 candidates from the Certificate of Eligibles. The manager can choose a minimum of 3 candidates regardless of the categories (Internal, External) in which candidates are listed. That is, the manager may choose candidates for interviews from either the Internal or External lists or from a combination of both categories.

If the position was advertised at multiple grade levels, the manager will receive a separate Certificate of Eligibles for each grade level. If the manager chooses to interview, the minimum number of required interviews per grade level is 3.

The selecting official must write "Interviewed" by the names of the respective candidates.

0000000310

Justification of Candidates Selected for Interview Form:

I am rescinding the use of the *Justification of Candidates Selected for Interview* form. Selecting officials, managers, and supervisors are responsible for ensuring that applicants selected for interviews are chosen based on work history and experience related to the position to be filled and that selection decisions are based on the merit of that experience along with the successful exchange of information during the interview process.

These revisions of the Pilot Staffing Initiative for Filling Vacancies are instituted to continue our efforts to respond to the critical needs of the AOC. They will remain in effect until superseded.

Attachments