UNITED STATES GOVERNMENT
# MEMORANDUM

ARCHITECT OF THE CAPITOL
WASHINGTON, DC 20515

ARCHITECT OF THE CAPITOL
ROOM SB-15, U.S. Capitol, (202) 228-1793

---

DATE: March 12, 2001

TO: Senior Staff Members; Building Superintendents; Division Directors; Supervising Engineer; Chief Engineer; Landscape Architect; Executive Director, U.S. Botanic Garden; and Director of Food Services, U.S. Senate Restaurants

FROM: Alan M. Hantman, FAIA
Architect of the Capitol

SUBJECT: Pilot Staffing Initiative for Filling Agency Vacancies

Over the past few weeks I have been conducting a number of program and budget reviews. As a result of the information I have obtained from these reviews and based upon recommendations made by the Superintendents and other senior staff, I have approved a pilot staffing initiative (attached). The focus of this initiative is to promptly fill vacant positions that are critical to fulfilling our mission. Human Resources, Budget, and other members of the senior staff have agreed on the various provisions of this pilot initiative. I have asked that the organizations affected adjust their operational priorities so as to implement this initiative immediately.

The effectiveness of this pilot initiative depends on your ensuring that it is utilized promptly and effectively and that you are ever-mindful that interview and selection decisions are to be based on merit (qualifications) of the applicants being considered. I am looking to the Director of Human Resources to review the use of the various provisions during the pilot and to advise me on appropriate corrective measures as warranted. Also note that the procedures permitted in this pilot are not to be used when filling bargaining unit positions; they are to be used only for non-bargaining unit positions.

An initial action item for all selecting officials is to complete the interview and selection process for positions where a certificate of eligibles has been issued by HR. There are currently 56 vacancies for which HR has issued certificates. The interview/selection process needs to be completed so that we bring on the staff to fill those needs. I have asked the Superintendents and other senior managers to give the completion of this task a high priority and will be asking for regular updates.

We have a very heavy workload and need to fill existing vacancies to meet our mission requirements. Through this pilot initiative, and with your giving the interview/selection process a high priority, over the next few months we intend to be able to fill the vacant positions in our organizations. Thank you for making this effort a high priority and for your exceptional efforts in fulfilling our mission and meeting the needs or our customers.

0000000319



Washington, DC 20515

March 12, 2001

The agency currently has a significant backlog in the filling of many positions that have been authorized and funded for this fiscal year. These positions represent, in many cases, the priority staffing needs of the various building superintendents and others, and are critical to our success.

I requested that my Senior Policy staff and other senior managers provide recommendations for eliminating this backlog consistent with existing law and the maintenance of merit-based selection decisions. Some of the recommendations called for the granting of greater flexibility in areas of our self-imposed hiring constraints in the areas of recruitment and the processing of applications.

To meet this critical need of the Office of the Architect of the Capitol, I authorize the following changes to the requirements of the Career Staffing Policy. These changes will be instituted as a pilot program that will extend for six months from the date of this directive, and <u>will affect only non-bargaining unit positions</u> within the agency.

1. <u>Certificates of Eligibles (Certs)</u>   With respect to Certs currently compiled, and those to be compiled for the next six (6) months, they may be extended beyond 120 days and used as active staffing instruments for a period of not-to-exceed six (6) months. A request for an extension of a Cert or Certs beyond 120 days must be made to the Human Resources Employment and Classification Branch Chief, and must be accompanied by a written justification showing that filling the position from a Cert was impossible within the 120 day period, due to factors beyond the control of the manager responsible for filling the position. Requests for extensions must be received by Human Resources not later than 7 days prior to the expiration of the Cert. HR will continue to provide one Cert for each grade level with internal, external, and non-competitive applicants identified and listed separately.

2. <u>Exigent Positions</u>   In the event the filling of some positions is considered exigent based on fire and life safety, environmental, or other considerations, such positions may be filled without the necessity of conforming to the career staffing policy. I will make decisions on whether a particular position merits the designation of exigent on a case-by-case basis. My decisions will be based on information provided by the head of the appropriation jurisdiction or central staff member making the request. Managers shall ensure that exigent positions are competed to the maximum extent practicable.

