UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL GRAHAM, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1340 (JR) |
| THE ARCHITECT OF THE CAPITOL, | : |
| Defendant. | : |

**ORDER**

Defendant's motion to dismiss plaintiff's retaliation claim [12] is unsupported by statutory or controlling case law and is **denied**.  Plaintiff's motion to amend his complaint to add a claim of disparate impact [15] would geometrically expand the issues in a case whose discovery period has expired and is **denied**.  These rulings will inform the Chambers conference set for **April 18, 2006, at 3:00 p.m.** on outstanding discovery matters.

JAMES ROBERTSON
United States District Judge