**Capital Reporting Company**

Page 1

1                UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF COLUMBIA

3       ------------------------------x

4    MICHAEL GRAHAM,                    :

5              Plaintiff,              :

6    vs.                               :    Civil Action No.

7    THE ARCHITECT OF THE              :    05-1340 (JR)

8    CAPITOL,                          :

9              Defendant.              :

10      ------------------------------x

11                          Washington, D.C.

12                          Thursday, May 25, 2006

13   Deposition of:

14                  STEPHEN STEWART

15   called for oral examination by counsel for

16   Plaintiff, pursuant to notice, at the Ford House

17   Office, Second and D Street, Southwest, Room 480,

18   Washington, D.C., before Gercha Richards White of

19   Capital Reporting, a Notary Public in and for the

20   State of Maryland, beginning at 1:49 p.m., when were

21   present on behalf of the respective parties:

22



GOVERNMENT
EXHIBIT
2

**Capital Reporting Company**

Page 6

1    perfectly acceptable thing.  And if you need any

2    breaks during the deposition, let me know and we'll

3    shut it down, go to restroom, get a drink of water,

4    walk down the hall, I don't care.  Just let me know.

5        A.  Sure.

6        Q.  Great.  Can you tell me your current

7    position?

8        A.  I am the general supervisor of the

9    electrical -- general supervisor of the House Office

10   Building electric shop division.

11       Q.  How long have you held that position?

12       A.  Okay.  I might not be exact in this, but I

13   believe it's November 2002.  I don't know the exact

14   date.

15       Q.  That's fine.  November 2002.

16           Before you were the general supervisor,

17   what was your position?

18       A.  I was the day shift assistant supervisor in

19   the house electric shop.

20       Q.  And do you remember when you were promoted

21   to that position?

22       A.  It was again approximately, I would say,

1    April 2001.

2        Q.  And before that?

3        A.  I was a WG-10 electrician.

4        Q.  On which shift?

5        A.  On the day shift.

6        Q.  And when did you become a Wage Grade ten

7    electrician?

8        A.  Let's see.  It was October 11, 1988.  I do

9    remember that day.

10        Q.  Yeah, that's pretty good.

11            Had you always been on the day shift?

12        A.  Yes.

13        Q.  Never -- did you ever work on the evening

14    or midnight shift?

15        A.  I did, I have spent -- I can't tell you

16    exactly how many weeks I've been on that shift --

17    I've been on the midnight shift before.

18        Q.  Why were you on the midnight shift?

19        A.  To -- I was a assistant -- when I was an

20    assistant supervisor, the supervisor of the midnight

21    shift, he was the only one.  It was only one

22    supervisor at the time.  When he would take vacation

**Capital Reporting Company**

Page 10

1   agree to call them elephant and --

2        A.   Right.

3        Q.   -- and it will be fine.

4             So since you've been the general

5   supervisor, have you sat on any interview panels?

6        A.   Yes, I have.

7        Q.   Can you recall the interview panels for

8   assistant supervisor and above positions that you

9   have sat on?

10       A.   Well, in general, I've sat on every one.

11  To be specific --

12            MS. MOMENI:  Everyone -- I'm sorry.  I need

13            some clarification.  Everyone for the entire

14            house?

15            THE WITNESS:  No.

16            MS. MOMENI:  Okay.

17            THE WITNESS:  Everyone that's in the

18            Rayburn electric shop.  Because I, you know, I

19            have a say, you know, I need to know who's

20            going to be promoted at those important

21            positions.

22            BY MR. ALDERMAN:

**Capital Reporting Company**

Page 11

1          Q.   Why is that?

2          A.   Because I'm the general supervisor.

3          Q.   Is that because you would be their

4     supervisor?

5          A.   I am their supervisor.

6          Q.   Does the Architect of the Capitol have a

7     policy that the supervisor would be on the selection

8     panel?

