**Capital Reporting Company**

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLUMBIA
 3    ------------------------------x
 4    MICHAEL GRAHAM,               :
 5             Plaintiff,           :
 6                  v.              : CA No.: 05-1340 (JR)
 7    ARCHITECT OF THE CAPITOL,     :
 8             Defendant.           :
 9    ------------------------------x
10                              Washington, D.C.
11                              Wednesday, May 24, 2006
12
13    Deposition of:
14                     EDWIN LOPEZ
15       called for examination by counsel for Plaintiff,
16    pursuant to notice, at the Architect of the Capitol, Ford
17    House Building, Southwest, Room 340, Washington, D.C.,
18    before Gervel A. Watts of Capital Reporting, a Notary
19    Public in and for the District of Columbia, beginning at
20    2:17 p.m., when were present on behalf of the respective
21    parties:
22
```

Page 42

1  Whenever there's any employment related issue that comes
2  out, I usually go out and speak with people and try to
3  diffuse the conflict and I tried to speak to the person
4  who brings it to my attention to try to make sure that
5  they understand that at least we're making an effort to
6  try to find some answers.
7     Q   Do you specifically remember discussing the
8  promotion situation with Mr. Chabo?
9     A   I remember speaking to him, I don't remember
10 the exact details of what our conversation was.
11    Q   How about with Mr. Kaldenbach; do you
12 remember speaking with him about promotions?
13    A   I remember speaking with Mr. Kaldenbach on
14 several occasions for various matters. I can't say it
15 was just promotions.
16    Q   On matters related to Mr. Graham?
17    A   Yes.
18    Q   Can you tell me what other matters you've
19 talked to Mr. Kaldenbach about matters related to Mr.
20 Graham?
21    A   Mr. Kaldenbach was an individual who, not in
22 my eyes because I didn't know him, but who generated a

Page 43

1  lot of concern on the part of African-American employees
2  and whenever those concerns were generated, they usually
3  ended up at my door in my office because they'd come and
4  talk to me about it.
5     Q   What kind of concerns?
6     A   Unfairness, cronyism, favoritism, things of
7  that nature.
8     Q   Did you communicate those concerns to anyone?
9     A   To my supervisor.
10    Q   Anyone else besides Ms. Olson?
11    A   I think that -- may I make a clarification?
12    Q   Please.
13    A   When individuals come to our office, they're
14 entitled to come see us, to seek clarification about a
15 matter. If they don't understand a policy or if they feel
16 a policy has been used against them in an unfair fashion
17 and we try to explain what that is. An individual can
18 come and speak with us almost about anything but if they
19 don't sign a waiver and ask us to engage, ask us to help
20 them to find some kind of solution, then whatever they
21 tell me stays right in that room because it's
22 confidentiality agreement.

Page 44

1      I would have to say in my 12 years here that
2  it happens say out of 500 contacts a year, maybe 100
3  would go that route; maybe not, it's hard to say.
4      In other words, if they don't sign a waiver,
5  we can't do anything. The only thing we can do, and what
6  I've done, is that I try to use that information to try
7  to improve the processes and operations in the agency
8  without mentioning names or anything or pointing fingers
9  at anybody.
10    Q   Okay, now still focusing on the promotion
11 situation --
12    A   Okay.
13    Q   Mr. Chabo is no longer with Architect; is
14 that correct?
15    A   I believe he's retired.
16    Q   And Mr. Kaldenbach is no longer with the
17 Architect.
18    A   I believe he is also retired.
19    Q   Have you ever discussed Mr. Graham's concerns
20 about the promotion situation with Frank Tisione?
21    A   No.
22    Q   How about with Peter Aitcheson?

Page 45

1     A   No.
2     Q   How about with Steve Stewart?
3     A   Not Mr. Graham, no.
4     Q   Who have you talked --
5     A   I've had conversations with Mr. Stewart but
6  it wasn't necessarily about Mr. Graham's promotion.
7     Q   Have you had conversations with Mr. Stewart
8  about Mr. Graham?
9     A   Not in the last two or three or four years.
10 Not since he's been a supervisor.
11    Q   What conversations did you have with Mr.
12 Stewart before Mr. Stewart was supervisor about Mr.
13 Graham?
14    A   Mr. Stewart and Mr. Graham both came to my
15 office in 1997 together, to complain about Mr. Chabo and
16 about Mr. Kaldenbach and about all of the favoritism and
17 cronyism that they felt was going on and about the unfair
18 treatment of African-Americans by a lot of the White
19 supervisors.
20    Q   Did they sign a waiver at that time?
21    A   They did.
22    Q   What actions did you take as a result of