# OFFICE OF COMPLIANCE

| Office of Compliance Use Only |
|---|
| Case No.: |

## EMPLOYEE'S FORMAL REQUEST FOR COUNSELING

The Congressional Accountability Act (CAA) provides that a covered employee who alleges a violation of the Act can initiate proceedings to resolve the allegation(s) by filing a formal request for counseling with the Office Compliance not later than 180 days after the date of the alleged violation(s). The Office will provide the employee with information about the employee's rights and responsibilities and the procedures of the Office, discuss the employee's concerns, get information from the employee regarding the alleged violation, and assist the employee in achieving a resolution of the matter, if possible.

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

EMPLOYEE NAME: Michael L. Graham   DATE: 11-26-01

MAILING ADDRESS: 4423 DERY ROAD
UPPER MARLBORO
MARYLAND, 20772

TELEPHONE:   (home) 301-627-6624
(work) 202-225-4858

JOB/POSITION TITLE: Electrician

EMPLOYING OFFICE INVOLVED: A.O.C. House
(*NOTE: You must inform the Office immediately of any changes to your address and/or telephone number. Failure to do so, may cause you to lose your right to pursue this matter*).

Which section(s) of the CAA do you believe was violated in this matter:
   [ ] Section 201 (Title VII, ADEA, Rehab Act, ADA)
   [ ] Section 202 (Family and Medical Leave Act)
   [ ] Section 203 (Fair Labor Standards Act)
   [ ] Section 204 (Employee Polygraph Protection Act)
   [ ] Section 205 (Worker Adjustment and Retraining Notification Act)
   [ ] Section 206 (Veteran's Employment and Reemployment rights)
   [ ] Section 207 (Prohibition against Retaliation for opposing practices made unlawful by the CAA)

GOVERNMENT EXHIBIT 4

# OFFICE OF COMPLIANCE

| Office of Compliance Use Only |
| --- |
| Case No.: |

## EMPLOYEE'S FORMAL REQUEST FOR COUNSELING

The Congressional Accountability Act (CAA) provides that a covered employee who alleges a violation of the Act can initiate proceedings to resolve the allegation(s) by filing a formal request for counseling with the Office Compliance not later than 180 days after the date of the alleged violation(s). The Office will provide the employee with information about the employee's rights and responsibilities and the procedures of the Office, discuss the employee's concerns, get information from the employee regarding the alleged violation, and assist the employee in achieving a resolution of the matter, if possible.

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

EMPLOYEE NAME: Michael L. Graham          DATE: 11-26-01

MAILING ADDRESS: 4423 DERY ROAD
                 Upper Marlboro,
                 Maryland, 20772

TELEPHONE:   (home) 202-225-4858  301-627-6624
             (work) 202-225-4858

JOB/POSITION TITLE: Electrician

EMPLOYING OFFICE INVOLVED: Architect of the Capitol (AOC)
(*NOTE:* *You must inform the Office immediately of any changes to your address and/or telephone number. Failure to do so, may cause you to lose your right to pursue this matter*).

Which section(s) of the CAA do you believe was violated in this matter:
   [X] Section 201 (Title VII, ADEA, Rehab Act, ADA)
   [ ] Section 202 (Family and Medical Leave Act)
   [ ] Section 203 (Fair Labor Standards Act)
   [ ] Section 204 (Employee Polygraph Protection Act)
   [ ] Section 205 (Worker Adjustment and Retraining Notification Act)
   [ ] Section 206 (Veteran's Employment and Reemployment rights)
   [ ] Section 207 (Prohibition against Retaliation for opposing practices made unlawful by the CAA)

DESCRIBE THE CONDUCT COMPLAINED OF, INCLUDING DATE(S) AND PERSON(S) INVOLVED: (you may attach additional pages, if necessary).

Fail to be promoted because of race. Continue to work in a hostile environment always being put in a work situation where it is impossible for a single man to do. I'm given an impossible task.

Chew one in May of 2001 and the other electrical leader in the month of June

Ripple effect mindset and treatment and how I am perceive in other Division still being test as a sub steward Electrical try to be promoted

CONFIDENTIALITY: Please be advised of the importance of confidentiality in this process. Section 416 of the Act provides that all counseling shall be strictly confidential. However, you and the Office of Compliance may agree to notify the employing office of your allegations during counseling by signing an agreement waiving confidentiality for that purpose.

SIGNATURE OF EMPLOYEE OR REPRESENTATIVE (Representatives must be designated by employee on a separate form, or by letter indicating designation):

_[signature]_    11-26-01

TO BE COMPLETED BY THE OFFICE OF COMPLIANCE:
Name of the Office of Compliance employee who received this request:


Date and manner in which request was received by the Office of Compliance employee:


Has employee previously received advice/information from the Office?
    If so, Date:_____
    If filed previously, provide case no._____

DESCRIBE THE CONDUCT COMPLAINED OF, INCLUDING DATE(S) AND PERSON(S) INVOLVED: (you may attach additional pages, if necessary).

I. Fail to be promoted because of Race.
(A) Asst. Supervisor position was fill in May of 2001 and a Electrical Leader in June of the same year.

II. Continue to work in a hostile enviroment and this is on going.

III. Still being tested as sub standard Electrician Trying to be promoted.

IV. Because of Supervisors mind Set and treatment, I have to deal Ripple effect when it comes to other Divisions and their perceptions.

CONFIDENTIALITY: Please be advised of the importance of confidentiality in this process. Section 416 of the Act provides that all counseling shall be strictly confidential. However, you and the Office of Compliance may agree to notify the employing office of your allegations during counseling by signing an agreement waiving confidentiality for that purpose.

SIGNATURE OF EMPLOYEE OR REPRESENTATIVE (Representatives must be designated by employee on a separate form, or by letter indicating designation):

*Michael L. Graham*

TO BE COMPLETED BY THE OFFICE OF COMPLIANCE:
Name of the Office of Compliance employee who received this request:


Date and manner in which request was received by the Office of Compliance employee:


Has employee previously received advice/information from the Office?
            If so, Date:_____
            If filed previously, provide case no._____