Capital Reporting Company

Page 1

```
 1            SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

 2                  FOR THE DISTRICT OF COLUMBIA

 3      _ _ _ _ _ _ _ _ _ _ _

 4    MICHAEL GRAHAM,           )

 5           Plaintiff,         )

 6    Vs.                       )   Case No.

 7    THE ARCHITECT OF THE      )   1:05CV01340

 8    CAPITOL,                  )

 9           Defendant.         )

10      _ _ _ _ _ _ _ _ _ _ _  )

11

12                                     Washington, D.C.

13                              Wednesday, April 5th, 2006

14    Deposition of:

15                  REBECCA TISCIONE

16    Called for oral examination by counsel for

17    Plaintiff, pursuant to Notice, at the Ford House

18    Offices, 2nd and D Street, S.W., Room B39, Washington,

19    D.C., before Christine Fox, a Notary Public, beginning

20    at 10:00 a.m., when were present on behalf of the

21    respective parties:

22
```

GOVERNMENT
EXHIBIT
5

Capital Reporting Company

Page 38

1  Conciliation, something of that nature.
2      Q.  Would it also include a grievance?
3      A.  Yes.
4      Q.  So --
5      A.  Any challenge.
6      Q.  -- any type of challenge?
7      A.  Yes.
8      Q.  Then it was the manager's responsibility to
9  then explain why he made the choice of interviews?
10     A.  Yes.
11     Q.  But the -- is it -- is it accurate to say
12 there was no control mechanism imposed to require
13 managers to explain their choices after the
14 justification form was rescinded?
15     A.  That is accurate, yes.
16     Q.  Okay. Getting off of the pilot program, now
17 just -- I want to know about the selection process, the
18 referral and selection process.
19     A.  Okay.
20     Q.  How does that process begin, can you tell me?
21     A.  We're speaking specifically under the
22 provision of the pilot?

Page 39

1      Q.  Yes, Ma'am. Thank you.
2      A.  Yes. The applications are submitted under a
3  -- to a particular vacancy announcement.
4      Q.  Let me rewind you then.
5      A.  Okay.
6      Q.  How does a vacancy announcement come up?
7      A.  A manager submits a request for a personnel
8  action to Human Resources to recruit for a position.
9      Q.  And along with that request to Human
10 Resources, does the manager indicate -- what does the
11 manager convey to Human Resources?
12     A.  They identify the position description that
13 is to be used as the basis for writing the vacancy
14 announcement or position description that is to be
15 filled, and they would indicate if they wanted to limit
16 recruitment to AOC employees only, or to open it up to
17 all sources.
18         And then they work with the Human Resources
19 specialist to determine if there are any specific
20 knowledge, skills and abilities that need to be listed
21 or emphasized in the vacancy announcement, so
22 establishing the criteria, establishing the wording of

Page 40

1  the vacancy announcements, to let an applicant know
2  this is what we're looking for in candidates for this
3  position.
4      Q.  You just said knowledge, skills and
5  abilities.
6          I've seen reference to KAS0's.
7      A.  Um-hmm. Yes.
8      Q.  Is that knowledge, skills and abilities and
9  something else?
10     A.  Yes. That something else is "other."
11     Q.  Oh, beautiful.
12         All right. So when we talk today, are we
13 going to talk about KSA's or KSAO's?
14     A.  In this period, I believe it was KSAO's under
15 the old policy.
16     Q.  Okay. Well, let's try to be consistent then.
17 And I interrupted you, I'm sorry.
18         You were last talking about the manager and
19 the Human Resources specialist developing any KSAO that
20 needed to be written into the vacancy announcement?
21     A.  Yes.
22     Q.  Anything else?

