**Capital Reporting Company**

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3

 4    - - - - - - - - - - - - - - - X

 5    MICHAEL GRAHAM                :

 6         Plaintiff,              :

                                   : Case No.:

 7    vs.                          : 1:05CV01340

 8    THE ARCHITECT OF THE CAPITOL :

 9         Defendants.             :

10    - - - - - - - - - - - - - - - X

11                         Washington, D.C.

12                    Thursday, April 6, 2006

13

14    Deposition of:

15                    PETER AITCHESON

16    called for oral examination by counsel for

17    Plaintiff, pursuant to notice, at the Ford House

18    Office, 2nd and D Street, S.W., Room B39,

19    Washington, D.C., before Jodi Scheffel, a Notary

20    Public in and for the District of Columbia,

21    beginning at 12:30 p.m., when were present on

22    behalf of the parties.
```

**GOVERNMENT EXHIBIT**
6

**Capital Reporting Company**

Page 6

1    history at The Architect of the Capitol?

2        A    Sure.  I was hired December 2001 in my

3    current capacity.

4        Q    In your current capacity.  Repeat your

5    position again, please.

6        A    I'm an assistant superintendent of the

7    House Buildings Office Buildings.

8        Q    Who is your immediate supervisor?

9        A    Bob Gleich.

10       Q    His title is?

11       A    Deputy superintendent.

12       Q    As it relates to the electrical

13   division --

14       A    Yes.

15       Q    -- who is your immediate subordinate?

16       A    Steve Stewart.

17       Q    His title?

18       A    General supervisor of the electrical

19   division.

20       Q    Could you tell us what your regular

21   duties as the assistant superintendent of the House

22   Office Buildings entail?

**Capital Reporting Company**

Page 8

1    Capitol.

2         Can you tell me on how many selection

3    panels on which you have been involved?

4    A    I can't give you an exact number.  I'm

5    basically on all selection panels that are within

6    my area of responsibility.

7    Q    Since 2001, would you say that you've

8    been on more than 10 selection panels?

9    A    Oh, absolutely.

10   Q    More than 20 panels?

11   A    Yes.

12   Q    More than 30?

13   A    Yes.

14   Q    More than 50?

15   A    Probably, yes.

16   Q    Do you have the same role?  Do you play

17   the same role in each of those selections?

18   A    Yes.

19   Q    What has that role been?

20   A    When a vacancy announcement closes, human

21   resources sends us the cert or list of the eligible

22   candidates.  I normally have one of the ladies in

**Capital Reporting Company**

Page 9

1    the office call the people that we elect to

2    interview and set up the appointments.  I sometimes

3    develop questions with input from the appropriate

4    supervisors in the appropriate shops.  During the

5    interview, I'm normally the one that -- well, I can

6    say, in every case, I've been the one that actually

7    asks the questions.  I don't have to be.  It's just

8    the way it always turns out.

9         Q    Do you typically act as the selecting

10   panelist?

11        A    No.  I'm not sure how that's determined.

12   That is determined by human resources.  I think

13   it's based on the position that's being interviewed

14   for.  So I really don't know -- you know, I go in

15   the AVUE with our new system and I physically put

16   the check mark in the box, but that does not

17   necessarily mean I'm the selecting official on the

18   job.

19        Q    Can you recall having sat on a panel for

20   any assistant supervisor position?

21        A    Yes.

22        Q    Can you tell me which assistant

**Capital Reporting Company**

Page 13

1    panel?

2         A    I believe so, yes.

3         Q    Did you approach him to participate on

4    the panel?

5         A    No.

6         Q    Do you know who would have approached

7    him?

8         A    Steve Stewart would have.

9         Q    How about for George Hammett; do you

10   remember when that selection was?

11        A    George, I believe -- and, again, I'm not

12   100 percent about this -- I believe he was promoted

13   to assistant on the evening shift but I don't know

14   if Carl was still here at that time.  Carl Whitley

15   was a past supervisor on the evening shift.  I'm

16   not sure who the third person was on that one.

17        Q    Is there a policy or practice of

18   including -- strike that.  Let me try to rephrase

19   it more clearly.  When making a selection for

20   assistant supervisor, is there a policy or practice

21   of including the supervisor who will be directly

22   over that assistant supervisor on the panel?

**Capital Reporting Company**

Page 14

