# Electrician Assistant Supervisor, WS-2805-08, HOB 2004 173

## PROFILE

*Read Only - Cannot Be Updated*



PENGAD 800-631-6889

EXHIBIT

No. 1

Graham 1-18-06

NAME  MICHAEL L GRAHAM

ADDRESS

COUNTRY

OTHER

CITY

STATE / PROVINCE

OTHER (IF APPLICABLE)

ZIP

SOCIAL SECURITY NUMBER

DAYTIME PHONE NUMBER

EVENING PHONE NUMBER

CELL PHONE NUMBER

PAGER NUMBER

INSTANT NOTIFICATION ADDRESS

FAX NUMBER

E-MAIL ADDRESS

*Submitted: 8-19-2004*

## WORK HISTORY

| Job Title | Employer | Salary | Start Date | End Date | Federal Job (y/n) | Pay Plan | Series | Grade |
|---|---|---|---|---|---|---|---|---|
| electrician leader | aoc | | 4/ 7/ 1975 | Present | Y | WL | 2805 | |
| | Was this the highest grade held on a permanent basis in the competitive service:   Yes | | | | | | | |
| | The promotion potential grade or full performance level of this position: | | | | | | | |
| | Location: (State, City, Country)   wash. dc, Dist of Columbia, United States of America | | | | | | | |
| | Supervisor Name:  steve stewart    Phone:  202-441-7161    Email: Permission to contact supervisor granted. | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

CAMDSS 800-783-0399

GOVERNMENT EXHIBIT

7

in order to perform such functions as the ... tr
trical wiring systems and associated fixtures,

licing, and soldering defective wiring and
s meggers or voltmeters, to troubleshoot where

s using standard tools, based on written and oral
visor who planned and assigned the work.

electrical lines and circuits with low levels of

ng.

principles and maintaining safety standards when
ctrical systems. I also instruct lower grades and

**ments.**

hed from one point of theory to another and from
tain electrical systems and equipment.

l observation and use of test equipment.
pairs to installed systems. Rearranged and
tors, and circuit breakers.

standard tasks to complete routine repairs (e.g.,
ive wiring, controls, equipment, and fixtures) and

ers in simple electrical equipment repair work.
employee or supervisor.

ing.

ctrical field while switching from one point of view
ctrical systems

practices, and kept employees informed of

k-to-week or month-to-month regular

t by and coordination with other individuals and
organizational unit. Identified individuals to
juence of activities to be accomplished, and
project.

t project-by-project assignments.

jsp;jsessionid=0a010035ce5b2168...   3/18/2005

## REFE

| REFERENCE NAME | RELATION TO APPLiCANT | TITLE |
|---|---|---|
| mary bizzell | cousin | |
| | PHONE: | EMAIL: |
| byron kittrel | brother-in law | |
| | PHONE: | EMAIL: |

## EDUCATION

If the Accredited status reads 'Cannot Determine' pleas

| NAME OF SCHOOL | CITY | STATE | DEGREE (IF |
|---|---|---|---|
| south lenoir high | deep run | North Carolina | High school di or equivalent |
| | Type of School: High School | | |

## ADDITIONAL

actively take a supervisory/training role with other w
hands on training.assumed acting foreman role withi
and other employees. -make preliminary assessmen
and for their subsequent storage and care.— on a da
performed and materials used.—-interact with office
information; explain codes and implications to custor
coordinate with other disciplines such as plumbing;h
systems;set transformers.—-responsible for maintair
regulations for self; co workers and customers—-lo
directives and coordination.

## QUALIF

**Ability to use and maintain hand tools used in el**

Used and maintained hand tools used in the installa
wiring systems and associated fixtures, controls, an

Selected and used most hand tools of th
screwdrivers, long-nosed pliers, diagona
performing standard types of electrician

Selected and used hand tools for basic
difficult tasks. Assisted higher-grade pe
according to specifications.

https://www.avuedigitalservices.com/ads/manage

# DOCUMENTATION REQUIRED

## ADDITIONAL NOTES

attended a 4 year apprenticeship program and have numerous classes sinc