## Capital Reporting Company

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3

 4    - - - - - - - - - - - - - - - - X

 5    MICHAEL GRAHAM                   :

 6         Plaintiff,                  :

                                       : Case No.:

 7    vs.                              : 1:05CV01340

 8    THE ARCHITECT OF THE CAPITOL     :

 9         Defendants.                 :

10    - - - - - - - - - - - - - - - - X

11                             Washington, D.C.

12                    Thursday, April 6, 2006

13

14    Deposition of:

15                    KENNETH MASTERS

16    called for oral examination by counsel for

17    Plaintiff, pursuant to notice, at the Ford House

18    Office, 2nd and D Street, S.W., Room B39,

19    Washington, D.C., before Jodi Scheffel, a Notary

20    Public in and for the District of Columbia,

21    beginning at 9:45 a.m., when were present on behalf

22    of the parties.
```

GOVERNMENT
EXHIBIT
10

**Capital Reporting Company**

Page 29

1       A       I did nothing related to this interview.

2       Q       Now, upon arriving for the interview,

3  what happened?

4       A       I was informed that I was taking part in

5  an assistant supervisor's position in the

6  electrical division.

7       Q       Were you provided with any documents,

8  with any instructions?

9       A       Just the questions.

10      Q       Just the questions.  Were you provided

11  with any instructions on what to do during the

12  interview?

13      A       I don't recall.

14      Q       Who provided you with the questions?

15      A       Pete Aitcheson.

16      Q       Who else was on the interview panel?

17      A       Steve Stewart.

18      Q       Was there a neutral?

19      A       There was an impartial observer.  I don't

20  recall who that was.

21      Q       Was it Ann Whitman?

22      A       I do not remember.

**Capital Reporting Company**

1    understand the question.

2        A    I don't know if I understood the

3    question.  They did not let me know.

4        Q    Did you let anyone know that you did not

5    know the answers to the questions?

6        A    After the interviews on a couple of

7    questions, I asked what the answers were.

8        Q    Who did you ask?

9        A    Steve Stewart.

10        Q    Where did you ask him that question?

11        A    In the room.

12        Q    Was Mr. Aitcheson present when you asked

13    that question?

14        A    I believe he was.

15        Q    Did you have any other conversations

16    about the questions or the answers to the interview

17    questions?

18        A    Not to my knowledge.

19        Q    Do you remember how many questions there

20    were that you did not know the answers for?

21        A    I don't remember exactly.

22        Q    We'll get into that a little bit later.

**Capital Reporting Company**

Page 34

1          MS. MOMENI:  Yes, on or about, no

2     problem.

3     BY MR. ALDERMAN:

4          Q     During the interviews themselves, do you

5     remember what you were doing?  In other words, were

6     you writing down the candidate's answers?

7          A     Yes, I was taking notes.

8          Q     So simultaneously with the answers, you

9     were writing down notes.

10         A     That's correct.

11         Q     At any time, did you compare your notes

12    with any of the other panelists' notes?

13         A     I did after the interviews were complete.

14         Q     Who did you compare your notes with?

15         A     Just myself outside of the interview

16    room.

17         Q     So you reviewed your notes after the

18    interview?

19         A     After all of the interviews were

20    completed, in my own office, I compared them.

21         Q     My question was, did you compare your

22    notes with any of the other panelists' notes?

**Capital Reporting Company**

Page 35

1      A      No.

2      Q      Did you discuss any of the individual

3   candidates' responses with any of the other

4   panelists'?

5      A      No.

6      Q      Did you discuss anything about the

7   interviews with any of the other panelists?

8      A      I did not discuss anything about how they

9   interviewed, just only a few questions after they

10  were over.

11     Q      What were those questions?

12     A      I don't remember.

13     Q      You don't remember the questions that you

14  had?

15     A      I don't remember what I asked.

16     Q      But you did ask questions?

17     A      I asked.

18     Q      Did you talk to Mr. Aitcheson about the

19  interviews at any time?

20     A      Prior to the interviews.

21     Q      Prior to or after?

22     A      No.

## Capital Reporting Company

1      Q    So during the interviews, you marked down

2   notes corresponding to the peoples' answers?

3      A    That's correct.

4      Q    After the interviews, you asked some

5   questions to clarify what the actual answers were?

6      A    That's correct.

7      Q    Did anything else happen during the

8   interview process itself?

9      A    No, not that I recall.

10      Q    Now, tell me what happened after the

11   interviews had concluded.

12      A    I got a sheet, a rating sheet.  I was

13   instructed to fill this out and bring it back.

14      Q    Who gave you that interview sheet or

15   the -- what did you call it?

16      A    As I remember, Pete Aitcheson.  It was a

17   rating form.

18      Q    Peter Aitcheson gave that to you?

19      A    Yes.

20      Q    Did he give you any instructions on how

21   to use the form?

22      A    I believe it was just a basic number

**Capital Reporting Company**

Page 63

1        A        To the best of my recollection, it was

2    the day after.

3        Q        Did you review any materials in making

4    that deliberation?

5        A        Just my notes.

6        Q        So only your notes from the interview

7    session?

8        A        That's correct.

9        Q        Did you review the candidates'

10   applications?

11       A        I do not remember looking at their

12   applications.

13       Q        Did you have any other notes other than

14   your notes about the interview response?

15       A        No.

16       Q        Did you receive any instructions on what

17   factors -- strike that.  Did you receive any

18   instructions on how to evaluate the candidates?

19       A        No.

20       Q        Let me be a little bit more specific

21   there.  Were you informed that any particular

22   factors were more important than other factors?

## Capital Reporting Company

Page 64

