**Capital Reporting Company**

```
                                                          Page 1
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3     -------------------------------x

 4     MICHAEL GRAHAM,                :

 5               Plaintiff,           :

 6     vs.                            :   Civil Action No.

 7     THE ARCHITECT OF THE           :   05-1340 (JR)

 8     CAPITOL,                       :

 9               Defendant.           :

10     -------------------------------x

11                                 Washington, D.C.

12                                 Thursday, May 25, 2006

13     Deposition of:

14                KEVIN ANDRE BANKS

15     called for oral examination by counsel for

16     Plaintiff, pursuant to notice, at the Ford House

17     Office, Second and D Street, Southwest, Room 480,

18     Washington, D.C., before Gercha Richards White of

19     Capital Reporting, a Notary Public in and for the

20     District of Columbia, beginning at 9 a.m., when were

21     present on behalf of the respective parties:

22
```

**(866) 448 - DEPO**
www.CapitalReportingCompany.com


GOVERNMENT EXHIBIT 11

Capital Reporting Company

Page 9

```
1        A.   A higher grade, okay.  I would say three
2   years.
3        Q.   So until about the 2002?
4        A.   Yes.
5        Q.   And what happened in 2002?
6        A.   2002, if that's the correct date, I applied
7   and was given an assistant's position -- assistant
8   supervisor.
9        Q.   What shift?
10       A.   Actually, when I - when I applied for the
11  position, it was two shifts available, which was
12  midnight and evening shift, and they actually
13  offered me, you know, which one I wanted to take and
14  I chose the midnight shift.
15       Q.   Okay.  So there were two openings?
16       A.   Yes.
17       Q.   You applied for either of them?
18       A.   Yeah.
19       Q.   And at the end of it, when you were
20  selected, you were given a choice and you went to
21  the midnight shift?
22       A.   Yes.
```

Page 12

1      A.   Ken Kallenbach.
2      Q.   Do you know why Mr. Kallenbach was not on
3 your interview panel?
4      A.   I have no idea.
5      Q.   And that's a perfectly acceptable answer.
6 If you don't know, you don't know.
7      A.   Okay.
8      Q.   I'd rather you not guess because it doesn't
9 give me any information that I can use.
10          Do you recall whether you were asked any
11 questions about fire alarm equipment or systems
12 during your interview?
13          MS. MOMENI:  If you recall.
14          THE WITNESS:  I'm not a hundred percent
15     sure on that interview.  I want to say yes, but
16     I'm not a hundred percent sure.
17          BY MR. ALDERMAN:
18     Q.   One thing for the purposes of this
19 deposition, I sometimes am lazy and I'll say night
20 shift and I mean the midnight shift when I say the
21 night shift.  If we're referring to the evening
22 shift, then I'll say specifically the evening shift;

Capital Reporting Company

Page 108

1    Q.  Because he did that with the two white
2    employees recently, you said -- you testified?
3    A.  Uh-huh.
4    Q.  Okay.  Sir, how much of the men's time
5    would you say on your shift is spent doing fire
6    alarm work or percentage?
7    A.  Most of it.  Most, well --
8    Q.  Ninety percent would be fair?
9    A.  Well, if you want to break it down, if the
10   Davis-Bacon guys, that's all they do is fire alarm.
11   So I would say 90, 95 percent for them because
12   occasionally I do sneak up and do something else,
13   but I ain't supposed to.
14   Q.  Ninety-five percent of their time, and then
15   what about the other?
16   A.  The other?  Well, the electricians are
17   maybe, maybe 50/50.
18   Q.  Okay.  And what about the other two fire
19   alarm technicians that you have that are permanent?
20   A.  It would be fire alarm.
21   Q.  The hundred percent?
22   A.  Well, no.

Page 41

```
 1       Q.   And you think that was about a year or so
 2  after you were originally promoted to assistant
 3  supervisor?
 4       A.   Yes.
 5       Q.   And in terms of your career progress, what
 6  happened after that, after you moved back to the
 7  midnight shift but as the acting supervisor?
 8       A.   Okay.  After Kallenbach was gone, that was
 9  off the books and all, they was able to put that job
10  back out again.  I applied for that job and was
11  selected for which now made me the actual supervisor
12  on the shift.
13       Q.   Were you interviewed during the course of
14  that selection?
15       A.   Yes.
16       Q.   Do you remember who was on the interview
17  panel?
18       A.   The same:  Pete, Steve, and George.  I'm
19  pretty sure was on that one, too.
20       Q.   And was Mr. Hammett still the daytime --
21       A.   Yes.
22       Q.   -- supervisor?
```

Page 42

1   A.   Yes.

2   Q.   And during the selection for the midnight

3   shift supervisor, do you recall being asked

4   questions about fire alarm equipment, installation,

5   maintenance?

6   A.   Yes.  Yes, I was asked those questions.

7   Q.   Did you know the answers to those

8   questions?

9   A.   Not really.  I was not a fire alarm person.

10  Q.   Did you feel like you -- at the time did

11  you feel like you answered those questions well

12  during the interview?

13  A.   To the best of my ability.

14  Q.   But did you think that you were giving

15  correct answers?

16       MS. MOMENI:  Asked and answered.

17       MR. ALDERMAN:  Not really.

18       BY MR. ALDERMAN:

19  Q.   Go ahead.

20  A.   For the most part, no -- for the most part,

21  I know I was guessing.

22  Q.   Did you indicate to the interview panel

```
1       Q.  Or 90 percent?
2       A.  Them, I would say 85 percent, because
3   they're still electricians.
4       Q.  Okay.  So 85 percent of the fire alarm
5   techs that you have, a hundred percent of all the
6   Davis-Bacon guys' time or 95, we'll fudge it a
7   little bit, give and take, as upholsters do, plus or
8   minus three points.  Right?
9       A.  Unless we're in Florida.
10      Q.  And then your electricians do 50/50.  So
11  would it be a correct characterization to say the
12  vast majority of the time spent, if not, almost
13  all --
14      A.  Is fire alarm.
15      Q.  -- is fire alarm?  Very good.
16          Sir, counsel asked you, counsel for
17  Mr. Graham earlier if you had any involvement in the
18  selection process for the midnight shift assistant
19  supervisor.
20          Do you recall that?
21      A.  Uh-huh.  Yes.
22      Q.  With regard to you helping draft the KSAs,
```