Content Frame

Page 1 of 10

# Electrician Assistant Supervisor, WS-2805-08, HOB 2004 173

## PROFILE

*Read Only - Cannot Be Updated*

NAME David L. Smith
ADDRESS
COUNTRY
OTHER
CITY
STATE / PROVINCE
OTHER (IF APPLICABLE)
ZIP
SOCIAL SECURITY NUMBER
DAYTIME PHONE NUMBER
EVENING PHONE NUMBER
CELL PHONE NUMBER
PAGER NUMBER
INSTANT NOTIFICATION ADDRESS
FAX NUMBER
E-MAIL ADDRESS

*Submitted: 8-20-2004*

## WORK HISTORY

| Job Title | Employer | Salary | Start Date | End Date | Federal Job (y/n) | Pay Plan | Series | Grade |
|---|---|---|---|---|---|---|---|---|
| electronic technician | AOC | | 1/27/2003 | Present | Y | WG | 1793 | |
| | Was this the highest grade held on a permanent basis in the competitive service: Yes ||||||||
| | The promotion potential grade or full performance level of this position: ||||||||
| | Location: (State, City, Country)  washington, Dist of Columbia, United States of America ||||||||
| | Supervisor Name:  Steve Stewart     Phone:  202-225-4858    Email:<br>Permission to contact supervisor granted. ||||||||
| | *I have been working on the Fire Alarm systems on the House side. Since the Fire Alarm systems are just being brought on line there are numerous changes and updates that are being made. I am also working on some security systems. I am installing card readers and camera's. I am also required to perform normal electrical duties when needed.* ||||||||

GOVERNMENT EXHIBIT 16

https://www.avuedigitalservices.com/ads/manager/as/as.jsp;jsessionid=0a010035ce5b

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| electrican | AOC | | 10/ 10/ 1995 | 1/27/2003 | Y | | FP | 1793 | 16 |

Was this the highest grade held on a permanent basis in the competitive service: No

The promotion potential grade or full performance level of this position:

Location: (State, City, Country)   washington, Dist of Columbia, United States of America

Supervisor Name:  Steve Stewart     Phone:  202-225-4858     Email:
Permission to contact supervisor granted.

*I was working on the fire alarm projects that were being run to upgrade the life safety systems. I also worked on the Security Systems. I was installing cardreaders and camera's. I also worked on numerous other electrical projects such as, cell phone site's, setting transformer's and troubleshooting motor controls and other electrical systems.I*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Electrican | Local#24 in Baltimore | | 9/ 1/ 1990 | 10/1/1995 | N | | | | |

The promotion potential grade or full performance level of this position:

Location: (State, City, Country)   Baltimore, Maryland, United States of America

Supervisor Name:  Fred Bachman     Phone:  410-247-3313     Email:
Permission to contact supervisor granted.

*During this time I was an electrican for local #24. My job was to install conduit, pull wire, install transformers, set switchgear, install any equipment needed on a new construction site. I also had to troubleshoot and repair any equipment on the site that needed to be repaired.*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Civil engineer control systems | United States Air Force | | 8/ 1/ 1982 | 1/1/1990 | N | | | | |

The promotion potential grade or full performance level of this position:

Location: (State, City, Country)   Denver, Colorado, United States of America

Supervisor Name:  Glen Bell     Phone:     Email:
Permission to contact supervisor granted.

*While in the military my job was C.E. Control Systems Specialist. I worked on electrical, electronic, pneumatics controls and Fire , Security alarms. I worked on H.V.A.C. controls. I had to install and repair motor controls.I ran EMT and copper tubing of all sizes.*

## EDUCATION BACKGROUND

If the Accredited status reads 'Cannot Determine' please click the link to determine the status.

| NAME OF SCHOOL | CITY | STATE | DEGREE (IF ANY) | MAJORS (IF ANY) | RECEIVE DATE | TOTAL CREDITS EARNED |
|---|---|---|---|---|---|---|
| Local #24 Apprenticeship | Baltimore | Maryland | | electrical | 1995 | |

| School | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Type of School: Vocational, Technical, or Trade School | | | | | | |
| | | | | | | | |
| C.E. Solid State Application | Witcha Falls | Texas | | | 1989 | | |
| | Type of School: Vocational, Technical, or Trade School | | | | | | |
| | | | | | | | |
| JSIIDS(security systems) | Witcha Falls | Texas | | | 1988 | | |
| | Type of School: Vocational, Technical, or Trade School | | | | | | |
| | | | | | | | |
| C.E. Control Systems | witcha Falls | Texas | | | 1987 | | |
| | Type of School: Vocational, Technical, or Trade School | | | | | | |
| | | | | | | | |
| Stephen Decatur | Berlin | Maryland | High school diploma or equivalent | | 1981 | | |
| | Type of School: High School | | | | | | |
| | | | | | | | |
| Snow Hill Votech | Snow Hill | Maryland | | residential wiring | 1981 | | |
| | Type of School: Vocational, Technical, or Trade School | | | | | | |

## QUALIFICATIONS

**Ability to use and maintain hand tools used in electrical work.**

Used and maintained hand tools used in the installation, modification, maintenance, and repair of electrical wiring systems and associated fixtures, controls, and equipment.

