*Mike Graham*

## House Office Buildings
### Interview Questions For Assistant Electrician Supervisor
### WS-2805-08

1. Why are you interested in this job?
   1) Retirement  2) Better Serve the organization

2. What characteristics do you possess that make you qualified for this position?
   1) Fair, 2) Makes Good Decisions 3) Respected Among the men

3. What two work related accomplishments in you are you most proud of?
   1) Being Able to Help People.
   2) Proud of All Project Been on.

4. Imagine that you are an assistant supervisor and one afternoon you observe that one of your employees has reported to work inebriated. What would you do?
   Wouldn't work + Find out Policy + Follow.

5. What device would you use to measure the following?
   - Current   Ampmeter
   - voltage   Voltmeter
   - resistance   multimeter
   - continuity   "

6. Earlier this year there were rumors that electronics technicians from the Electronics Division were going to be merged with the Electric Shop. Imagine you are the supervisor and several of theses higher grade technicians are assigned to your shift to work with the electricians. How would you handle the disruption to the shift and the attitudes resulting from the grade discrepancy?
   1) Eventually the Guys will Adjust

7. Can a Photoelectric, Ionization and Heat Detector be installed on the same 4 wire indicating Circuit?
   yes

GOVERNMENT EXHIBIT 17-A

8. What indicating devices are required in the presence of sprinkler heads in an Elevator shaft?
_____

9. There has been some discussion about creating a separate FA Shop. What are your thoughts on that idea?
*Wouldn't Be A Bad Idea.*

10. What methods would you use to motivate your employees to work harder?
*1) Be Fair, 2) Let Them Know they Are Doing A good Job.*

11. This position requires someone who is 1) self motivated, 2) can work independently and 3) can make quick decisions in an emergency situations. Describe a situation in the past where have done each of the above.
*1) To Come in to work*
*2) Troubleshoot A Circuit*
*3) Shut FA off — or make decisions in Absence of Supervisor*

12. What is the maximum Number of smoke detectors allowed on an indicating circuit?
*Look up*

13. How would you troubleshoot a grounded indicating circuit?
*Not Sure*

14. Imagine you receive a set of design drawings for remodeling an existing space. You are expected to supervise and assist a three-man crew to accomplish this effort. How would you proceed?
*1) Make Sure Everyone Knows What to Do*
*2) Improvise — if necessary*
*3) Proceed.*

15. Describe your experience working with outside contractors and how would you handle a situation where a contractor is not executing work to your standards?
*1) Make Contractor Aware & Let Supervisor know.*

16. The pipefitters need to replace three sprinkler heads on the 5th floor of the CHOB. Describe what you would do to ensure the fire alarm would not sound during the process of draining, during the actual work and when refilling the system?

*Phil Rupprect,*

# House Office Buildings
## Interview Questions For Assistant Electrician Supervisor
## WS-2805-08

1. Why are you interested in this job?
   *Work up the Ladder + Advance - Apply for Jobs Interested in*

2. What characteristics do you posses that make you qualified for this position?
   *Easy to Get Along with, Communicate well + Knowledgeable*

3. What two work related accomplishments in you are you most proud of?
   *1) FHOB Computer Room Panel Installation*
   *2) Running Service for Battery Back up for Phone System*

4. Imagine that you are an assistant supervisor and one afternoon you observe that one of your employees has reported to work inebriated. What would you do?
   *Call them in Explain himself, Set him Somewhere to Sleep off - won't get Paid.*

5. What device would you use to measure the following?
   - Current   *Amprobe*
   - voltage   *Volt Meter*
   - resistance   *ohm Meter*
   - continuity   *Continuity Checker*

6. Earlier this year there were rumors that electronics technicians from the Electronics Division were going to be merged with the Electric Shop. Imagine you are the supervisor and several of theses higher grade technicians are assigned to your shift to work with the electricians. How would you handle the disruption to the shift and the attitudes resulting from the grade discrepancy?
   *Explain to them here they Can Apply for Positions as they open up But Currently the Grades are as they Are*

7. Can a Photoelectric, Ionization and Heat Detector be installed on the same 4 wire indicating Circuit?
   *Yes*

0075

8. What indicating devices are required in the presence of sprinkler heads in an Elevator shaft?

_Smoke Detectors_

9. There has been some discussion about creating a separate FA Shop. What are your thoughts on that idea?

_Would Like to See A Separate FA Shops + People Should Be manned 24/7._

10. What methods would you use to motivate your employees to work harder?

_Positive Encouragement, Finish Job Ahead of Schedule — Give Some time off_

11. This position requires someone who is 1) self motivated, 2) can work independently and 3) can make quick decisions in an emergency situations. Describe a situation in the past where have done each of the above.

