## House Office Buildings
## Interview Questions For Assistant Electrician Supervisor
## WS-2805-08

1. Why are you interested in this job?

   *BEEN ON NIGHT SHIFT 10 YEARS, GIVE HIS INPUT ON IDEAS, SHARE KNOWLEDGE.*

2. What characteristics do you posses that make you qualified for this position?

   *FAIR, GOOD LISTENER, GOOD COMMUNICATOR*

3. What two work related accomplishments in you are you most proud of?

   ① *ACCOMPLISHMENTS IN FA SYSTEM*

   ② *WORK ETHIC THAT DAVE HAS*

4. Imagine that you are an assistant supervisor and one afternoon you observe that one of your employees has reported to work inebriated. What would you do?

   *NOT LET HIM GO HOME, NOT GO TO WORK CALL SOMEONE TO COME GET HIM.*

5. What device would you use to measure the following?
   - Current    *AMP METER*
   - voltage    *VOLT METER*
   - resistance *OHM METER*
   - continuity *OHM METER*

6. Earlier this year there were rumors that electronics technicians from the Electronics Division were going to be merged with the Electric Shop. Imagine you are the supervisor and several of theses higher grade technicians are assigned to your shift to work with the electricians. How would you handle the disruption to the shift and the attitudes resulting from the grade discrepancy?

   *HAVE A MEETING, BRING UP THE POSITIVES, LEARN FROM THE KNOWLEDGE THAT OTHERS HAVE*

7. Can a Photoelectric, Ionization and Heat Detector be installed on the same 4 wire indicating Circuit?

   *YES*


GOVERNMENT EXHIBIT 17-B

8. What indicating devices are required in the presence of sprinkler heads in an Elevator shaft?
HEAT & SMOKE DETECTORS (HEAT w/in 5' OF SPRINKLER HEAD)

9. There has been some discussion about creating a separate FA Shop. What are your thoughts on that idea?
IT WOULD GOOD TO HAVE IT CONCENTRATED ON THE FA SYSTEM. HAVE SOMEONE HERE 24/7

10. What methods would you use to motivate your employees to work harder?
EVERYONE LIKES TO BE TOLD THAT THEY ARE DOING A GOOD JOB — POSITIVE REINFORCEMENT

11. This position requires someone who is 1) self motivated, 2) can work independently and 3) can make quick decisions in an emergency situations. Describe a situation in the past where have done each of the above.
① FH3 BLDG. — DAILY ROUTINE — FOUND PROBLEM IN SYSTEM — FIXED
② RECIEVED W.O. — HIGH/LOW PRESSURE SWITCHES — PULLED & DID PROB WORK.
③ RHOB — PROBLEM — FA SYSTEM — RESPONDED & REPAIRED

12. What is the maximum Number of smoke detectors allowed on an indicating circuit?
20

13. How would you troubleshoot a grounded indicating circuit?
OCP — ISOLATE CIRCUIT — REMOVE ZONE FROM SYSTEM — HALF POINT — SPLIT AFTER THAT.

14. Imagine you receive a set of design drawings for remodeling an existing space. You are expected to supervise and assist a three-man crew to accomplish this effort. How would you proceed?
GET CREW — GO TO SITE REVIEW, INPUT, GAME PLAN PROCEED WITH WORK.

15. Describe your experience working with outside contractors and how would you handle a situation where a contractor is not executing work to your standards?
— WATCH CONTRACTORS CLOSELY, HAS WORKED W/ THEM
— TALK TO SUPERVISOR —

16. The pipefitters need to replace three sprinkler heads on the 5th floor of the CHOB. Describe what you would do to ensure the fire alarm would not sound during the process of draining, during the actual work and when refilling the system?
— REMOVE ALL W/FLOWS IN BUILDING
— PLUMBERS SHOULD BE ON SITE
— LETTER OF IMPAIRMENT

0067

17. What is the maximum distance from one strobe light to another in a corridor?
_100'_

18. What procedure would you use to find a ground fault on a fire alarm system?
_OCP - LOCATE CIRCUIT - CK. VOLTAGE - SMOKE POWER / INDICATING SYSTEMS - XA LOOPS / FIND SOURCE - THEN TROUBLE SHOOT_

19. In the NEC, what does Table 310-16 relate to?
_AMPACITIES_

# House Office Buildings
## Interview Questions For Assistant Electrician Supervisor
### WS-2805-08

1. Why are you interested in this job?
   RETIREMENT, HELP ADC IN THIS POSITION

2. What characteristics do you posses that make you qualified for this position?
   FAIRLY GOOD DECISIONS, RESPECTED AMONG THE MEN.

3. What two work related accomplishments in you are you most proud of?
   ① IN PRESENT POSITION, HELP MEN
   ② VARIOUS PROJECTS THAT HES BEEN ON

4. Imagine that you are an assistant supervisor and one afternoon you observe that one of your employees has reported to work inebriated. What would you do?
   CAN'T WORK — CK. POLICY ON THAT SITUATION.

5. What device would you use to measure the following?
   - Current    AMP METER
   - voltage    MULTI    6 V
   - resistance    ((    ((
   - continuity    ((    ((

6. Earlier this year there were rumors that electronics technicians from the Electronics Division were going to be merged with the Electric Shop. Imagine you are the supervisor and several of theses higher grade technicians are assigned to your shift to work with the electricians. How would you handle the disruption to the shift and the attitudes resulting from the grade discrepancy?
   THE GUYS WOULD ADJUST TO THE CHANGE.

7. Can a Photoelectric, Ionization and Heat Detector be installed on the same 4 wire indicating Circuit?
   YES

8. What indicating devices are required in the presence of sprinkler heads in an Elevator shaft?

*NOT SURE*

9. There has been some discussion about creating a separate FA Shop. What are your thoughts on that idea?

*WOULD BE A GOOD IDEA*

10. What methods would you use to motivate your employees to work harder?

*BEING FAIR, LET THEM KNOW THAT THEY ARE DOING A GOOD JOB.*

11. This position requires someone who is 1) self motivated, 2) can work independently and 3) can make quick decisions in an emergency situations. Describe a situation in the past where have done each of the above.

① *GET TO WORK.*
② *TROUBLE SHOOT*
③ *SHUT F.A. SYSTEM OFF, THEN POWER OFF DEPENDING ON SITUATION*

12. What is the maximum Number of smoke detectors allowed on an indicating circuit?

*NOT SURE*

13. How would you troubleshoot a grounded indicating circuit?

*NOT SURE.*

14. Imagine you receive a set of design drawings for remodeling an existing space. You are expected to supervise and assist a three-man crew to accomplish this effort. How would you proceed?

*CK. PRINTS, CK. W/ OTHER SHOPS, AFTER REVIEW - PROCEED*

15. Describe your experience working with outside contractors and how would you handle a situation where a contractor is not executing work to your standards?

*TALK TO CONTRACTOR - IF IT PROCEEDS - TALK TO HIS SUPERVISOR*

16. The pipefitters need to replace three sprinkler heads on the 5th floor of the CHOB. Describe what you would do to ensure the fire alarm would not sound during the process of draining, during the actual work and when refilling the system?

*TURN OFF W/FLOWS*

17. What is the maximum distance from one strobe light to another in a corridor?
NOT SURE

18. What procedure would you use to find a ground fault on a fire alarm system?
NOT SURE

19. In the NEC, what does Table 310-16 relate to?
WIRING METHODS