0000000320

3. <u>Interviews</u>   With respect to Certs currently compiled, and those to be compiled for the next six (6) months, in lieu of conducting interviews with every applicant on a Cert, if an interview with one applicant is desired, as currently required, managers shall conduct a minimum of three (3) interviews. Nothing in this revised policy shall be construed as limiting a manager's ability to conduct more than three interviews from each Cert.

4. <u>Independent Observer</u>   An independent observer for each interview will still need to be identified by the appropriate Superintendent or Central Staff Senior Manager. The observer can be a permanent employee at any grade level and from any organization so long as the observer is not from the same unit as the vacancy being filled. The role of the observer is to ensure that the same interview questions are asked and that all interviewees are dealt with in the same manner. In certain circumstances, additional interview criteria may be required as identified by the Director of Human Resources.

5. <u>Difficult to Fill Positions</u>   Based on historical data, the Director of Human Resources has advised me that the following positions have been extremely difficult to fill and the effort to fill them has been time consuming and at times costly. Accordingly, with respect to the following listed positions I authorize filling these positions without the necessity of conforming to the career staffing policy.

   1. Elevator Mechanic
   2. Maintenance Mechanic
   3. Upholsterer
   4. Engineering Technician
   5. Architectural Technician
   6. Computer Specialist

I will consider adding additional positions to this list based on recruitment information that reflects the difficulty encountered in filling such positions.

6. <u>Crediting Plans</u>   Effective as of the date of this revised policy directive, managers will not be required to prepare a Crediting Plan for any vacancy. Applicants will provide an application, and at their option a supplemental statement, in response to the KSAO's identified in each vacancy announcement. Also effective as of the date of this revised policy, Human Resource personnel shall examine applications only for minimum qualifications and include all applicants meeting minimum qualifications on Certs, which will be forwarded to managers for selection of the candidate based on merit. In making a selection, managers are to consider the content of the entire application. Whether or not an applicant submits the optional supplemental statement shall not be considered for or against the applicant in the selection determination.

2

0000000321

7. <u>Vacancy Announcements</u>  Positions advertised under the provisions authorized herein may be open for a minimum of 5 business days for internally advertised vacancies and a minimum of 10 business days for vacancies advertised externally. The opening period may be extended beyond these minimums at the discretion of the selecting official.

In connection with this revised policy, the Director of Human Resources will conduct random audits of the application of the revised policy throughout the agency. If the results of the audit suggest a pattern and practice of decisions based on other than merit, I will direct corrective action including, but not limited to, a requirement that any or all of the procedures required prior to this directive be reinstated. Based on further evaluation, I may extend this pilot either Agency-wide or to specific jurisdictions beyond September 28, 2001.

This revised policy is being instituted to respond to a critical need of this agency. I fully expect all managers to take full advantage of these new flexibilities in an expeditious fashion, and to utilize them in a fair and consistent manner, which uphold the requirements of merit decision-making and the requirements of applicable laws and the Architect of the Capitol Human Resources Act.

The foregoing Pilot Program will remain in effect until September 28, 2001.

Approved

*[signature]*

Alan M. Hantman, FAIA
Architect of the Capitol

0000000322

AoC PERSONNEL MANUAL                                            335-13
Career Staffing Program                                         07-15-94

    .13    A nondiscrimination statement.

    .14    The documents which must be submitted by the applicants for them to be considered for the vacancy.

.6    **Crediting Plans**

    .1    The essential KSAO and selective placement factors shall be the only factors used in the crediting plan to evaluate candidates to determine which are HQ in the staffing of a vacancy.

    .2    Crediting plans shall be constructed to evaluate and identify Highly Indicative, Generally Indicative, and Marginally Indicative levels of possession of each KSAO. These indicative levels shall be valued at five, three, and one points respectively. Intermediate point values of four and two points may not be used.

    .3    Selecting officials may weight KSAO by appropriate multipliers to reflect their importance in relation to each other. Weights (multipliers), however, may only appear on tally sheets, not on the Vacancy Announcement or crediting plan.

    .4    Crediting plans are applied to all of the information submitted by the applicant in response to the requirements specified in the Vacancy Announcement. Current employees of the Architect who are candidates for wage grade/similar positions may be required to orally address their possession of the specified KSAO to the evaluator(s) instead of being required to submit updated employment information and/or supplemental qualifications statements.