9          A.   That, I'm not sure.  But it's the way it's

10    been with us so far.

11         Q.   Okay.

12         A.   I don't know what the policy is with that.

13         Q.   But that's the practice?

14         A.   That is practice, yes.

15         Q.   Okay.  And we'll take as much time as you

16    need on this, there is no rush.  But if you can,

17    just list for me the assistant supervisor and above

18    selections that you have sat on?

19         A.   Okay.  And if I miss one or two, bear with

20    me here.

21         Q.   Yeah, that'll be fine.

22         A.   Kevin Banks when he was promoted to

Page 14

1    of -- if you want to make it easier, he was on all

2    of those.

3         Q.   Okay.  Do you recall if Ken Kallenbach was

4    on the interview panel for Bill Sanders?

5         A.   Yeah.  I'm still -- I'm still not clear if

6    Ken was on that.  So no, I can't -- I'm not -- I

7    can't recall if he was.  I'd have to check our

8    records.

9         Q.   Would it have been the policy to have

10   Ken -- whatever day shift supervisor was, was there,

11   would it have been the policy to try to include that

12   person on the interview panel?

13        A.   It's not -- we don't really have a policy,

14   because it never did -- it hasn't always worked out

15   that way.

16        Q.   Did you have a practice or preference for

17   doing that?

18        A.   It really depended on who was available,

19   you know.  It's -- there wasn't really a practice or

20   a policy.  We've had various people.  We've had

21   other shop supervisors on the panel.

22        Q.   If Mr. Tiscione or Mr. Aitcheson said that

**Capital Reporting Company**

Page 31

1          A.   I -- I don't --

2          MS. MOMENI:  Objection.  That's a

3     mischaracterization of the evidence, but go

4     ahead and answer, if you recall.

5          THE WITNESS:  I can't remember what he

6     said.

7          BY MR. ALDERMAN:

8          Q.   Focussing on Mr. Banks for a moment.  Did

9     you, did you ever tell Gordon Tolson at any time

10    that you did not think that Mr. Banks would ever be

11    more than an assistant supervisor?

12         A.   Tell Gordon Tolson.  I don't recall.

13         Q.   While you've been the general supervisor --

14    general supervisor?

15         A.   Yes.

16         Q.   General supervisor.

17         A.   Or general foreman.

18         Q.   Have you worked with supervisors, your

19    supervisors, to develop KSAs, vacancy announcements,

20    position descriptions, interview questions, anything

21    like that for positions that would be filled under

22    those supervisors?

**Capital Reporting Company**

Page 32

1          A.  I haven't worked with them directly on any

2    of those topics.  That's all done with -- through

3    human resources, most of it.  The interview

4    questions, Pete Aitcheson develops those.

5          Q.  Okay.

6          A.  But as far as case, that comes -- I mean

7    any shop, it all comes HR.

8               No.  I have discussed things, I mean, if

9    they needed answers.  If any supervisors on any of

10   those topics, you know, we research it or call HR to

11   get answers, that sort of thing.

12         Q.  Do you recall sitting on any interview

13   panels with Ken Kallenbach?

14         A.  I don't recall.  I could have.  I just

15   don't recall.

16         Q.  Do you remember the selections for the fire

17   alarm techs -- technicians?

18         A.  Yes.

19         Q.  That occurred while Ken Kallenbach was

20   the supervisor on the midnight shift?

21         A.  Yes, I do.

22         Q.  Do you remember -- do you remember being on

**Capital Reporting Company**

Page 35

1           THE WITNESS:  I don't recall.  I don't have

2      any, you know, show any interest.

3           BY MR. ALDERMAN:

4      Q.   Okay.  Now, let's kind of focus in on the

5      selection by which David Smith was promoted to an

6      assistant supervisor on the midnight shift.

7           Can you describe to me your involvement in

8      that selection process?

9      A.   Just like a typical interview panel that we

10     have, the questions are asked, the interviewee

11     answers the questions.