Page 41

1      A.  Anything else on that part?
2      Q.  Right. On that part before the vacancy
3  announcement goes out and --
4      A.  I believe that covers it.
5      Q.  Okay. Now, the manager in the -- I want to
6  clarify.
7          The manager and Human Resources specialist go
8  over the position description and develop the KSAO for
9  the position?
10     A.  Yes. With varying degrees of input by a
11 manager.
12     Q.  Okay.
13     A.  Some may be not at all, others might have a
14 lot of input.
15     Q.  Is that -- is that designed to ensure that
16 the position description in KSAOs that are attached to
17 the vacancy announcement actually describe the real
18 duties of the position that is to be filled?
19     A.  The position description covers the --
20 generally covers the duties of the position. It's not
21 required that every duty be included in a position
22 description, so it is a general statement of duties, I

Page 46

1  to include everything.
2      Q. Otherwise, it might be a surprise to the
3  employee what is expected of him or her in the
4  position, right?
5      A. What's the question?
6      Q. Well, if the general duties of the position
7  weren't included somewhere, then the employee wouldn't
8  know what he's applying to, except for the title of a
9  position and wouldn't know if he's qualified or wants
10 to do that work?
11     MS. MOMENI: That's not what the witness
12 testified to. She said general --
13     MR. ALDERMAN: No, I'm now asking that
14 question.
15     MS. MOMENI:-- if the general duties were not
16 included, general duties?
17 BY MR. ALDERMAN:
18     Q. Would it be a surprise to the employee?
19     A. I say, yes, if I can do that with an
20 explanation.
21     Q. Please.
22     A. The work in job categories, job

Page 47

1  classifications, it's very dynamic and a position
2  description is written at a point in time, and is to
3  describe the mayor recurring duties of the position,
4  that's the -- which to be contained there.
5      They are not -- position descriptions are not
6  changed every time a new duty is performed by an
7  employee.
8      And there are certain -- there is a certain
9  scope of duties that an electrician may be expected to
10 be able to perform, even if the job you're recruiting
11 for is looking for a -- has identified certain KSOs and
12 duties as for that position.
13     But it's generally understood that a
14 particular trade, a mason, or an electrician or a pipe
15 fitter, that title conveys knowledge of a certain realm
16 of duties.
17     Q. Okay. We're going through the process of the
18 selection process, and now I think we're to the point
19 where a vacancy announcement might be posted?
20     A. Right.
21     Q. Can you take it from there?
22     A. Yes.

Page 48

1      The vacancy announcement is posted with an
2  opening date and closing date. Applicants submit their
3  application which in -- they've now -- due to AVUE so
4  it's electronic application process.
5      Once the vacancy announcement is closed, you
6  know, closing date has passed, the Human Resources
7  specialist reviews the rating and ranking of the
8  applicant that's done by the electronic system.
9      And I should explain that as part of that
10 application process, the applicant is doing a
11 self-assessment to say this is the level of expertise
12 and experience I have in each of these specific areas.
13     So the AVUE system presents descriptions of
14 different levels of work, and the applicant checks the
15 description that most closely relates to their
16 experience, and then they assess themselves against
17 what we would look at as the KSOs, so we're -- you're
18 saying this specifically describes the types of
19 experience I have in this work. And it's those scores
20 that the AVUE system use -- those answers that the AVUE
21 system uses to develop the score.
22     So, you know, for one factor there may be

Page 49

1  four answers there, one answer is worth -- worth, you
2  know, certain point value, another answer is worth
3  different point value. So they assess themselves, that
4  determines a score, and the Human Resources specialist
5  then reviews the entire applicant pool to see if the
6  applicant has supported their self assessment with a
7  description of their work experience.
8      And what I mean by that is if I did a self
9  assessment and said I have performed brain surgery, and
10 my work experience says I've been Human Resources
11 specialist, then the Human Resources specialist could
12 override and change that -- that assessment which would
13 change the score, okay.
14     So all the applicants are reviewed to make
15 sure the applicant has supported their answers and any
16 change that might be made by a Human Resources
17 specialist is documented in the system to see what was
18 changed and by whom, and then the referral list or the
19 certificate of eligibles, that's referred to a couple
20 of different ways, is issued to the selecting official.
21     Q. Now, if the Human Resources specialist if he
22 doesn't feel that the employee's self assessment is

## Capital Reporting Company

Page 54

1  A. Okay.
2  Q. And below each question is an area for the
3  employee to provide additional information --
4  A. Yes.
5  Q. -- relevant to that KSAO?
6  A. Yes.
7  Q. And is it against that additional information
8  that the employee's answer is judged?
9  A. It -- you can use anything in their
10 application to judge that, because a specific
11 explanation for the KSAO is not required on many jobs.
12      So you can check the box, and if you don't
13 put further explanation there, that's okay, they would
14 go -- the Human Resources specialist would go to the
15 work experience description to see if there's any job
16 there that may support that answer.
17 Q. Okay. Getting back on traffic, the Human
18 Resources specialist have -- have I think graded the
19 AVUE applications, and what happens now?
20 A. Okay. They don't grade the applications,
21 they review the scores that were assigned based on the
22 self assessment and make some modifications, so they've