1      A      We try to do that.

2      Q      Let's talk about the three in the

3  elevator shop.  Starting with Joe Zeoli, do you

4  remember who was on the panel?

5      A      I believe it was -- well, Paul Miller

6  was on all three because he's the shop supervisor

7  and then I believe in Joe's case, Rob was the other

8  interview panel member.

9      Q      Who's Rob?

10      A      Rob Reburn who is one of the other

11  assistants.  He's been there longer, I believe.

12      Q      Do you remember what Mr. Reburn's

13  position was?

14      A      He was assistant supervisor at the time

15  he was on the panel.

16      Q      What shift?

17      A      Evening.

18      Q      Reburn was on the evening shift?

19      A      Right.

20      Q      Zeoli was being hired for what shift?

21      A      He was evening shift and Rob was going to

22  move to day shift after he was hired.

**Capital Reporting Company**

1       A    I believe Jimmy Swann was on that one.

2   Again, I'm not 100 percent sure but I believe he

3   was.

4       Q    Mr. Richardson was being selected to

5   which shift?

6       A    Evening shift assistant supervisor.

7       Q    Theon Parker, do you recall the third

8   panelist?

9       A    Yes.  That was more recent and that was

10  Jimmy Swann.

11      Q    Which shift was Theon Parker promoted to?

12      A    I believe he's currently working day

13  shift but we normally do that to get people

14  started.  I believe he's going to be going on

15  midnight shift.

16      Q    You indicated that there was a preference

17  to have the supervisor sit in on the interview

18  panel when making a selection for an assistant

19  supervisor?

20      A    Yes.

21      Q    Is that preference contained in any

22  memoranda?

**Capital Reporting Company**

Page 18

1        A    No.  It's just more or less, you know,

2    common courtesy.  The guy is going to be working

3    for this person, you know, so you want him to have

4    some say of who he's going to be working very

5    closely with for a number of years.

6        Q    Now, I would like to bring the focus of

7    your attention on the selection that is being

8    challenged on this particular selection.  That

9    selection, just so we're clear, is the 2004

10   selection to the midnight shift assistant

11   supervisor position in the electrical division.

12       A    Okay.

13       Q    Later on and throughout the course of

14   this deposition, when I say the selection or the

15   selection at issue, that's the selection that I'm

16   referring to, okay?

17       A    Okay.

18       Q    Were you involved in the selection at

19   issue?

20       A    Yes.

21       Q    What was your involvement?

22       A    I was one of the interview panel members.

**Capital Reporting Company**

Page 19

1      Q      Were you the selecting official?

2      A      I don't know, to be quite honest with

3   you.   I don't know who was officially selecting

4   official on this.

5      Q      Did you have any involvement in the

6   development of the vacancy announcement used for

7   this position?

8      A      No.   Human resources, I believe put

9   that -- it's a generic announcement.

10     Q      In any case, you had no involvement in

11   the development of the vacancy announcement used

12   for the selection at issue in this complaint?

13     A      No.   That's all done by human resources.

14     Q      Did you have any involvement in

15   developing a position description used to fill the

16   vacancy in the selection at issue in this

17   complaint?

18     A      No.   These positions are not generic in

19   nature but the position descriptions are the same

20   pretty much across The Hill for the same position.

21     Q      In your experience as the assistant

22   superintendent, have you ever worked in human

**Capital Reporting Company**

Page 20

1    resources to develop either the vacancy

2    announcement or the position description that would

3    be used to fill any particular vacancy?

4         A    I have.

5         Q    Tell me about each instance.

6         A    I probably can't tell you each instance

7    because I don't remember.  I'll give you an

8    example.  The most recent one was an insulator for

9    work leader, which was a new position that

10   currently didn't exist within the House Office

11   Buildings.  In that case, I wanted to make sure a

12   screen-out factor was -- they had to be a certified

13   asbestos abatement supervisor.

14        Q    Now, you've given one example of an

15   instance in which you worked on human resources to

16   develop position descriptions?

17        A    Yes.

18        Q    And that is where the position is a new

19   position?

20        A    Correct.

21        Q    Are there any other circumstances that