```
 1       A     No.

 2             (Masters' Exhibit No. 3 was

 3              marked for identification.)

 4   BY MR. ALDERMAN:

 5       Q     Mr. Masters, I'm handing you a document

 6   that's been marked Masters' Exhibits 3.

 7             (Tenders document to witness.)

 8             This is a two-page document that has

 9   Bates stamps or page numbers of 0044 and a bunch of

10   zeros 389.  So page numbers 44 and 389.  Is that

11   what you have in front of you?

12       A     Yes, that's what I have.

13       Q     Do you recognize these documents?

14       A     Yes, I do.

15       Q     What are these documents?

16       A     Those are the rating forms.

17       Q     Are they your rating forms?

18       A     It looks like my writing on these forms.

19       Q     These appear to be identical forms in

20   terms of the scoring and even the handwriting looks

21   identical in the scoring.  The only difference in

22   the matrix itself is that there appear to be other
```

**Capital Reporting Company**

Page 25

1       A       Composed meaning selected?

2       Q       Yes.

3       A       I am not aware of how they select or

4   compose these panels.

5       Q       Were you involved in the selection at

6   issue in Mr. Graham's complaint?

7       A       Repeat that, please.

8       Q       Sure.  Were you involved in the selection

9   at issue in Mr. Graham's complaint?

10      A       I don't know if I understand that

11  question.

12      Q       Did you participate in any way in the

13  2004 selection for the assistant supervisor on the

14  midnight shift in the electrical division?

15      A       I was involved in that.

16      Q       Can you describe for me your involvement?

17      A       I was on the interview panel.  I listened

18  to the interviews and jotted some notes down and

19  made my selection based on my interviews, listening

20  to the interviews.

21      Q       Let's step back a little bit.  How did

22  you become selected for that panel?

**Capital Reporting Company**

Page 41

1    interview.

2        Q    When?

3        A    The next day.

4        Q    How about after that; did you ever refer

5    to these notes again?

6        A    Yes, I have.

7        Q    When was that?

8        A    I don't remember the date.

9        Q    Was it recently in preparation for this

10   deposition?

11       A    I have looked them over, yes.

12       Q    I'm going to ask you the question again.

13   You referred to another occasion when you had

14   reviewed these notes after the interviews, one day

15   after the interviews.  Can you tell me each

16   occasion, after that interview process, during

17   which you referred to these notes?

18       A    I referred to them the day after to make

19   my assessment and to look my notes over, and I've

20   looked at them recently in the last week or so.

21       Q    At any time between your recent

22   preparation for this deposition and the day after

**Capital Reporting Company**

Page 44

1    should be up in HR.

2    BY MR. ALDERMAN:

3        Q    Let's go through these questions.  The

4    first question reads -- and I'll quote -- why are

5    you interested in this job, end quote.

6            Was there any particular response that

7    you were looking for that answer?

8        A    I don't know if there's a particular

9    answer I was looking for.  I was just writing notes

10   on this.

11       Q    You have written as Mr. Graham's answer,

12   one, quote retirement; two, better suited

13   organization head -- organized, can help the

14   organization, I guess.

15       A    I'm sorry, my notes aren't the best.

16       Q    What did you think about that answer; do

17   you recall?

18       A    I don't recall that much about it.

19       Q    Question number two, quote, what

20   characteristics do you possess that make you

21   qualified for this position, end quote.

22           Do you recall what answers or elements

**Capital Reporting Company**

1    you were looking for in response to that question?

2        A    I see a note here, not much detail.  I

3    guess I was looking for a little explanation on his

4    characteristics that would make him qualified.

5        Q    Let me stop you real quick.  Going back

6    to the time when you got these notes out of your

7    locker to review them after you learned about

8    Mr. Graham's complaint, around that time period,

9    did you have any other conversations with anybody

10   about this selection?

11       A    No.

12       Q    You didn't talk to Mr. Aitcheson about

13   it?

14       A    No, just the lawyer, Eddie.

15       Q    Now, earlier you said that no one had

16   asked you to review your notes, but just now you

17   indicated that you talked to Mr. Martinez about it.

18       A    I did when I was sitting down with him.

19            MS. MOMENI:  That conversation is