- Selected and used most hand tools of the trade, such as electrical and manual hand drills, screwdrivers, long-nosed pliers, diagonal cutters, etc., in completing less difficult tasks and performing standard types of electrician work.

  Selected and used hand tools for basic electrician work and was familiar with tools used for more difficult tasks. Assisted higher-grade person with selecting proper hand tools for projects according to specifications.

  Used hand tools for simple labor/mechanic work when higher level trades person selected appropriate tools or closely supervised the selections made. Assisted in setting up and adjusting hand and power tools to accomplish routine tasks.

  Any other related experience, education, or training.

  None of the above.

SUPPORTING INFORMATION: I have been an electrican for over 20 years. During this time I have used

many hand and power tools in my job. I use my hand tools everyday these include 9 inch kleins, channel lock pliers, a level, nutdrivers, screwdrivers, open end wrenches and numerous other hand tools.

The main specialty tool for electricians is the multimeter or any meter used for measuring electrical values. I have used a voltage meter, ampere meter, ohm meter, direct current meters on a regular basis for the last 15 years. Everytime I work on a circuit I test to see if there is power on the circuit. When I have finished working on a circuit I test to make sure I have the proper voltage and that the circuit is operating correctly. I have used an amp meter while taking load readings on certain circuits. I have been using a DC meter a lot while working on the fire alarm system.

I have used 3/8 and ý inch drill motors with high speed drill bits, hydraulic knock-out cutter set. While bending conduit I have used ý, ý, 1, and 1 ý hand benders on a regular bases. When bending larger pipe I have used a hydraulic bender. These are commonly used for conduit over 1ý and up to 4inch. I have many hours of using these benders.

Hammer drills are used on a regular bases for drilling and setting anchors in concrete. They are used for drilling holes through brick, block, concrete, decks, or any other hard surface. I have used a hammer drill quite a lot to support conduit runs.

There are many different types of testing equipment used in our field. Along with the ones listed above, volt meter, amp meter, ohm meter I have used a phase rotation meter, megger, and many other pieces of equipment that I canýt think of. These are a few of the tools and equipment I have experience operating.

**Ability to use electrical drawings.**

Read and interpreted circuit diagrams, electrical blueprints, schematics, and identified components and symbols.

- Read and followed circuit diagrams for routine assignments of limited complexity and applied knowledge of wire color codes, symbols, layout sheets, wiring diagrams, schematics, technical orders, and manufacturers' specifications to complete assignments.

    Followed circuit diagrams as used in the common operations of the journeyman electrical equipment repairer line of work.

    Followed commonly used circuit diagrams after explanation by supervisor. Followed simpler circuit diagrams independently.

    Any other related experience, education, or training.

    None of the above.

SUPPORTING INFORMATION: My ability to interpret electronic drawings and schematics starts with my education in this area. During my tour in the Air Force I attended Solid State Application school. In this class we learned how to read electronic schematics. We were required to follow circuits, explain how they operated, required to find circuits that would not operate properly due to components being installed incorrectly. Schematics were also a part of the Security Systems school I took. Once again we were required to trace out the circuits and identifying each component as we go.
My job in the Air Force was in Control Systems which include Fire Alarms, Security Alarms, Energy Management Control systems, and most of the other electronics jobs on the base. I had to troubleshoot circuit boards out of fire alarm cabinets due to damage from different sources. To troubleshoot and replace components I had to follow the schematics that were provided. I had to trace out the circuits and see if each component was working correctly until the board was fixed. I also had to replace each component that was not working correctly. The Fire Alarms were tied to a radio transmitter so each building would report back to the fire department. I also had to troubleshoot and repair the transmitters. Once again I had to follow the schematics provided to follow the circuit and repair and damage to the transmitter. Security Systems were also a part of my job. We Installed, repaired, and maintained the security system on the A.F. Base. Most times schematics were provided to do the repair of the electronic cards in the J.S.I.I.D.S. The Security Systems that we installed protected different areas on base. We put systems in the ammunition bunkers, command post, main exchange, and other buildings that needed to be protected. I had to troubleshoot simple

door switches, passive infrared motion detector, photoelectric beams, and other methods of security. In the Control Systems field we worked on many different devices that were either old and out dated or paper work was lost. We also worked on potentiometers, wheatstone bridge circuits, thermistor temperature controls, electronic thermostats, and other electronic devices dealing with H.V.A.C. We seemed to work on the things other shops could not figure out. Some of the work we did was done with out schematics. I had to use my knowledge of electronics to determine how some of these devices worked and how to repair them.