_1) Work Night Shift — has motivations_
_2) Doing testing w/ Plumbers, Notify PLSP, Making_
_3) Strobes Start flashing @ Panel — Ansonic he,_
_you need to Know who to Call_

12. What is the maximum Number of smoke detectors allowed on an indicating circuit?

_30_

13. How would you troubleshoot a grounded indicating circuit?

_Remove from Service, Disconnect Power, Split Goto Next + Split Again._

14. Imagine you receive a set of design drawings for remodeling an existing space. You are expected to supervise and assist a three-man crew to accomplish this effort. How would you proceed?

_1) make material list, 2) Get MTL, 3) Go to Job 4) Divey up work to mechanics + Helpers_

15. Describe your experience working with outside contractors and how would you handle a situation where a contractor is not executing work to your standards?

_Ask him About Experience, See if Std's Hired for. — Notify Elect. Shop Supervisor_

16. The pipefitters need to replace three sprinkler heads on the 5th floor of the CHOB. Describe what you would do to ensure the fire alarm would not sound during the process of draining, during the actual work and when refilling the system?

DAVE Smith

## House Office Buildings
### Interview Questions For Assistant Electrician Supervisor
### WS-2805-08

1. Why are you interested in this job?
   *on Nights for 10 yrs, Change to Bncorp His Ideas — Share his Knowledge*

2. What characteristics do you posses that make you qualified for this position?
   *Fair, Good Listener, Good Communicator*

3. What two work related accomplishments in you are you most proud of?
   1) *Accomplishments in FA System*
   2) *Work within the Job.*

4. Imagine that you are an assistant supervisor and one afternoon you observe that one of your employees has reported to work inebriated. What would you do?
   *Not Drive home or Work — Have him Call Someone to Sleep off in Shop.*

5. What device would you use to measure the following?
   - Current  *Amp meter*
   - voltage  *Volt meter*
   - resistance  *Ohm meter*
   - continuity  *Ohm meter*

6. Earlier this year there were rumors that electronics technicians from the Electronics Division were going to be merged with the Electric Shop. Imagine you are the supervisor and several of theses higher grade technicians are assigned to your shift to work with the electricians. How would you handle the disruption to the shift and the attitudes resulting from the grade discrepancy?
   *Have A meeting — Things they Can learn will make them Better Electricians*

7. Can a Photoelectric, Ionization and Heat Detector be installed on the same 4 wire indicating Circuit?
   *Yes*

8. What indicating devices are required in the presence of sprinkler heads in an Elevator shaft?
_Heat + Smoke — within 5' or 6' of Sprinkler Hd_

9. There has been some discussion about creating a separate FA Shop. What are your thoughts on that idea?
_Good in the sense that Focus on FA, Expand to All 3 Shifts_

10. What methods would you use to motivate your employees to work harder?
_Everyone likes a Pat on Back — Positive Reinforcement_

11. This position requires someone who is 1) self motivated, 2) can work independently and 3) can make quick decisions in an emergency situations. Describe a situation in the past where have done each of the above.
_1) — Two Nights Ago FMOB — SD Zone + in Alarm — Fixed Bad_
_2) — W.O. from Plumbers New Hi/Lo Press Switches —  W.O. Came_
_3) — Ground Fault in RNOB —  Scoped out Job_

12. What is the maximum Number of smoke detectors allowed on an indicating circuit?
_20_

13. How would you troubleshoot a grounded indicating circuit?
_Control Panel, Find Loop, Remove Zones, & Find on which Direction_

14. Imagine you receive a set of design drawings for remodeling an existing space. You are expected to supervise and assist a three-man crew to accomplish this effort. How would you proceed?
_Get People together. — Go there work with People Get A Game Plan + Understanding + Proceed._

15. Describe your experience working with outside contractors and how would you handle a situation where a contractor is not executing work to your standards?
_Watch Contractors Very Close, Talk to their Supervisor, Goto your Supervisor_

16. The pipefitters need to replace three sprinkler heads on the 5th floor of the CHOB. Describe what you would do to ensure the fire alarm would not sound during the process of draining, during the actual work and when refilling the system?