UNITED STATES GOVERNMENT
# MEMORANDUM

ARCHITECT OF THE CAPITOL
WASHINGTON, DC 20515

ARCHITECT OF THE CAPITOL
ROOM SB-15, U.S. Capitol, (202) 228-1793

DATE:   May 23, 2003

TO:   Senior Policy Committee; Building Superintendents; Division Directors; Director of Utilities and Power Plant; Landscape Architect; Executive Director, U.S. Botanic Garden; and Director of Food Services, U.S. Senate Restaurants

FROM:   Alan M. Hantman, FAIA
Architect of the Capitol

SUBJECT:   Staffing Initiative for Filling Vacancies

The AOC has been operating under the Pilot Staffing Initiative for Filling Vacancies since March 12, 2001. The initiative requires Human Resources to review the various provisions during the pilot and to advise on corrective measures as deemed necessary to effectively staff positions.

Based on feedback from managers and further analysis of procedures, Human Resources has recommended streamlining the selection procedures for positions outside the collective bargaining units. I am authorizing that provisions in the Pilot be made the standard for filling vacancies. In addition, I am authorizing the following changes:

Certificate(s) of Eligibles:

Human Resources will issue 1 (one) Certificate of Eligibles per grade level. The Certificate(s) will list the candidates by only two categories: Internal and External.

Interviewing Candidates:

Selecting officials may continue to make selections based on the review of the applications referred, and are not required to interview. However, managers are required to write on the certificate that no interviews were conducted and that the selection was made from the review of the applications.

If the manager elects to interview, he/she must interview a minimum of 3 candidates from the Certificate of Eligibles. The manager can choose a minimum of 3 candidates regardless of the categories (Internal, External) in which candidates are listed. That is, the manager may choose candidates for interviews from either the Internal or External lists or from a combination of both categories.

If the position was advertised at multiple grade levels, the manager will receive a separate Certificate of Eligibles for each grade level. If the manager chooses to interview, the minimum number of required interviews per grade level is 3.

The selecting official must write "Interviewed" by the names of the respective candidates.

0000000310

Justification of Candidates Selected for Interview Form:

I am rescinding the use of the *Justification of Candidates Selected for Interview* form. Selecting officials, managers, and supervisors are responsible for ensuring that applicants selected for interviews are chosen based on work history and experience related to the position to be filled and that selection decisions are based on the merit of that experience along with the successful exchange of information during the interview process.

These revisions of the Pilot Staffing Initiative for Filling Vacancies are instituted to continue our efforts to respond to the critical needs of the AOC. They will remain in effect until superseded.

Attachments



# JUSTIFICATION OF CANDIDATES SELECTED FOR INTERVIEWS

**Background**
To meet the critical staffing needs of the Office of the Architect of the Capitol, revisions to the Career Staffing Policy were authorized by Mr. Hantman. Managers are expected to take full advantage of these new flexibilities in an expeditious fashion, and to utilize them in a fair and consistent manner, which uphold the requirements of merit based selections and the requirements of applicable laws and the Architect of the Capitol Human Resources Act.

Managers shall review all applications submitted with the Certificate of Eligibles (Cert). Managers are to consider the content of the entire application. Whether or not an applicant submits the <u>optional</u> supplemental statement shall not be considered for or against the applicant in the selection determination. After consideration of the requirements of the vacant position, the manager will decided based on merit factors, if interviews are to be conducted.

If a manager decides to conduct interviews, he/she shall conduct a minimum of three (3) interviews from that cert. (Note: A manager is not limited to only 3 interviews from each Cert.) Identify each interviewee by name, and identify the merit factors from the application that you used to select each candidate for an interview.

**Position Title, Series, and Grade:** _____
**Vacancy Announcement Number:** _____
**Organizational Location** (Jurisdiction, Division, Branch, etc): _____
_____

## CANDIDATES SELECTED FOR INTERVIEWS

<u>Candidate's Name</u>                          Brief description of the merit factors used, (based on the
*Attach an additional sheet if more space is needed.)*   <u>application) to select each candidate for interview</u>




**Selecting Official's Signature:** _____  **Date:** _____