12     Q.   Let me get you to step back.

13     A.   Okay.

14     Q.   Did you have any involvement in deciding to

15     announce that position?

16          In other words, the decision to fill that

17     position, did you have any involvement?

18     A.   To announce in front of who?

19     Q.   To advertise for it.  The decision to

20     actually make a selection for assistant supervisor

21     on the midnight shift as opposed to just having

22     Kevin Banks as a supervisor and no assistant

**Capital Reporting Company**

Page 36

1    supervisor?

2         So were you involved in the decision to

3    hire an assistant supervisor on that shift?

4         A.   In the decision.  If I understand your

5    question, we always -- generally we want, we have an

6    assistant supervisor and a supervisor on the shift.

7    So my involvement is really not there.  That's just

8    the way the shop is set up.

9         Does that answer your question?

10        Q.   So, in other words, it was automatic?

11   There wasn't a conversation as soon as the position

12   came open, of course, you were going to fill it?

13        A.   Yeah.  Vacancy, yeah.

14        Q.   Wasn't there a time when there was a GS-10

15   employee supervising the midnight shift?

16        A.   A GS-10?  Or WG-10?

17        Q.   I'm sorry.  Yes.  Thank you very much for

18   the clarification.

19        A.   Okay.  When a WG-10 was supervising the

20   shift?

21        Q.   Yeah.  When he was running the midnight

22   shift.

**Capital Reporting Company**

Page 38

```
 1    fill, to make a selection that was an automatic and

 2    there wasn't a formal decision process; is that

 3    accurate?

 4         A.  Now, who are you speaking with?

 5         Q.  We're talking about the assistant

 6    supervisor again, Dave Smith's.

 7         A.  Dave Smith's.

 8         Q.  You indicated that once the position became

 9    open, it was an automatic that we were going to fill

10    it.

11         A.  Right.

12         Q.  Right?

13         A.  Yes.

14         Q.  Okay.  Did you have any involvement in

15    developing the vacancy announcement?

16         A.  No.

17         Q.  Did you have any involvement in developing

18    the position description?

19         A.  No.

20         Q.  Did you have any involvement in

21    identifying, screen out factors for that position?

22         A.  As far as -- I don't understand the screen
```

Page 40

1     Q.  What's the first thing you knew about it?

2     A.  When the selection was made?

3     Q.  Right.  No.  No.  The selection process.

4  How did you know that one day you were going to be

5  on an interview panel for that position?

6     A.  How did I know?

7     Q.  Yeah.

8     A.  It's just the position I'm in.  That's,

9  that's the norm.

10     Q.  Okay.  So there was an automatic that you

11  were going to fill the position, you weren't

12  involved in the vacancy announcement, the position

13  description, any read out factors, developing any

14  KSAs, and you automatically knew that you would be

15  sitting on an interview panel.

16        How did you know all that?

17     A.  How did I know all that?

18     Q.  Yes.

19     A.  Because I -- it's a pretty well-known

20  factor entered by HR.  Human resources does all

21  the -- besides sitting on the panel, what you spoke

22  of --

## Capital Reporting Company

Page 48

1       Q.   Okay.  Have you ever seen this document

2   before?

3       A.   I haven't seen this.  I have not.

4       Q.   Okay.  Do you remember at any time

5   participating in any effort to pick candidates that

6   you would interview for the midnight shift assistant

7   supervisor position?

8           MS. MOMENI:  I'm sorry.  Could you read

9           that question back?  I apologize, Les.

10          MR. ALDERMAN:

11          (Record read.)

12          THE WITNESS:  I don't recall picking these

13          guys, but it has been -- it's been so many.  I

14          can't pinpoint if I was, from this list.  I

15          guess to obviously go by these numbers with the

16          elements.