Page 55

1  finalized that list.
2  Q. Okay.
3  A. And issue it to the selecting official.
4  Q. Now, are you aware of any instances in which
5  information that an employee has inputted into AVUE, is
6  erased, is discarded, or just simply isn't there?
7  A. No.
8  Q. Okay. So there's never been a problem with
9  the AVUE system in terms of losing information that an
10 employee has inputted?
11 A. We've had employees complain that they didn't
12 get to the completed stage of submitting an
13 application, and so something happened prior to them --
14 them actually submitting an application saying, you
15 know, "I lost my application" or and we've never shown
16 that to be true.
17     Because it does keep a record of incomplete
18 applications and it does, the system does document any
19 action taken in the system from submitting the
20 application, you can see from that end and then from
21 the Human Resources end and the manager's end, there is
22 a log of everything that happens with the vacancy, an

Page 56

1  electronic log that cannot be manipulated by -- by an
2  employee, by a HR specialist.
3      It's -- I mean, it's a log that we don't
4  control, we can't manipulate it.
5  Q. Okay. So now we've got a -- got a bathroom
6  break?
7      MS. MOMENI: That would be great.
8      (Recess taken.)
9  BY MR. ALDERMAN:
10 Q. Before the break we were talking about what
11 happens AVUE grade scores all of the candidates?
12 A. Yes.
13 Q. And then I'll turn it back over to you to
14 talk about the process after that?
15 A. Okay. I think we talked about the HR review.
16 Q. Okay.
17 A. Okay.
18 Q. Correct.
19 A. Until the HR specialists makes the final
20 determination that this is the referral list, the
21 official referral list, and that is sent. The manager
22 is notified via AVUE that they can access the referral

Page 57

1  list through the AVUE system. So when I say it's sent,
2  they're notified to go in and look at it.
3  Q. Can I ask you, interrupt you real quickly.
4      The AVUE system, AVUE system and Human
5  Resources specialist referral is that based on -- how
6  is the referral list generated?
7  A. The initial scores are determined by AVUE
8  based on the employee self assessment. The Human
9  Resources specialist has the responsibility to review
10 the application to see if the applicant's assessment is
11 supported by their work experience so they may change a
12 response based on that which would change a score.
13     And they do have to go in and review, they go
14 in and review each applicant, each application. And
15 then when they're finished reviewing them, then they
16 set it as like, you know, review complete or generate
17 referral list. I'm not exactly sure of the
18 terminology, but it's finalizing the referral list for
19 the selection official.
20 Q. And my question is based on that referral
21 list.
22 A. Okay.

Capital Reporting Company

Page 58

1  Q. How does somebody make it on the referral
2  list?
3  A. Okay. At this point in time the -- the pilot
4  project said anyone that is basically qualified will be
5  referred, and I believe that was for anybody with a
6  score I think it's a score of 80 and above, and so all
7  of those names go on the list.
8     Can I look at streamlined documentation to
9  see if that is correct?
10    It has changed several times.
11    Can I add to my answer?
12 Q. Please.
13 A. On the pilot initiative, the document that
14 Mr. Hampton's March 12, 2001 memo, if you look at the
15 page two under crediting plans, at this point in time
16 the only thing that was required to be reviewed were
17 the basic qualifications and anyone that was basically
18 qualified was referred.
19    And just so you understand, there's a set of
20 questions that determine basic qualifications, and
21 there are another set of questions that address the
22 KSOs. And so the KSOs, how they assess themselves

Page 59

1  would determine a score, a numerical score, but as long
2  as the score met the basic minimum requirement which I
3  believe is 80, they would be referred.
4  Q. Okay, I'm getting to --
5     (Deposition Exhibit No. 4 marked.)
6  BY MR. ALDERMAN:
7  Q. Now, you've been handed a four-page document
8  marked RT Exhibit 4, and on the bottom right of each
9  page is a number, and they go one from 1268, 1269, 1270
10 and 1271.
11 A. Yes.
12 Q. Can you briefly tell me what this document
13 is?
14 A. This is the referral list, the certificate of
15 eligibles, it's the people that are referred to the
16 selecting -- wait a minute, let me back up.
17    This is not the referral list.
18    This is a summary of the status or results of
19 the application for each individual that completed an
20 application for the position, so this should be
21 everybody that applied. I believe that's correct.
22 Q. Now, I'm looking at page 1269.