22   have caused you to work with human resources to

**Capital Reporting Company**

Page 26

1   you've got insulators, industrial equipment

2   mechanics, and, you know, they can be supervising

3   any one of those trades at any given time.

4       Q    Are assistant supervisors and supervisors

5   also switched as to what shifts they are assigned

6   to?

7       A    Normally, what happens is, there may be

8   a supervisor -- we don't have rotating shifts, in

9   other words.  Normally, if you're assigned to a

10  shift, you usually stay on that shift.  There are

11  occasions when they might fill in for somebody when

12  they're on vacation or something like that.

13      Q    So one of the points that you just made

14  was that supervisors and assistant supervisors

15  under your divisions are called on to supervise

16  individuals with various expertise.  Is that

17  accurate?

18      A    Yes.

19      Q    Are all of the assistant supervisors and

20  supervisors expected to have expertise in each of

21  those individual categories of experts we were just

22  referring to?

**Capital Reporting Company**

1      A      Yes.  I would say, in the electric shop

2    on the midnight shift, when Kevin Banks was

3    assigned to being supervisor on that shift, he was

4    not as well versed in the fire alarm system as, for

5    example, Dave Smith.

6      Q      Therefore, is it fair to say that you

7    foresaw whatever assistant supervisor that was

8    going to fill the midnight shift position as having

9    a focus or acquiring an expertise in fire alarm

10   equipment?

11     A      I don't know whether you could say

12   foresaw it but for the position, since the bulk of

13   their duties would be supervising fire alarm

14   technicians -- we do have regular electricians on

15   the midnight shift, too, but I think we have

16   three -- we have a couple of electricians on the

17   midnight shift, but the bulk of workers on the

18   midnight shift are fire alarm technicians.

19     Q      How many fire alarm technicians are on

20   the midnight shift?

21     A      I believe, now, we're down to four

22   temporary fire alarm technicians and one permanent

**Capital Reporting Company**

1    fire alarm technician.

2        Q    Is the midnight shift always focused

3    on -- let me take that back and strike that.  Is

4    there some focus on the midnight shift of doing

5    fire alarm work?

6        A    There is because unfortunately that's the

7    only time we can work on the fire alarm system.

8        Q    What kind of work is done on the midnight

9    shift with regard to the fire alarms.

10       A    They have specific projects that

11   sometimes involve expansion of the system.

12       Q    Those are specific discreet projects?

13       A    Yes.  Temporary employees are normally

14   working on the projects.  Then we have a lot of

15   testing.  There's an immense amount of testing that

16   is required on the fire alarm system because any

17   time you make a modification, you've got to do a

18   pretest and an acceptance test with the Fire

19   Marshal to make sure you haven't affected another

20   part of the system.  So they also do a lot of

21   testing of the fire alarm system on the midnight

22   shift.

**Capital Reporting Company**

Page 36

1    Q    My specific question is, with regard to

2    the installation of the equipment, is there

3    anything about the fire alarm equipment that an

4    experienced electrician would not be qualified to

5    do?

6    A    I think at the component level or the

7    field devices -- field devices being smoke

8    detectors, strobes, beam detectors, tho

9    things -- I think an experienced electr

10    install those.  I think when you get ba

11    panel and you start -- you know, and I

12    wrong.  Actually, Mike can probably an

13    question better than I can -- but when you get back

14    to the panel and you're dealing with circuit

15    boards, printed circuit boards that perform a

16    certain function, I believe that a fire alarm

17    technician should be doing that work.

18    Q    Who typically supervises the fire alarm

19    technicians when they do that work?

20    A    Currently, it's Dave Smith.

21    Q    So it's the assistant supervisor?

22    A    Yes.

## Capital Reporting Company

Page 41

1          I think that you testified that you were

2    not involved in developing the vacancy announcement

3    or position description used for this selection; is

4    that accurate?

5          A     That is accurate.

6          Q     Were you involved in selecting the

7    individuals who would sit on the interview panel

8    for this selection?

9          A     I was, yes.

10         Q     Describe your involvement in selecting