20   privileged.  So let's move on.

21   BY MR. ALDERMAN:

22       Q    Question number three reads:  What two

## Capital Reporting Company

Page 46

1    work-related accomplishments are you most proud

2    of, end quote.

3           Can you tell me what you were looking for

4    in answer to that question?

5        A    Well, I was looking for two work-related

6    accomplishments.  This doesn't seem real specific.

7        Q    Now, that notation that comes below your

8    notes about Mr. Graham's answers, it reads, quote,

9    not specific enough, end quote.

10          Do you remember when you made that

11   notation?

12       A    I don't remember.

13       Q    Question number four reads, quote,

14   imagine that you were an assistant supervisor and

15   one afternoon you observed that one of your

16   employees has reported to work inebriated.  What

17   would you do, end quote.

18          Was there a particular answer you were

19   looking for in response to that question?

20       A    I see I have a note here.  It says

21   notified supervisor or call supervisor.  I was

22   looking for that, to notify the supervisor of the

**Capital Reporting Company**

Page 47

1    incident.  That's all I remember really.

2         Q    Question number five reads, quote, what

3    device would you use to measure the following:  The

4    first on that list is current.

5              Do you know the answer to that question?

6         A    I do.

7         Q    Did you know at the time of the interview

8    the answer to that question?

9         A    I did.

10        Q    What was the answer?

11        A    Amp meter.

12        Q    Next is, what device would you use to

13   measure voltage?

14             At the time of the interview, did you

15   know the answer to that question?

16        A    I did.

17        Q    What was the answer to that question?

18        A    A volt meter.

19        Q    What was Mr. Graham's response there?

20        A    Multimeter.

21        Q    Is multimeter an acceptable answer?

22        A    That is an answer, yes.  I was looking

**Capital Reporting Company**

Page 48

1    for a little more specific but that answer would

2    work.

3        Q    So you could use that device to measure

4    voltage?

5        A    Yes.

6        Q    The next, number five, what device would

7    you use to measure resistence?

8            At the time of the interview, did you

9    know the answer to that question?

10       A    Yes.

11       Q    What was the answer?

12       A    Multimeter.

13       Q    Lastly, what device would you use to

14   measure continuity?

15           Did you know the answer to that question

16   at the time of the interview?

17       A    Yes.

18       Q    What was the answer?

19       A    Continuity checker or a multimeter.

20       Q    So Mr. Graham answered all of those

21   questions correctly under number five?

22       A    Yes.

**Capital Reporting Company**

Page 49

1      Q      How did you know the answer to that

2   question?

3      A      I went to school for electricity.

4      Q      So you recall that from your schooling?

5      A      Oh, yes.

6      Q      Question number six reads:  Earlier this

7   year, there were rumors that electronics

8   technicians from the electronics division were

9   going to be merged with electric shop.  Imagine you

10  were the supervisor and several of these higher

11  graded technicians are assigned to your shift to

12  work with the electricians.  How would you handle

13  the disruption to the shift and the attitudes

14  resulting from the grade discrepancy, end quote.

15          Was there a particular response you were

16  looking for in answer to that question?

17     A      I was looking for an answer that was more

18  specific to if there was a disruption or if there

19  were some problems.

20     Q      In your mind, what does that mean, more

21  specific; in other words, what were you looking for

22  in response?

## Capital Reporting Company

1      Q    Question number nine, quote, there has

2   been some discussion about creating a separate FA

3   Shop.  What are your thoughts on that idea, end

4   quote.

5           What's an FA Shop?

6      A    Fire alarm.

7      Q    Was there any particular answer you were

8   looking for in response to that question?

9      A    I guess I was just looking for a little

10  more commentary on that.  No specific answer.

11     Q    Question number 10 reads, quote, what

12  methods would you use to motivate your employees to

13  work harder, end quote.

14          Again, my question is, was there a

15  particular response or were there particular

16  elements that you were looking for in response to

17  that question?

18     A    No.

19     Q    Question number 11, I'll ask you the same

20  question.  If you would just review the question

21  and let me know if there was a specific answer you