I have had to use blueprint every day in my job. You have to have a good working knowledge of the building print to find different information. A building print can help you find a quick solution to a problem or give you a good place to start looking. It´s hard to make it in our field if you do not have a working knowledge of blueprints.

**Knowledge of electrical equipment.**

Worked with electrical equipment; includes work with units, components and accessories, or on complete systems.

- Installed and repaired standard electrical equipment and located defective parts/equipment through visual inspection or the use of a small variety of test equipment including lamps, voltage testers, ammeters, and polarity testers. Received verbal and written instructions; completed work was reviewed by supervisor for quality and timeliness.

  Installed and repaired basic electrical equipment. Higher-grade employee provided specific procedures and type of test equipment that should be used, along with specific oral and written instructions. Completed work was reviewed by supervisor to assure it was complete, accurate, and timely.

  Completed tasks of limited difficulty related to design, installation, or modification of electrical devices, working under close supervision. Completed tasks requiring knowledge of simple procedures and the relationships among various components and equipment.

  Any other related experience, education, or training.

  None of the above.

SUPPORTING INFORMATION: I have been an electrican for over 20 years. During this time I have been exposed to many different types of electrical systems. Most recently I have been working for Steve Stewart in the House Electric Shop. I have been working as an electronic tech. working on the Fire Alarm systems for the H.O.B. I have installed magnetic door locks for the security up grade of the House Office Buildings. I have also been working on the strobe light project in the Rayburn and Longworth Buildings. During my time with the AOC many fire alarm problems have occurred. I have had to troubleshoot, repair, inspect and sometimes even design solutions for these problems. Some of the troubles I have had to fix were: an overload of the old strobe circuits in the cannon Building, numerous XA loop faults, ground faults, trouble signals, and smoke zones, etc.. I have installed a few transformers while working for the AOC. I installed two cellular phone sites in the Rayburn Building . While I was with the construction branch I was involved with the renovation of the entire electrical system in the Cannon Building. I installed the switch gear in all three switch gear rooms. I installed sub panels and transformers to feed the individual suites. In the suites I installed new panels and new outlets were installed using wiremold around the baseboard. Before my employment with the AOC I worked for Local 24 out of Baltimore. During this time I worked on an industrial job site at Sparrows Point Ship Yard. All of the work there was geared toward explosion proof equipment. The conduit was rubber coated rigid due to the possible corrosion. All conduit runs needed sealoffs and Meyers hub. The junction boxes were explosion proof and sealed so a spark would not affect anything outside the conduit. I worked on a couple of hospital jobs. I had to run lighting circuits, power circuits, dedicated power circuits for hospital equipment, nurse call and intercom systems. I have also worked on deck jobs before. The hardest thing about a deck job is the measurements have to be precise or your conduit runs will miss the walls and you won´t be able to use them. During all my jobs I have had to troubleshoot, repair, and maintain motors, motor control centers, starters, relays, outlets, lighting fixtures, panels, breakers, switches and many other electrical devices. These are just a few of the jobs and experiences I have in the electrical/electronic fields. There are many more but this should give you an idea of my vast experience

**Ability to troubleshoot.**

Applied electrical principles, materials, and safety standards in order to perform such functions as the installation, maintenance, troubleshooting, and repair of electrical wiring systems and associated fixtures, controls, and equipment.

- Performed tasks such as removing, replacing, splicing, and soldering defective wiring and equipment, and used simple instruments, such as meggers or voltmeters, to troubleshoot where the faulty unit was generally an individual circuit.

  Installed and repaired wiring, controls, and fixtures using standard tools, based on written and oral instructions from a higher-grade worker or supervisor who planned and assigned the work.

  Performed limited installation or repair of existing electrical lines and circuits with low levels of voltage and amperage.

  Any other related experience, education, or training.

  None of the above.

SUPPORTING INFORMATION: I have been an electrican for over 20 years. During this time I have been exposed to many different types of electrical systems. Most recently I have been working for Steve Stewart in the House Electric Shop. I have been installing magnetic door locks for the security up grade of the House Office Buildings. I have also been working on the Fire Alarm Systems in the Rayburn, Longworth and Cannon Buildings. I am currently working on the strobe light project in the Longwith. During this time many fire alarm problems have surfaced and I have to troubleshoot, repair, inspect and sometimes even design solutions for these troubles. Some of the troubles I have had to fix were: a overload of the old strobe circuits in the Cannon Building, numerous XA loop faults, trouble signals on smoke zones etc..