_Remove All W/F Switches, Plumbers should be there when take out of svc + let Police know_

17. What is the maximum distance from one strobe light to another in a corridor?

_100'_

18. What procedure would you use to find a ground fault on a fire alarm system?

_Panel, Smoke Power, + 14-16 V, - 7-8 V Smoke Power ok, move to XA loop, Indicating Circuit, Strobe, Speaker Circuit_

19. In the NEC, what does Table 310-16 relate to?

_Ampacity_

## House Office Buildings
## Interview Questions For Assistant Electrician Supervisor
## WS-2805-08

1. Why are you interested in this job?

   *LOOKING TO MOVE UP & ADVANCE.*

2. What characteristics do you posses that make you qualified for this position?

   *EASY GOING, COMMUNICATE WELL, KNOWLABLE OF THE FIELD.*

3. What two work related accomplishments in you are you most proud of?

   ① *IN FHOB - COMPUTER ROOM PANELS THAT HE INSTALLED.*
   ② *INSTALLING POWER FOR JACK BATT. SYSTEMS (TELE)*

4. Imagine that you are an assistant supervisor and one afternoon you observe that one of your employees has reported to work inebriated. What would you do?

   *TALK TO HIM, NOT GETTING PAID, DON'T LET HIM LEAVE. POSSIBLY REPORT HIM TO SUPERVISOR*

5. What device would you use to measure the following?
   - Current  *AMP PROBE*
   - voltage  *VOLT METER*
   - resistance  *METER*
   - continuity  *CONTINUITY TESTER*

6. Earlier this year there were rumors that electronics technicians from the Electronics Division were going to be merged with the Electric Shop. Imagine you are the supervisor and several of theses higher grade technicians are assigned to your shift to work with the electricians. How would you handle the disruption to the shift and the attitudes resulting from the grade discrepancy?

   *EXPLAIN THAT IF THEY CAN APPLY FOR OTHER POSITIONS WHEN THEY COME UP. THIS IS THE GRADE & POSITION THAT YOU ARE*

7. Can a Photoelectric, Ionization and Heat Detector be installed on the same 4 wire indicating Circuit?   *YES*

0069

8. What indicating devices are required in the presence of sprinkler heads in an Elevator shaft?

SMOKE DETECTORS

9. There has been some discussion about creating a separate FA Shop. What are your thoughts on that idea?

THINKS A SHOP SHOULD BE OPENED, 24 hr COVERAGE 7 DAYS A WEEK.

10. What methods would you use to motivate your employees to work harder?

POSITIVE ENCOURAGEMENT, JOB AHEAD OF SCHEDULE - TIME OFF.

11. This position requires someone who is 1) self motivated, 2) can work independently and 3) can make quick decisions in an emergency situations. Describe a situation in the past where have done each of the above.

① WORKING 10 hrs @ NIGHT - WORKING NIGHT SHIFT
② TESTING - w/ PLUMBERS
③ WHEN STROBES START FLASHING, KNOW PROCEDURES TO DO. NOTIFY SUPERVISOR

12. What is the maximum Number of smoke detectors allowed on an indicating circuit?

30

13. How would you troubleshoot a grounded indicating circuit?

REMOVE CIR. FROM SERVICE DISCONNECT POWER SPLIT CIRCUIT, CONTINUE PROCESS

14. Imagine you receive a set of design drawings for remodeling an existing space. You are expected to supervise and assist a three-man crew to accomplish this effort. How would you proceed?

MAT. LIST, GATHER MAT., BACK TO JOB - DELEGATE WORK - HELPERS WITH MATERIALS

15. Describe your experience working with outside contractors and how would you handle a situation where a contractor is not executing work to your standards?

TALK TO CONTRACTOR, MAKE SURE HE HAS TO INCREASE HIS STANDARDS, HE HAS HAS HIGH STANDARDS.

16. The pipefitters need to replace three sprinkler heads on the 5th floor of the CHOB. Describe what you would do to ensure the fire alarm would not sound during the process of draining, during the actual work and when refilling the system?

OCP - SW AUTO MANUEL TO UP POSITION. REMOVE WIRE FOR POOR RELEASES, STROBES & SPEAKERS ON ROOF REMOVE ALL WATERFLOWS — 2 HOURS AFTER - BACK ON.

17. What is the maximum distance from one strobe light to another in a corridor?

    90 FEET

18. What procedure would you use to find a ground fault on a fire alarm system?

    REMOVE POWER FROM CIR / BREAK IT IN HALF — TEST AND PROCEED UNTIL PROB. IS SOLVED

19. In the NEC, what does Table 310-16 relate to?

    AMP & WIRE SIZE