17          BY MR. ALDERMAN:

18      Q.   Yeah.  I mean you never seen this list

19   anyway, so forget the list.  I'm asking you

20   independent of this list, do you remember being

21   involved in any effort to pick people that you would

22   interview for the assistant supervisor position on a

Page 54

1    mean that are selected to be interviewed, but they

2    just set up for the interviews.

3            Is this what you're --

4       Q.  Yeah.

5       A.  Okay.  Then we have the interviews and we

6    go through the normal process of selecting.

7       Q.  Okay.  On this particular interview, on

8    this particular selection process, did you remember

9    that Peter Aitcheson provided the interview

10   questions that would be asked?

11      A.  Yes.

12      Q.  Did you look at those interview questions

13   when he gave them to you?

14      A.  I briefly looked at them before the

15   interviewee comes into the room.

16           MR. ALDERMAN:  Let's go ahead and mark this

17           exhibit as Stewart Exhibit 2, please.

18           (Stewart Exhibit Number 2 was marked for

19           identification.)

20           BY MR. ALDERMAN:

21      Q.  I'll give you just a chance to take a look

22   at what we've marked as Stewart Exhibit 2.  The top

**Capital Reporting Company**

Page 56

1      Q.  Did you know all the answers to these

2  questions?

3      A.  Yes.  Yes.

4      Q.  All of them?

5      A.  Yeah.

6      Q.  Yeah.  Do you know if Mr. Masters knew all

7  the answers to these questions?

8          Mr. Masters -- I'm sorry.  Let me give a

9  little background, for the record.  Mr. Masters was

10  the third person on the panel; is that correct?

11      A.  Yes.

12      Q.  And what shop does he work in?

13      A.  He works in the -- it's now called the

14  building of engineers shop, which is air

15  conditioning and mechanics and now plumbers are

16  combined.

17      Q.  Do you know what his position was at that

18  time?

19      A.  I believe he was the assistant supervisor,

20  which is still today.

21      Q.  And do you know if he knew the answers to

22  these questions?

Page 72

1    the interview questions in part?

2        A.  I think -- now, this by what they're

3    saying, what the column is saying.

4        Q.  So their responses to the interview did

5    not --

6        A.  No.  No.  No.  Let me tell you what

7    happened.  It's has something to do with it.  It's

8    all, all around.

9        Q.  Okay.  So it's what you've witnessed?

10       A.  Right.

11       Q.  What their supervisors have told you?

12       A.  Well, in certain cases.  When I grade these

13   things, I look at -- like in this case, in all three

14   of these gentlemen, and I've seen them work, I've

15   seen their results, I've seen their work ethic, I've

16   seen how they present themselves and that has a lot

17   to do with my selection, my grading these guys.  You

18   know, what their knowledge is in all these

19   categories, their interview questions.  And with

20   that, what I have seen with how they work over the

21   years, you know, how they conduct themselves, how

22   they work in the electrical field, the whole broad

**Capital Reporting Company**

Page 73

1    picture.

2          And when I went, when we promote

3    supervisors, I want somebody that exhibits that, you

4    know.  I mean it's just, you know, to make the shop

5    run better just over all, you know.  It's just -- I

6    think it's a fair way of doing it and a logical way

7    of doing it.

8          Q.  What opportunity have you had to see David

9    Smith's knowledge and ability to plan and layout and

10   install electric installations?

11         A.  I've seen a lot.  I've seen all three of

12   these guys in difficult facets.

13         Q.  But with regard to Dave?

14         A.  Okay.  Dave pretty much on a daily basis

15   I -- like since he's had this position, I meet with

16   the supervisors every morning.

17         Q.  No.  No.  No.  I'm sorry, if I wasn't

18   clear.

19         A.  Okay.

20         Q.  Before the selection, when you were making

21   this is score --

22         A.  Sure.

**Capital Reporting Company**

Page 78

1      Q.  Is it the case that a large factor of your

2   scoring was based on your personal knowledge of

3   their work?