Page 60

1  A. Um-hmm. Yes.
2  Q. You've got a column there that's marked pass
3  screen out?
4  A. Yes.
5  Q. Can you tell me what that column is?
6  A. Yes, there is -- when we talked about the
7  vacancy announcement, and the criteria that is listed
8  in the vacancy announcement, a factor can be listed
9  there that says if the person does not meet this
10 particular factor, they will not be considered for the
11 position.
12    So it's considered to be of that level of
13 importance that they don't want to consider anyone
14 without it. Even though the applicant may meet basic
15 qualifications for the position, their overall score
16 could still be pretty high, but without meeting that
17 one factor then they would not be considered any
18 further.
19 Q. Column marked elements, that has numerical
20 scores under neither; can you explain what that column
21 is?
22 A. Yes. That's the numerical score that has

Page 61

1  been determined for each applicant, based on their self
2  assessment, and since it shows Human Resources reviews
3  and status in the status column, that means that the
4  final score that was assigned to that person.
5  Q. Um-hmm.
6     Do you know if prior to -- and now talking
7  specifically about Michael Graham's case prior to the
8  time that the referral list was generated, are you
9  aware if any modifications or adjustments were made to
10 Mr. Graham's application so that he would be referred
11 or included on the referral list?
12 A. I always get confused with question am I
13 aware. Ask me the a question again.
14 Q. Do you know if any adjustments were made to
15 Michael Graham's application package such that he was
16 included on the referral list?
17 A. There were no adjustments made to
18 Mr. Graham's application package.
19    MS. MOMENI: Are you talking about this
20 vacancy announcement?
21 A. Yes. For this specific vacancy announcement,
22 and there is a status log that checks that, that

16 (Pages 58 to 61)

Page 62

1  documents that.
2  BY MR. ALDERMAN:
3  Q. I'm going to -- I'm going to ask you a
4  question based on one of the Defendant's Responses to
5  Interrogatories in this case. I don't have a copy.
6     MS. MOMENI: That's okay.
7     MR. ALDERMAN: We won't make it an exhibit.
8  BY MR. ALDERMAN:
9  Q. In Response to Interrogatory Number 1, the
10 Defendant stated quote, "Initially Plaintiff was not
11 included on the list of possible interviews due to his
12 AVUE score. However, later adjustments were made so
13 that Plaintiff could be interviewed." End quote.
14    Can you explain what is meant in that quoted
15 answer?
16 A. Yes. That did not happen for this particular
17 vacancy announcement, but it did happen for another
18 vacancy.
19 Q. And was that for the evening shift vacancy?
20 A. I don't -- I don't know, I have -- I'd have
21 to go back and get the vacancy announcement number, but
22 it was in 2005 under the new policy.

Page 63

1  Q. So this is a mistake, what I just read to you
2  was -- was a mistake, and the agency was looking at a
3  different selection in which this may have occurred?
4  A. To the best of my knowledge, yes, the
5  documentation does not support that statement.
6  Q. I'm going to continue reading from this
7  Interrogatory response.
8     It's still written in response to
9  Interrogatory Number 1?
10    It's just a portion of the -- of the response
11 quote, "The highest scoring applicants were referred to
12 an interview panel." End quote?
13    Looking at Exhibit 4, can you tell me if
14 Michael Graham was among the highest scoring
15 applicants?
16 A. I can't speak to what -- whoever said that, I
17 can't speak to what they meant by the highest scoring.
18 I don't know their definition was of highest scoring.
19 I can see Mr. Graham's score which is 94 out of 100,
20 but I'm not exactly sure what they're speaking to, but
21 the documentation did show that the supervisor
22 documented that Mr. Graham was in fact interviewed.