11   the people who would sit on the interview panel.

12         A     Well, since this position was within the

13   electrical division, of course, Mr. Stewart would

14   always be on the interview panel.  It was sort of

15   automatic, him being on it.  What I'm not sure of

16   is who declined and why we went outside the shop

17   and asked Kenny Masters.  We went and asked Kenny

18   Masters because we couldn't get anybody within the

19   electric shop to be on the interview panel.

20         Q     Do you know who Kevin Banks is?

21         A     Yes.

22         Q     At the time of the selection at issue,

Page 43

1  not normal practice to leave a shift unsupervised.

2      Q    Do you recall any efforts to have

3  Mr. Banks sit on the selection panel at issue in

4  this complaint?

5      A    I don't.  I don't recall who Steve would

6  have asked, who he asked and who he didn't ask.  I

7  do remember that we had to go outside of the shop.

8  The interview panel member has got to be either the

9  same grade of the position that you're

10  interviewing for or higher.

11      Q    You indicated that you were involved in

12  the selection of the people that would be on the

13  interview panel, correct?

14      A    Yes.

15      Q    But you just now said you weren't sure

16  who Steve talked to about sitting on the panel.

17      A    What I normally do is I ask Steve to --

18  it goes without saying that Steve and I are going

19  to be on the interview panel.  I asked Steve to try

20  to find somebody else, you know, preferably in the

21  shop.  I don't know whether it was due to vacations

22  or schedules or what exactly transpired -- that was

**Capital Reporting Company**

1    two years ago -- I remember him coming back to me

2    and saying that he couldn't get anybody within the

3    shop.  And then, at that point, I believe I called

4    Greg Green in the building engineering division and

5    asked him if he could supply somebody.

6        Q    Did you specifically ask for Kenny

7    Masters?

8        A    No, I don't think I did.  I think I just

9    asked Greg Green for somebody and he probably asked

10   Kenny.

11       Q    Did you have written interview questions

12   for the selection at issue?

13       A    Yes.

14       Q    Did you draft any of those questions?

15       A    Yes.

16       Q    Did you have anybody's help in drafting

17   those questions?

18       A    I used some of the fire alarm questions

19   that came from -- that we talked about from the

20   Dave Smith and Tony Anderson interviews.  You know,

21   I mixed some of those in with the management

22   questions.

**Capital Reporting Company**

Page 45

1      Q      Did you have any assistance from anybody

2  else when you were developing the interview

3  questions?

4      A      No, not that I can recall.

5      Q      Do you remember who was interviewed for

6  that position at issue?

7      A      Yes, I do.

8      Q      Who was interviewed?

9      A      Besides Mike and Dave Smith, I believe

10  Phil Rupprecht.

11      Q      Do you know who chose those three

12  individuals to be interviewed?

13      A      I think it was a combination of Steve and

14  myself.

15      Q      How was it a combination between you and

16  Steve, in other words?

17      A      I would say we probably met.  You know, I

18  don't remember exactly how the conversation went.

19  I think we felt like we had enough in-house

20  candidates to interview without having to interview

21  outside candidates.  So we elected to stay with

22  in-house people because that shortens the interview

## Capital Reporting Company

Page 48

1                    (Recess Taken.)

2    BY MR. ALDERMAN:

3        Q    Mr. Aitcheson, before we went off the

4    record, I was asking you about the process by which

5    the people that you interviewed for the position at

6    issue were selected, just to refresh your

7    recollection.

8            Can you tell me what information you

9    considered when deciding on whom to interview?

10       A    Primarily, when we select someone to

11   interview, we look at their application --

12       Q    Let me stop you because right now it

13   sounds like you're talking about generically.  I'm

14   asking specifically with regard to the selection at

15   issue with regard to Mr. Graham's complaint.

16       A    What we do, if we get a cert that has an

17   adequate -- what am I trying to say -- it's

18   required by human resources, you've got to

19   interview three people off a cert.  If we have

20   three in-house candidates, then we will interview

21   in-house candidates for the position because that

22   shortens the -- the more people we interview, the

**Capital Reporting Company**

Page 49