22  were looking for.

**Capital Reporting Company**

Page 53

1     A    Looking for being self-motivated.  I was

2    looking for a little more specific on that answer

3    other than to get to work on time.  Can work

4    independently, that's kind of general, in my

5    opinion.  Number three, make quick decisions in

6    emergency situations.  I guess I was just looking

7    for a little more there on how to shut off fire

8    alarms.

9     Q    Is shutting off a fire alarm an example

10    of a quick decision in an emergency situation in

11    your mind?

12    A    It could be.

13    Q    Is getting a circuit back on line and

14    troubleshoot evidence of working independently in

15    your mind?

16    A    It could be.

17    Q    Question number 12 reads, quote, what is

18    the maximum number of smoke detectors allowed on an

19    indicated circuit, end quote.

20         At the time of the interview, did you

21    know the answer to that question?

22    A    No.

**Capital Reporting Company**

Page 55

1    Q    Did you have to verify that answer with

2    anybody?

3    A    I didn't have to verify that but there

4    was no answer here.

5    Q    I'm going to ask you if you were looking

6    for any specific answer or elements in response to

7    question number 14.  I'll let you read it to

8    yourself.

9    A    I guess I was looking for -- I see my

10   note of not specific.  I guess I was looking for a

11   little more detail.

12   Q    I'm asking you if there were particular

13   elements that you were looking for as opposed to

14   criticizing Mr. Graham's answer?

15   A    I was looking for something about taking

16   off material for the job.  I don't see that here.

17   Q    So specifically addressing how to take

18   off material?

19   A    That being one of the procedures.

20   Q    Any other particular elements?

21   A    Yes, meet with the gentlemen and go over

22   the mechanics, go over the procedures of the job.

# Capital Reporting Company

Page 62

1          MS. MOMENI:  Counsel, do you want to

2     rephrase that, "Mr. Smith wrote down here"?

3          MR. ALDERMAN:  Thank you.

4     BY MR. ALDERMAN:

5          Q    You've got that Mr. Smith responded

6     100 feet.  Did you do anything to verify whether or

7     not that was a correct answer?

8          A    I don't remember.

9          Q    Do you remember if you gave Mr. Smith

10    credit for that answer?

11         A    I don't remember.

12         Q    I'll ask the same question of question

13    number 18.  Do you remember verifying whether or

14    not Mr. Smith's response to question number 18 was

15    accurate?

16         A    I don't remember.

17         Q    Do you remember if you gave Mr. Smith

18    credit for his answer to number one?

19         A    I don't remember.

20         Q    Mr. Masters, at what point in time did

21    you make your deliberation about which candidate to

22    recommend for the selection?

## Capital Reporting Company

Page 66

1    took and assigned them a score based on what I

2    believed was the best answers and who answered them

3    the best.

4        Q    According to the process that you used,

5    what would be the difference between a three and a

6    four?

7        A    Four being higher than a three.  That's

8    my opinion.

9        Q    Why are there no fives on this scoring

10   sheet?  What does a five signify to you?

11       A    I guess five was the top rating, an

12   outstanding rating.

13       Q    In your opinion, no one's responses

14   reached the level of outstanding?

15       A    That's what it appears to be.

16       Q    Do you remember when you wrote the little

17   numbers on the matrix --

18       A    No.

19       Q    -- on the page marked number 44?

20       A    No, I don't.

21       Q    Do you recall if that was the day after

22   the interview when you were making your

**Capital Reporting Company**

Page 67

1    deliberation?

2        A    I don't remember.

3        Q    Do you recall if that was after you

4    learned about Mr. Graham's complaint and you

5    reviewed the response?

6            MS. MOMENI:  Objection.  There's no

7    testimony that the witness had this matrix at that

8    time.

9    BY MR. ALDERMAN:

10       Q    Did you have this matrix at that time, at

11   the time that you learned about Mr. Graham's

12   complaint?

13       A    I don't remember if I did or not.  I

14   don't honestly remember.  See, I don't know if I

15   had a copy of this.  I had the notes.

16       Q    Once you had finalized your scoring, what

17   happened after that relevant to the selection?

18       A    I turned it in to Pete Aitcheson.

19       Q    Did you have any conversation with him?

20       A    I don't recall any conversation.

21       Q    Was there any final deliberation among

22   you and Mr. Stewart and Mr. Aitcheson to confirm