I have installed a few transformers while working for the A.O.C. I installed 2 for the cellular phone sites in the Rayburn Building and a couple while working for the Construction Branch. While with the Construction Branch I was involved with the renovation of the entire electrical system in the Cannon building. I installed the switch gear in all three switch gear rooms. I installed sub panels and transformers to feed the individual suites. In the suites I installed new panels and new outlets were installed in wiremold around the baseboard.

Before my employment with the A.O.C. I worked for Local #24 out of Baltimore. During this time I worked on an industrial job at Sparrows Point Shipyard. All of the work done was geared toward explosion proof equipment. The conduit was PVC coated rigid with Meyers hubs and sealoffs. The junction boxes were explosion proof and sealed so a spark would not affect anything. I worked on a couple of hospital jobs. I had to run lighting circuits, power circuits, dedicated power circuits for hospital equipment, nurse call and intercom systems. I have worked on deck jobs before. The hardest thing about a deck job is the measurements have to be precise or the conduit you run can not be used.

During all my jobs I have had to troubleshoot, repair, and maintain motors, motor control centers, starters, relays, outlets, lighting fixtures, panels, breakers, switches and many other electrical devices. These are just a few of the jobs and experiences I have in the electrical field. Iým sure there is many more but this should give you an idea of my vast experience

**Knowledge of electrical and electronic theory and instruments.**

Applied theory and instruments to problems and readily switched from one point of theory to another and from one instrument to another to install, modify, repair, and maintain electrical systems and equipment.

- Located defective parts/equipment through visual observation and use of test equipment. Performed standard tasks to complete routine repairs to installed systems. Rearranged and hooked up outlets, switches, light fixtures, regulators, and circuit breakers.

  Assisted journey level employees in performing standard tasks to complete routine repairs (e.g., removed, spliced, soldered, and replaced defective wiring, controls, equipment, and fixtures) and locating defects.

  Followed verbal instructions or specific work orders in simple electrical equipment repair work.

for those men on a daily basis. In addition to providing advice and resolving technical problems, I had to make sure deadlines were meet. The work schedule was rigid because I had to work with other trades in coordinating work schedules to accompolish the work on time. I also had the opportunity to supervise a job at U.S.F. and G. building in Baltimore. I had 5 electricans on this job. I was also a Sgt. In the U.S. Air Force where I was a supervisor for new recruits. I approved leave request and request for training. Approval or disapproval of leave was based on manpower, the current work load and other variables. Since these young men were new to the military they were learning a new career field. I was responsible for their on the job training on a daily basis. I also provided job counseling to airmen who were experiencing problems. The usual process was to discuss and resolve the problem verbally. If the problem continued, I was required to write the person up. I was responsible for following the rules of progressive disciplinary action for problem employeeys. I was also required to complete performance evaluations.

# OTHER CONSIDERATIONS

### MILITARY OCCUPATIONAL SPECIALTY

| | |
|---|---|
| Army: | |
| Air Force: | Electrical |
| Navy: | |
| Marine Corps: | |
| US Coast Guard: | |

### SECURITY CLEARANCE

| | |
|---|---|
| The highest level of clearance you have been awarded. | |
| Is your security clearance active? | |

### PASSPORT INFORMATION

| Passport Type | |
|---|---|

### RECENT PERFORMANCE RATINGS

| | |
|---|---|
| Three most recent performance ratings, beginning with the most recent. | |

# ELIGIBILITY TO APPLY

Country of Citizenship: USA

✓    I am or have been a federal employee.

    I am or was a volunteer with the Peace Corps, VISTA, ACTION within the last 12 months.

    The Federal Government's hiring options include special appointing authorities for people with disabilities. Federal employers are authorized to use these authorities when considering certain people with disabilities. I wish to be considered under these authorities.

**Choose your current employee status.**

**If you are unsure about the type of appointment you currently have, you may want to check Blocks 24 and 34 of your most recent Standard Form 50, or check another form of "Notification of Personnel Action" to verify your status.**

✓    I am a current employee of

ARCHITECT OF THE CAPITOL

My current appointment is  ● permanent   ○ temporary/term   ○ not applicable.

I am in the   ○ competitive service  ● excepted service   ○ not applicable.

    I am on the Reemployment Priority List (RPL) of

    I have current reinstatement eligibility

    I have a Career Transition Assistance Plan (CTAP) Notice.

    I may be appointed because of previous or current employment with other federal organizations

# APPLICANT CERTIFICATION

I certify that, to the best of my knowledge and belief, all of the information on and submitted in support of my application is true, correct, complete and made in good faith. I understand that false or fraudulent information on or attached to this application may be grounds for not hiring me or firing me after I begin work, and may be punishable by fine or imprisonment. I understand that any information I give may be investigated.

    I certify that I have read and understand the applicant certification statement provided above.

# DOCUMENTATION REQUIRED