4          MS. MOMENI:  Asked and answered.  Witness

5      has testified several times.

6          MR. ALDERMAN:  I like his first answer much

7      better.

8          THE WITNESS:  I take it all in

9      consideration, you know, not just one column.

10     Is that what you're asking?

11         BY MR. ALDERMAN:

12     Q.  I'm asking this one column, this one score.

13     A.  No.  Major part, no.  It's all, it's all, I

14  take the whole picture.  The interview questions,

15  seeing them work, knowing how they work, the work

16  ethic on the job, the whole picture I take it into

17  consideration.

18     Q.  Is Dave Smith like your go-to guy for fire

19  alarm questions?

20     A.  He's pretty knowledgeable, you know.  I

21  have and I do ask him a lot of questions about fire

22  alarm systems, you know.

**Capital Reporting Company**

Page 86

1    with you, I want to say yes, as a group; but, you

2    know, I can't confirm that.

3        Q.  So you think you were the selecting

4    official?

5        A.  We're all select.  Now, I would know if I

6    had the sheet that -- you might have it, that we

7    signed.  It should say on there.  I think.  It could

8    be less like one other selecting officials, but I

9    don't want to say that unless it's true.

10       Q.  Do you remember how the ultimate selection

11   was made?  In other words, how did you come to the

12   ultimate selection that Dave Smith would get the

13   position?

14       A.  That was done, like we do all the others,

15   and that is we do the interview; we write down what

16   their responses are, like in front of us here; give

17   the person a chance to talk if they want afterwards,

18   questions, whatever; and then, you know, part ways.

19   And then once we're through with all the

20   interviewees, which is -- in this case it's three of

21   them -- Pete Aitcheson gives us the matrix and we go

22   separately.  And within, you know, a period of time,

**Capital Reporting Company**

Page 87

1    we grade them alone by ourselves and just -- I don't

2    know.  He'll pick, make a point for us to come back

3    together, privately, confidentially in his office.

4        Q.  The three of you?

5        A.  Uh-huh.

6        Q.  I'm sorry.  Was that a yes?

7        A.  Yes.  I'm sorry for not being clear.

8            And then we go over this and the questions,

9    we review them very carefully.

10       Q.  And did you discuss each person's gradings

11   in this particular selection?

12       A.  Yes.

13       Q.  Did each person explain why, for example,

14   Dave Smith was the -- their highest pick in this

15   particular category?

16           Tell me what kind of discussions you have.

17       A.  Okay.

18       Q.  Tell me what kind of discussions you had in

19   this selection process.

20       A.  Okay.  Again, I'll tell you what we had, I

21   don't remember everything in this case, but through

22   all it's similar.  All.

1      A.   Just -- we just --

2           MS. MOMENI:  Wait until counsel finishes

3      his question.  It makes it easier on the court

4      reporter and you're not guessing what's being

5      asked.

6           THE WITNESS:  I'm sorry.

7           BY MR. ALDERMAN:

8      Q.   Did you have anybody else's notes?

9      A.   No.

10     Q.   Did you have the candidates applications?

11     A.   Yes, we did.  They're available.  Yes, they

12     are.

13     Q.   They're available or you had them?

14     A.   I -- I look at them.  You can look at them.

15     I do look at them.

16     Q.   You did?

17     A.   Yes.

18     Q.   You recall looking at these candidates'

19     applications?

20     A.   Yes.

21     Q.   And so part of your scoring includes your

22     review of their applications?

**Capital Reporting Company**

1      A.   Yes.

2      Q.   You said the applications are available.

3   What do you mean by that?

4      A.   Well, Mr. Aitcheson has them.

5      Q.   And so you can ask Mr. Aitcheson for them?

6      A.   Uh-huh.

7      Q.   Does he give them to you automatically?

8      A.   No.

9      Q.   Do you still have -- do you have a file for

10  this selection?  You, personally?