Page 64

1  Q. Okay. Okay. Back to the process.
2     I think we're up to the point where the list
3  of applicants who have met basic qualifications and
4  passed any screen out are forwarded to the selecting
5  official?
6  A. Yes.
7  Q. Okay. Can you tell me what happens next?
8     You know, I'm going to interrupt you for
9  detail questions.
10 A. That's okay.
11    Then it is the manager's responsibility to
12 review the applications, determine if he or she wants
13 to conduct interviews, because they're not required to
14 conduct interviews. And if they want to conduct
15 interviews, they identify the individuals based on the
16 applications, merits factor based on the application,
17 to determine who to be interviewed.
18    And they have to interview a minimum of -- if
19 they're going to interview anybody, they have to
20 interview a minimum of three candidates from that
21 certificate.
22 Q. The selecting official -- is it the selecting

Page 65

1  official who develops interview questions?
2  A. Generally speaking, yes.
3     They might use a panel to do it. I mean,
4  that's outside of the HR process, so HR does not
5  develop the questions, uh-huh.
6  Q. Does Human Resources approve of the interview
7  questions?
8  A. No.
9  Q. Is the panel or the selecting official
10 required to supply Human Resources with a copy of the
11 interview questions?
12 A. No.
13 Q. Are there any rules that limit or guide the
14 selecting official in the questions that he or she is
15 going to ask in the interview?
16 A. There are not rules, but their managers have
17 been trained through EEO training to ask. They need to
18 ask merit-based questions and not to ask question that
19 could be discriminatory in nature, but there are not a
20 set of written rules that are published about interview
21 questions.
22    But the manager has the greatest knowledge of

**Capital Reporting Company**

Page 70

1  interviewed; though, there's probably another sheet.
2      MR. ALDERMAN: Okay. Miss Momeni, can we ask
3  you to provide us with the remaining sheet?
4      MS. MOMENI: I can clarify this on cross.
5      You want me to do it now?
6      MR. ALDERMAN: Go ahead.
7   A. Thank you.
8      EXAMINATION BY COUNSEL FOR DEFENDANT:
9  BY MS. MOMENI:
10  Q. I could be wrong, but looking at the exhibits
11  in front of us, Miss Tiscione, Exhibit 4, you just
12  explained, said there were 42 candidates initially,
13  correct?
14  A. Yes.
15  Q. Is that what's up top?
16  A. Yes.
17  Q. But you also testified that this screen --
18  the -- there were four people, four applicants who we
19  weren't even considered, where the pass out screen
20  column indicated there is a -- no, I think that is one,
21  two, three, four candidates?
22  A. Five.

Page 71

1   Q. Five that were screened out, so five minus 42
2  is 37?
3   A. Right.
4   Q. Which brings us to this number on Exhibit 5?
5   A. Right.
6   Q. Of the 37 applicants that were qualified, is
7  that correct?
8   A. Yes.
9   Q. So if we have -- we have 25 people on this
10  list, and it indicates on the second page, Counsel,
11  that there is two pages, right, on Exhibit 5 there are
12  two pages of this referral list, and we have two in
13  front of us which includes 25 people out of 37 people
14  that would have been considered?
15      Miss Tiscione, is that correct, or am I
16  missing a step in here?
17  A. I think that 37 people -- and this is hard to
18  do because when you -- when you look at it on screen,
19  this page one --
20  Q. Do we have 25 people on the list or not? I
21  didn't count.
22      MR. ALDERMAN: Yes.

Page 72

1  BY MS. MOMENI:
2   Q. There are 25 people here?
3   A. Right. But I think there are actually 37
4  that were referred.
5   Q. That were referred?
6   A. Right.
7      The everybody that's the "yes" here should
8  would have been 37 people, when you take out the five,
9  and I believe 37 would have been referred.
10  Q. Not just 25?
11  A. Right. You check on next 12 and the bring
12  under the next page on the screen, so I believe there
13  -- there are names missing. We would have to confirm
14  that.
15  Q. We can do that during a break.
16      MR. ALDERMAN: Okay.
17  A. Um-hmm.
18      MR. ALDERMAN: So, yes, we can get this
19  missing page.
20      MS. MOMENI: Yes.
21      EXAMINATION BY COUNSEL FOR PLAINTIFF
22  BY MR. ALDERMAN:

Page 73

1   Q. If you'd flip to page two on Exhibit 5, down
2  below the horizontal line.
3   A. Yes.
4   Q. There is a row that says selecting official.
5   A. Okay.
6   Q. And it lists Steven Steward --
7   A. Yes.
8   Q. -- as selecting official?
9   A. Yes.
10  Q. Is that accurate that Steve Steward selecting
11  official?
12  A. I can only assume that it is.
13  Q. How does that get assigned in the AVUE
14  system?
15  A. I'm not sure, I'm not sure.
16  Q. But according to AVUE, Steve Steward was the
17  selecting official?
18  A. According to this documentation, Steven
19  Steward was the selecting official for this position.
20  Q. If he was the selecting official, then it
21  would be his responsibility to implement an interview
22  panel and make the selection of people -- people to be

Page 74

1 interviewed, is that correct?
2   A.  It would be his responsibility to review the
3 applicants and determine if he wanted to conduct
4 interviews, because he could do it without interviews
5 just based on the applications.
6       But then if he determined, yes, he wanted to
7 conduct interviews, then that would be his
8 responsibility, to determine who to interview.
9   Q.  Would it all be his responsibility to develop
10 the interview questions?
11  A.  Yes.
12  Q.  Was Human Resources in any way involved in
13 selecting or implementing the interview panel in this
14 case?
15  A.  I have no personal knowledge of that.
16  Q.  Would it be -- would be standard protocol for
17 Human Resources to be involved in the implementing of
18 an interview panel?
19  A.  Normally, the only time Human Resources is
20 involved is when our process requires an impartial
21 observer.
22      And if the selecting official is having a

Page 75

1 hard time identifying somebody that is available as an
2 impartial observer, then we would -- Human Resources
3 would sometimes make a recommendation as to other
4 people they could contact or we may even make known
5 calls for them to try to help them get an impartial
6 observer but not for the technical members of the
7 interview panel.
8   Q.  Do you know if Human Resources was involved
9 in suggesting the partial observer in this case?
10  A.  No, I have no idea.
11  Q.  Are you aware of the -- of the rules that
12 apply to the actual interview process itself?
13  A.  What I'm aware of the rules of how many
14 people need to be interviewed.  I'm aware of generally
15 accepted Human Resources -- Human Resources practices
16 for conducting interviews, but not a specific set of
17 rules about the interview process.
18  Q.  Are you aware of how candidates are to be
19 evaluated in the interview process?
20  A.  That's -- the interview process is the
21 responsibility of the selecting official, and they
22 determine the method they're going to use, the

Page 76

1 questions, they determine the questions, the method
2 they will use to conduct the interview and how the
3 candidates will interview -- will be assessed.  They
4 will be rated, if they will be scored, there are no
5 rules that make that -- set mandatory rules for the
6 agency.
7   Q.  So, again, it is the selecting official's
8 obligation to determine the procedures by which a
9 candidate is to be judged and evaluated?
10  A.  Yes.
11      (Deposition Exhibit No. 6 marked.)
12 BY MR. ALDERMAN:
13  Q.  You have just been provided with a document
14 that has been marked RT Exhibit 6, bottom right corner
15 of each page is page number, and these -- this is a
16 three-page document going from 103 to 105.
17  A.  Okay.
18  Q.  Is that accurate of the documents that's been
19 provided to you?
20  A.  Yes.
21  Q.  Do you know what this document is?  And I'm
22 not asking you -- I'm talking about documents in

Page 77

1 general, not the specific scores, not the names.  I'm
2 just asking if you know what this matrix is?
3   A.  I can only make an assumption about what it
4 is.  It is not a document that Human Resources created
5 or that -- it's not something that we created and
6 obviously it's not something we would use since it's
7 for an electrician supervisor.
8   Q.  Do you know who created this document?
9   A.  No.
10  Q.  Do you have any idea of how this document is
11 used?
12  A.  I can make assumptions based on knowledge.
13  Q.  But you don't know of policies or rules that
14 govern the use of this documents?
15  A.  There are no policies or rules that govern
16 the use of this document.
17  Q.  Thanks.  That ought to do it for that.
18  A.  Okay.
19  Q.  Did you have any communications with any
20 member of the selection panel regarding Michael
21 Graham's -- regarding the selection at issue in Michael
22 Graham's complaint?