1    longer it takes to get through the interview

2    process and the selection process.

3         Q    In this particular selection, I'm asking

4    you, what information did you use to select Dave

5    Smith, Phil Rupprecht and Michael Graham as the

6    people you would interview?

7         A    We looked at two things; one, their

8    application, and, two, the fact that they were

9    current in-house employees.

10        Q    Is it the case that you found

11   Mr. Graham's, Mr. Smith's and Mr. Rupprecht's

12   applications to be superior to the other in-house

13   candidates included on the cert that we've marked

14   as Aitcheson Exhibit No. 1.

15        A    I believe there were four in-house

16   candidates.  We selected three of the four.

17        Q    I think you'll find there were six.

18        A    Wait a minute --

19             MS. MOMENI:  Again, Mr. Aitcheson, don't

20   guess.  Take a look at documents that are put in

21   front of you.  I know you do a lot of these a year.

22   Take you're time.

**Capital Reporting Company**

Page 50

1            THE WITNESS:  There were six.  We

2    selected the top three.

3    BY MR. ALDERMAN:

4        Q    When you say the top three, what do you

5    mean by top?

6        A    What I mean by top is, like I said, we

7    look at the in-house candidates because they are

8    in-house candidates and we wanted to keep the

9    interviewing, you know, within the agency or within

10   the organization.  We look at their application, we

11   look at the fact they're in-house people.

12       Q    You said you interviewed the top three

13   in-house people?

14       A    Right.

15       Q    What made them the top three?

16       A    Well, I'm not sure exactly what we said

17   or how we decided at the time.  I can tell you

18   that, you know, Mr. Graham was a work leader.  So

19   that would make him a likely candidate in my mind

20   because he is a level above the regular

21   electricians.

22            Mr. Smith was probably one of our best

## Capital Reporting Company

Page 51

1  fire alarm technicians.  Mr. Rupprecht was on the

2  midnight shift doing some work, some fire alarm

3  work.  I don't recall at the time how much

4  experience he had with the fire alarm system.  I do

5  know that Mr. Rupprecht was also a master

6  electrician as well.  He got his master's

7  electrician's license.  He had solid

8  qualifications.

9      Q    Is it accurate to say that you were

10  looking for a specific fire alarm experience when

11  you made the selection of the people who you would

12  interview?

13     A    Like I said, I can't remember, you know,

14  exactly what transpired when we investigated who we

15  selected.  Like I said, Mr. Stewart and I had a

16  discussion, I'm sure, about who off this list we

17  wanted to interview.  I don't recall exactly how

18  that discussion went.  What I -- for your previous

19  question was just more or less how I would select

20  right now sitting here today.

21     Q    So it's a general answer and not

22  specific?

**Capital Reporting Company**

Page 54

1    selection?

2        A    When I developed the interview questions,

3    I used my knowledge of the job, which probably

4    wasn't completely reflected in the position

5    description.

6        Q    At the time you wrote the interview

7    questions, had you seen the vacancy announcement

8    and position description that would be used for the

9    selection?

10       A    I have seen the position description

11   before, but I don't know that that's been around

12   for a long time.

13           MR. ALDERMAN:  Let's go ahead and mark

14   this document Aitcheson Exhibit 3.

15           (Aitcheson Exhibit No. 3 was

16            marked for identification.)

17   BY MR. ALDERMAN:

18       Q    The document we've marked Aitcheson

19   Exhibit 3 is, at the top, titled Electrician

20   Assistant Supervisor WS-2805-08.  On the bottom

21   right, it's marked with page numbers that go from

22   one to five.  Do you have that document in front of

**Capital Reporting Company**

Page 58

1        A     I do.

2        Q     Do you recognize this packet?

3        A     Yes.  These are the interview questions

4    that were asked to all three candidates.

5        Q     Does your handwriting appear on this

6    document?

7        A     It does.

8        Q     Can you tell me why you wrote on this

9    document?

10       A     What we do, when we ask questions and the

11   candidates answer, we write their answer down.

12       Q     Just going through these questions, I

13   would ask you to identify which questions relate to

14   supervisory skills.  If you can just call them off

15   by number.

16       A     I would say two, four, six, nine, 10, 11,

17   14.  That's about it, I think.