11     A.   No.  No.

12     Q.   No?

13     A.   No, I don't.

14     Q.   Have you ever kept files of individual

15  selections for your own records?

16     A.   I have.  I just have -- they send me a

17  higher report, that's what's called a higher report

18  from HR, which has some information.  I don't know

19  if you have that in there, but just some information

20  when they're hired, what grade they are, et. cetera.

21  Just general information on the individual.  But as

22  far as any file on the interview process, no.  This

Page 92

1    is pretty much what we have.

2         Q.   What would you say the percentage of the

3    time that the midnight shift assisted foremen's job

4    is devoted to fire alarm, specific fire alarm

5    issues?

6         A.   You want percentage or you just

7    generalization?

8         Q.   A general percentage.

9         A.   It's majority of the time.

10        Q.   Now, is he devoted to fire alarm issues or

11   is he devoted to managing people?

12        A.   Both.  The job of assistant supervisor is

13   to assist supervisor and, you know, I was -- I was

14   one myself.  So it's just your job as a vast number

15   of duties, you know, you could do anything from put

16   the time in the books to leave records at the daily

17   basis, you could delegate the work, you can assign

18   leave slips, you can, you know, check progress of

19   the jobs, you know, which is done routinely.  Help

20   them to get materials for the guys, assist them,

21   possibly work with the tools, that's included, too,

22   if that's a working supervisor, that WS.

**Capital Reporting Company**

Page 93

1          Q.  What percentage of the job would be of --

2      on the midnight shift for the midnight shift

3      assistant supervisor?  What percentage of the job is

4      doing that hands-on work versus management-type

5      functions that you were just referring to?

6          A.  Okay.  Ideally, I would want these guys

7      to -- again, the assistant has more of a hands on

8      versus the supervisor, that's his shift and he's

9      responsible totally for his shift.

10          In Dave Smith's case right now we're a

11     little shorthanded, so he is out, he does both.  You

12     know, he's out physically working, trying to catch

13     up on work and he does other management duties, too.

14          Q.  So that shift is short-handed in part

15     because David Smith was formally a fire alarm

16     technician on that job?

17          A.  Well, yeah.  We're still trying to fill

18     that position.

19          Q.  On a more general basis, and we'll get into

20     some details, but can you explain to me in general

21     what factors stopped Mike Graham from getting this

22     promotion?

**Capital Reporting Company**

Page 94

1          A.   I can tell you what, he is a great guy,

2     he's an old friend of mine, good heart.  But what he

3     was lacking is the -- the reason he got the leader

4     job -- let me back up.  The reason that he got the

5     leader job, this is the progression to what I'm

6     talking about.

7          Q.   Okay.

8          A.   Is he's really start showing a more of an

9     interest in his work, his work ethic, you know.

10    Overall he was just -- and I even told him.  I said,

11    you know, you're heading in the right direction,

12    Mike, you know.  I said, who knows what's in the

13    future for you, you know.  I mean he was just -- and

14    even the day supervisor and the assistant supervisor

15    were commenting to me about how he was really

16    picking it up and just, you know, becoming more

17    motivated and doing great.  And that position came

18    open and he was selected and rightfully so.  He

19    deserved that job, that position.

20          But since that time, it kind of declined.

21    He kind of went back, you know.  He wasn't

22    continuing on the path that he was.  Again, Mike's a

**Capital Reporting Company**

Page 95

1    great guy.  I have a lot of respect for the guy, but

2    his work ethic has something to be said for.  He can

3    put out, when he wants to, he can do it.  He has

4    showed me.

5         I mean, you know, everybody on the sidewalk

6    where he's done great, but he would admit to me,

7    he's admit to me multiple times.  He's admit to me

8    two days ago, you know, Mike Graham is Mike Graham.

9    This is what comes out his mouth.  If he's going to

10   take long breaks, take long breaks.  If he's going

11   to talk to a friend down at the Ford Building for an

12   hour, he's going to do that, you know.  He's, you

13   know, he says he's not going to change in that way.