18       Q     Now, would you go through and identify

19   those questions that relate specifically to fire

20   alarm equipment?

21       A     Number seven, eight, 12, 13, 16, 17 and

22   18.

**Capital Reporting Company**

Page 59

1      Q      Can I ask you about number 19 in the NEC

2    what this Table 310-16 relate to?

3      A      There are several questions sprinkled in

4    here on that are just basic electrical work.

5    That's one of them.

6      Q      Let's go through, then, those questions

7    that relate to basic electrical work.

8      A      That would be five -- I think just five

9    and 19.

10      Q      When you were developing these questions,

11    did you ever contemplate or consider that employees

12    who were then on the midnight shift and doing work

13    related to the fire alarm equipment would be at an

14    advantage to Mr. Graham because of the number of

15    fire alarm equipment questions asked?

16      A      Not really.  You know, different people

17    throughout the years have worked on different

18    shifts.  We were looking for somebody who had a

19    knowledge of the fire alarm system to be on that

20    shift, since that is the bulk of work that takes

21    place on that shift.  I put these questions

22    together because I thought they most accurately

## Capital Reporting Company

Page 60

1   reflected the knowledge required to do the job at

2   hand.

3       Q    If you were looking for someone that had

4   fire alarm equipment experience to fill this

5   assistant supervisor position, how do you

6   communicate that desire to the people who would be

7   applying for the position?

8       A    Well, we didn't communicate -- I mean,

9   outside -- human resources puts out the job

10  announcement.  I think it's fairly common knowledge

11  that, you know, what's done on that shift and what

12  the bulk of the work is on that shift.  Someone on

13  the outside wouldn't know.  I agree with that.  On

14  the inside, people currently working here would

15  know.

16      Q    In this particular instance, were there

17  more people on the inside applying or more people

18  from the outside applying?

19      A    More people from the outside.

20      Q    At any time after you developed these

21  questions, did you provide answers to these

22  questions to the other members of the interview

**Capital Reporting Company**

Page 62

1    answers.

2         Q     Based on what?

3         A     His general knowledge, you know, in

4    working in the shop over the years.  He's worked on

5    the midnight shift, too, on several occasions on

6    temporary assignments, of course, back before he

7    was general foreman, you know, again when somebody

8    would go on vacation or something like that.

9         Q     Did you ask him if he knew the answers to

10   the questions?

11        A     I didn't.

12        Q     Did you ask Kenny Masters if he knew the

13   answer to the questions?

14        A     Kenny Masters requested the answers.

15        Q     When?

16        A     After the interview.

17        Q     Did he ask that of you?

18        A     Sure.

19        Q     He asked you for the answers?

20        A     I believe the conversation -- and, again,

21   this was a long time ago -- he probably said, I'm

22   going to need the answers to some of these

**Capital Reporting Company**

Page 63

1    questions because I don't know them all.

2        Q    And then what happened?

3        A    We went through them and gave him the

4    answer verbally.

5        Q    Did you have the answer sheet with you?

6        A    No.

7        Q    How did you know the answers at that

8    time?

9        A    Because this isn't the first time I've

10   asked these questions.

11            MS. MOMENI:  Counsel, the answer I heard

12   was, we gave him the answers, not I gave him the

13   answers.

14       Q    Did you give him the answers?

15       A    I think with Mr. Stewart's assistance,

16   sure.

17       Q    Did you have Mr. Kaldenbach's answers

18   available to you at that time?

19       A    No.  I mean, I didn't have them in the

20   room with me.  Like I said, this isn't the first

21   time.  I've asked these questions before.

22       Q    When was the last time previous to this

**Capital Reporting Company**

Page 64

1    selection that you used these questions and

2    answers?

3        A    Through Tony Anderson's and Dave Smith's

4    positions.

5        Q    When was that?

6        A    I don't recall.  I would have to go back

7    to the records and find out.

8        Q    Was it more than a year before the

9    selection at issue?

10        A    I don't know.  Like I said, I really

11    don't know.

12        Q    The last time was for Tony and Dave's