14   And I'm disappointed in that.  I've expressed that

15   to him.

16        You know, it's just not -- but everybody's

17   got their own way of doing things and that's what he

18   feels he should run, conduct himself at work.  And

19   again, but at times he will do a great job, but

20   there are times when he will just drift off or not

21   be on a job or whatever, and he'll admit he's doing

22   this.  And to promote at that time, at that time,

**Capital Reporting Company**

1    with?  Do you agree that, in other words, do you

2    agree that he lacked the skills for the position?

3        A.  Yes, I do.

4        Q.  What skills did he lack for the position?

5        A.  Mike -- I'd like to elaborate, but to

6    answer the question, he could have done all of this,

7    if he worked harder.  But the skills -- what skills

8    he lacked -- see, this ties in, in my viewpoint

9    with, again, pushing yourself and learning and

10   getting ahead.  You know, he didn't have -- he

11   doesn't have the supervisory skills, which can be

12   learned, but at the time he didn't.  That's the

13   biggest thing.

14       Q.  But did his position as a leader include

15   any supervisory duties?

16       A.  Yes.  Yes.

17       Q.  Was he failing in those supervisory duties?

18       A.  I wouldn't say failing, but me didn't show

19   or portray at times the leadership qualities that

20   she should have.

21       Q.  How did he not do that?

22       A.  He was assigned to jobs that a leader is

1    supposed to take the lead, you know.  He's supposed

2    to run the show, the whole thing.  And a lot of the

3    jobs have deadlines that we need to get done.  I

4    can't quote you any jobs specifically right off the

5    top of my head, but they were over, way over, you

6    know, they're overdo.  I mean they're late.  We had

7    to rush to get men over there to finish up what

8    should have been done on time, that happened a few

9    times.

10        Q.  Now you say if that happened a few times,

11   you should be able to tell me what projects that

12   happened on?

13        A.  I can't remember.  I think we have a

14   document back in the shop.

15        Q.  You do?  You have documents that --

16        A.  Or just -- his supervisor, George, keeps

17   track of everybody, you know, when they do right,

18   when they do wrong.  I encourage that to all of the

19   supervisors.  So when it comes time for the

20   performance evaluations that they can evaluate

21   correctly.

22        Q.  So George would have had a file on Michael

## Capital Reporting Company

Page 112

1    lack in?

2        A.   It goes back to his work ethic, you know,

3    and someone in that position has to be on top of the

4    whole job.

5        Q.   What specific things does he, is he not

6    doing as a leader, and how do you know?

7        A.   Okay.  Well, I don't know per se because --

8    but the end result I do know.  I mean if the job is

9    not done on time and it's, you know, when we go look

10   at the jobs we know pretty much from start to finish

11   how much this takes and what's involved just from

12   our experience and working them ourselves at one

13   time or another.  And if you're not doing that

14   leader's job correctly in those situations, they're

15   not going to get done on time.  They're not, you

16   know, things are going to be lacking.

17       Q.   Okay.  But you're talking about

18   hypothetically how you could determine that a

19   hypothetical leader wasn't doing his job.

20           I'm asking you what do you know about

21   Michael Graham's performance that leads you to say

22   that he lacks some of those skills?

**Capital Reporting Company**

Page 113

1      A.  All I know, Les, is from what -- like I

2    mentioned before, was a few jobs that he has not

3    completed.  I mean not completed, but hasn't been up

4    to par on what he should have done.  I haven't seen

5    the specifics, so I'm not on the job.

6      Q.  So you don't know?

7      A.  No, I don't know about the specifics.

8      Q.  Do you know that if he's done, if he has

9    led jobs that were completed on time?

10      A.  Yes, he has.  Yes, he has.

11      Q.  Okay.  Do you have an opinion as to whether

12    more of his jobs get completed on time than those

13    that don't get completed on time?