13    selection to fire alarm technician?

14        A    Correct.

15        Q    Did you read the questions during the

16    interviews?

17        A    I did.

18        Q    Did anybody else read them?

19        A    No.

20        Q    Did you give instructions to anybody

21    during the interviewing and evaluation process?

22        A    I always tell all of the candidates that

**Capital Reporting Company**

Page 65

1    I've got a series of questions to ask you.  I'll

2    read them to you, do the best you can trying to

3    answer them, I can repeat a question, or I can skip

4    a question and come back to it later.  I can't give

5    you any hints or basically say anything that's not

6    on that page.

7         Q    How about to the interview panelists; did

8    you give them any instructions?

9         A    No.  I always make sure the impartial

10   observer knows what their duty is in the interview

11   process if they haven't been an impartial observer

12   before.  Other than that, I didn't give anybody

13   any.

14        Q    When did you make your deliberation as to

15   who was the best candidate?

16        A    I don't recall.  You know, we all, after

17   the interview process, take our questions, go back

18   to our office and at some point in time review all

19   of the information and score the candidates

20   accordingly.

21        Q    So you score separately?

22        A    Yes, that's correct.

**Capital Reporting Company**

Page 66

1        Q      Did you have any conversations with any

2    of the other interview panelists about their

3    scoring?

4        A      No.

5        Q      Did you give any instructions to any of

6    the other panelists on how to score?

7        A      Well, I always tell them on a scale of

8    one to five, one being the worst and five being the

9    best.  Other than that, no other instructions.

10       Q      Were there any particular factors to be

11   weighed more heavily than other factors?

12       A      No.

13       Q      What materials did you consider when you

14   were making your final evaluation of the

15   candidates?

16       A      I looked at the peoples' applications,

17   how they performed in the interview.

18       Q      Those two things?

19       A      Primarily those two things.  And then

20   when the interview panel members get back together

21   to tell everybody how they scored, there are other

22   things that might come up in the discussion.

**Capital Reporting Company**

Page 67

1      Q    Such as?

2      A    Past work performance.

3      Q    Do you recall meeting with Mr. Masters

4    and Mr. Stewart to go over your final conclusions?

5      A    Yes, we did meet.  I don't know how the

6    conversation went.

7      Q    Do you remember discussing any other

8    factors other than the application in the

9    interviews?

10      A    Well, I think in this case, I would

11    imagine -- I'm just speculating -- there was very

12    little discussion because it wasn't a close -- you

13    know, it wasn't a close race if you want to call it

14    that.  You know, there was a clear-cut winner.

15    Normally we have a discussion if there's two people

16    that are very close in scoring or there's a tie.

17      Q    I'm going to ask you, just specifically

18    with this selection, do you remember a

19    conversation?

20      A    I don't.

21      Q    Do you remember specifically meeting with

22    Steve Stewart and Kenny Masters?

**Capital Reporting Company**

1      A    I know we met, but I don't remember what

2    day it was or what we talked about or even when we

3    met to tell you the truth.

4      Q    Do you recall that this decision was a

5    unanimous decision or not?

6      A    Well, I think based on the scoring, it

7    was not unanimous.  The only reason I know that is

8    through review of these documents prior to this

9    case.  If I haven't done that, I wouldn't have

10   known.  I wouldn't have remembered.  I believe

11   Mr. Masters had Phil Rupprecht as his top choice.

12     Q    Do you remember discussing that with

13   Mr. Masters, the fact that he selected

14   Mr. Rupprecht over Mr. Smith?

15     A    I'm sure something was said, but I don't

16   know what.

17     Q    Did you provide the other panelists with

18   each candidate who was interviewed application

19   materials?

20     A    I believe I did.  That's normal practice.

21     Q    Do you specifically remember?

22     A    I don't.  Understand that I do probably

## Capital Reporting Company

Page 72

1      A    I have.

2      Q    Why not in this case?

3      A    I only do that if I'm having difficulty

4    making -- if it's really close between several

5    candidates, then, you know, I have to use something

6    more than what's on here to arrive at what I