14      A.  I would say more get completed on time.

15      Q.  And the only thing that you know is what

16    his supervisor would tell you?

17      A.  Yes.

18      Q.  Correct?

19      A.  (Nodding.)

20      Q.  And you indicated that you thought you were

21    reading some documents that related to Mr. Graham's

22    performance as a leader; is that correct?

**Capital Reporting Company**

Page 123

1    conduct?

2        A.    A few years ago with a couple of retired

3    supervisors.

4        Q.    Okay.  Has it been brought up since you

5    have been the general foreman?

6        A.    No, not that I'm aware.

7        Q.    Have you ever filed a complaint of

8    discrimination?

9        A.    Yes, I have.

10        Q.    Why did you file a complaint of

11    discrimination?

12        A.    Because didn't like the way some, some of

13    the men in the shop were being treated, specifically

14    the African American guys in the shop.

15        Q.    And when did you make this complaint?

16        A.    Specifically, it's kind of hard to

17    pinpoint.  I have to check with the EEO office.

18        Q.    Was it before you were a supervisor?

19        A.    Yes.

20        Q.    Was it before you were an assistant

21    supervisor?

22        A.    Yes.

**Capital Reporting Company**

Page 125

1    it?

2         A.   No.

3         Q.   Did you think that he condoned it?

4         A.   No.

5         Q.   Did you think he knew about it?

6         A.   Not until we -- well, Mike and I brought,

7    brought it to their attention.

8         Q.   What specific behavior did you bring to

9    their attention?

10        A.   That they were being treated wrongly.

11        Q.   Can you flush that out?  How were they

12   being treated wrongly?

13        A.   Because at the time there's only -- there

14   were only three African American men in the shop

15   and, specifically, Gordon and Mike were just treated

16   differently.  You know, they weren't treated like

17   everybody else and I just -- I didn't like it, you

18   know.  It just, you know -- I heard stories of years

19   and years of mistreatment, you know, before I got

20   there and then what I witnessed things and there's

21   name calling, there is, you know, little nicknames

22   and just a number of things, and I just -- just not

**Capital Reporting Company**

Page 126

1    right.  And I went forward with an informal

2    complaint on my own before Mike knew anything about

3    it, trying to maybe curve it and stop it, you know,

4    and that didn't work.  So I went on and put a formal

5    complaint.

6        Q.  So you complained before Mike and without

7    his -- Mike didn't go with you when he complained?

8        A.  No.

9        MS. MOMENI:  Can you put a time frame on

10       that?  Because I thought he said that -- well,

11       can you read the answer back, I don't want to

12       guess, I mean misheard.  I just want to make

13       sure I heard correctly.

14       MR. ALDERMAN:  I asked if when Mr. Stewart

15       made his complaint, did Mike Graham accompany

16       him.

17       MS. MOMENI:  Initial.  Because he said

18       there was an informal complaint and then there

19       was a formal complaint.

20       MR. ALDERMAN:

21       Q.  Okay.  When you made your informal

22    complaint, which is first time that you go --

Page 127

1           A.   Correct.

2           Q.   Did Mike Graham --

3           A.   No.  No one came up.

4           Q.   Okay.  Now, when you made your formal

5      complaint, did Michael Graham went to --

6           A.   We went together.

7           Q.   Accompany you, okay.

8                MS. MOMENI:  Thank you.

9                BY MR. ALDERMAN:

10          Q.   When you're talking about the differential

11     treatment, was Keith Bartlett involved in any of

12     that differential treatment that you were

13     complaining about?

14          A.   No.  My complaint was strictly towards John

15     Chattel.

16          Q.   So he was treating the men differently?

17          A.   Yes.

18          Q.   John Chattel and only John Chattel?

19          A.   As far as, yeah.  Yes.  John.

20          Q.   Okay.  Did you think that Keith Bartlett

21     treated African Americans differently?

22          A.   You know --