7    believe is a fair decision.

8      Q    In this case, it was clear-cut?

9      A    It was.

10     Q    Was there any particular weight given

11   to -- I'm looking at what looks like four different

12   categories at the top of this matrix.  The first is

13   knowledge to plan, the second is to use interview

14   building from the blueprints, third is the ability

15   to supervise, fourth is ability to recommend

16   personnel actions.

17     A    No specific weights.  These are just raw

18   scores that you see on here.

19     Q    Can you explain why Mr. Graham only

20   received a three under knowledge and ability to

21   plan, layout and install electrical installation

22   using tools and materials of the electric trade?

**Capital Reporting Company**

Page 74

1        Q      It was in the time frame of this actual

2    selection; in other words, was it during the time

3    that you were making the selection for the

4    assistant supervisor on the night shift?

5        A      I believe it was.

6        Q      Did he indicate specific projects he was

7    referring to?

8        A      I can't recall the actual specific

9    projects.  I would have to go back and talk to Mr.

10   Stewart.

11       Q      Jumping over to the column labeled

12   ability to recommend personnel actions, schedule

13   leave, maintain work orders and schedule work,

14   provide technical advice and on-the-job training,

15   you gave Mr. Graham the lowest score of anyone

16   there, a three, whereas Mr. Rupprecht received a

17   four and Mr. Smith received a five.

18              Can you explain why Mr. Graham received

19   the lowest score?

20       A      Yes.  That's also a result of his answers

21   on the interview questions coupled with his work

22   performance as described to me by Mr. Smith?

**Capital Reporting Company**

Page 75

1      Q    What about Mr. Stewart's description of

2   Mr. Graham's work performance led you to believe he

3   did not have strong abilities to recommend

4   personnel actions?

5           MS. MOMENI:   Objection.   That's not the

6   testimony.   The three doesn't mean not strong

7   necessarily.   I think you need to elicit that

8   information from the witness first.   I guess my

9   objection is to the foundation.

10          MR. ALDERMAN:   I will go ahead and ask my

11  question.

12  BY MR. ALDERMAN:

13     Q    You made the score, you considered it.

14  What was it about what Mr. Stewart told you that

15  led you to believe that Mr. Graham, when compared

16  to Mr. Smith and Mr. Rupprecht, had a lesser

17  ability to recommend personnel actions?

18     A    Well, I think if you look at the

19  question, it's not just that.   It's also maintain

20  work orders, schedule work, provide technical

21  advice and on-the-job training.

22     Q    So which one of those qualities did

**Capital Reporting Company**

Page 79

1    A    Oh, I'm sorry.

2    Q    About the selection?

3    A    About the selection, no, other than the

4  interview panel members.  That's it.

5    Q    What conversations did you have with the

6  interview panel members?

7    A    Just when we got together to compare our

8  notes.  I don't know what the conversation was as I

9  mentioned to you earlier but, you know, the process

10  is, was we go back to our office, do this

11  independently of each other and then we meet and

12  discuss the results of our scoring.  That's really

13  all there was to this particular selection.

14    Q    Do you know if you were the person that

15  actually typed in selection to a view system?

16    A    I think I was, yes.

17    Q    Did you have any conversations with the

18  concurring official?

19    A    No.

20    Q    Who was the concurring official?

21    A    I believe Frank Tiscione is always the

22  concurring official.

**Capital Reporting Company**

Page 116

1    Architect in that case; do you know?

2        A    I don't think there was any finding made

3    to tell you the truth.  I believe the Plaintiff

4    dropped it.

5            MS. MOMENI:  That's all I have, thank

6    you.

7            MR. ALDERMAN:  I just have one follow-up

8    question.

9        EXAMINATION BY COUNSEL FOR THE PLAINTIFF

10   BY MR. ALDERMAN:

11       Q    In the Parker case, were you the

12   selecting official?

13       A    I don't know, to tell the truth, because

14   that term is used but it's something that I believe

15   human resources designates.  I don't really know

16   who the selecting official is in all of these

17   cases.

18       Q    Were you the highest ranking person on

19   the interview panel?

20       A    I was but that's not always the selecting

21   official.  For example, I believe -- well, it could

22   have been the general foreman of the shop.