*Mike Graham*

# House Office Buildings
## Interview Questions For Assistant Electrician Supervisor
### WS-2805-08

1. Why are you interested in this job?
   1) Retirement
   2) Better Suit Organization/Head

2. What characteristics do you posses that make you qualified for this position?
   Fair, Good Decision ___, Respected
   *Not much detail*

3. What two work related accomplishments in you are you most proud of?
   1) Being Able to Help Guys
   2) Proud of All Jobs (Not one in Particular)
   *Not specific enough*

4. Imagine that you are an assistant supervisor and one afternoon you observe that one of your employees has reported to work inebriated. What would you do?
   Safety Facts — Not Able to Work — Call Supv.
   Look in to Policy    *Not enough detail*

5. What device would you use to measure the following?
   - Current       Ampmeter
   - voltage       Multi Meter
   - resistance    Multi Meter    *ohmeter*
   - continuity    Multi Meter

   *I was looking for specific meter*

6. Earlier this year there were rumors that electronics technicians from the Electronics Division were going to be merged with the Electric Shop. Imagine you are the supervisor and several of theses higher grade technicians are assigned to your shift to work with the electricians. How would you handle the disruption to the shift and the attitudes resulting from the grade discrepancy?
   These Guys will Adjust — Deal with as it happens
   Did not answer question on      Not Specific enough
   How to handle

7. Can a Photoelectric, Ionization and Heat Detector be installed on the same 4 wire indicating Circuit?
   Yes


GOVERNMENT EXHIBIT 17-C

0035

8. What indicating devices are required in the presence of sprinkler heads in an Elevator shaft?
   _Don't Know_   Did not know basic answer

9. There has been some discussion about creating a separate FA Shop. What are your thoughts on that idea?
   _Not a Bad Idea - Up to Management_   Not Specific

10. What methods would you use to motivate your employees to work harder?
    _Be Fair, Let them know they are doing a good job_
    _Give a pep talk if needed._

11. This position requires someone who is 1) self motivated, 2) can work independently and 3) can make quick decisions in an emergency situations. Describe a situation in the past where have done each of the above.
    1) Get to work on time — Not proof of self motivation
    2) Get Circuit Back on + Troubleshoot  ⟩ Very General
    3) To Shut Fire Alarm off (make Decision)

12. What is the maximum Number of smoke detectors allowed on an indicating circuit?
    _Don't Know_   Doubt on Knowledge

13. How would you troubleshoot a grounded indicating circuit?
    _Not Sure_   Not Knowledgeable - Basic Electricity

14. Imagine you receive a set of design drawings for remodeling an existing space. You are expected to supervise and assist a three-man crew to accomplish this effort. How would you proceed?
    _Get on Same Page with Prints - may need to be able to Improvise, when Sure - Proceed._
    _Not Specific_

15. (Describe your experience) working with outside contractors and how would you handle a situation where a contractor is not executing work to your standards?
    _(Make him aware if not executing) - Notify my Boss_

    pipefitters need to replace three sprinkler heads on the 5th floor of the CHOB. Describe what you would do to ensure the fire alarm would not sound during the process of draining, during the actual work and when refilling the system?

_Turn off Water Flows_   NOT Specific
— Did not talk about refilling - 3 Hour wait

17. What is the maximum distance from one strobe light to another in a corridor?
_Not Sure_   · Knowledgeable

18. What procedure would you use to find a ground fault on a fire alarm system?
_Not Sure_   Knowledgeable
Basic Electricity

19. In the NEC, what does Table 310-16 relate to?
_Wiring Methods_   Not Specific Enough
Knowledgeable

0037

PHIL RUPPRECHT

## House Office Buildings
## Interview Questions For Assistant Electrician Supervisor
## WS-2805-08

1. Why are you interested in this job?
   Int. in Advancing in Carreer
   Not much detail

2. What characteristics do you posses that make you qualified for this position?
   Easy to get Along with, Good Comunect, Knowledge in field.

3. What two work related accomplishments in you are you most proud of?
   ✓ 1) FHOB Comp. Rm Panels w/ D Bacon
   ✓ 2) Running Serv for Battery Back up for DCC Bldgs (Telephone)

4. Imagine that you are an assistant supervisor and one afternoon you observe that one of your employees has reported to work inebriated. What would you do?
   Call in Officer - Exclamation If Drunk will not pay for Shift. - Ask him to go to Sleep Report to Sopv.

5. What device would you use to measure the following?
   ✓ • Current  AMPROBE
   • voltage  VOLTMETER
   • resistance  Ohmeter
   • continuity  Continuity Checker

✓ 6. Earlier this year there were rumors that electronics technicians from the Electronics Division were going to be merged with the Electric Shop. Imagine you are the supervisor and several of theses higher grade technicians are assigned to your shift to work with the electricians. How would you handle the disruption to the shift and the attitudes resulting from the grade discrepancy?
   Explain to Exist ment - They Can Apply latter - This is the Grade you at. for what you do.

✓ 7. Can a Photoelectric, Ionization and Heat Detector be installed on the same 4 wire indicating Circuit?
   Yes

0038

8. What indicating devices are required in the presence of sprinkler heads in an Elevator shaft?

Smoke Det.

9. There has been some discussion about creating a separate FA Shop. What are your thoughts on that idea?

Good Idea for 24/Hr Bases — Keep Qualified Person on All Time

*offered more*

10. What methods would you use to motivate your employees to work harder?

Positive Reinforcement on Their Work, Reward with Time off if Ahead of Schedule.

*offered a little more than others*

11. This position requires someone who is 1) self motivated, 2) can work independently and 3) can make quick decisions in an emergency situations. Describe a situation in the past where have done each of the above.

1) 12-8 is Self Mot[ivated] — Run a bos[iness] in day.
2) Testing w/ Plumb[ers] on Fire Alarm — A[ccompany] or Pa. w/ Police
3) Strobe lights Flash — make Calls to See who is working on what. Call Supv.

12. What is the maximum Number of smoke detectors allowed on an indicating circuit?

30

*Good Answer*

13. How would you troubleshoot a grounded indicating circuit?

Remove Circuit from Serv[ice] — Disc Power Split + Trace and Locate if Up or Down Stream Cont[inuity]

14. Imagine you receive a set of design drawings for remodeling an existing space. You are expected to supervise and assist a three-man crew to accomplish this effort. How would you proceed?

1- Go over list, make up Mat[erial] 2) Gather Material w/ men proceed with Job — Assign Jobs Mech — helpers

15. Describe your experience working with outside contractors and how would you handle a situation where a contractor is not executing work to your standards?

Ask About Exper[ience], Tell Contract[or] it is not up to Stan[dard], Ask to revise Standa[rd]. Notify Supv.

16. The pipefitters need to replace three sprinkler heads on the 5th floor of the CHOB. Describe what you would do to ensure the fire alarm would not sound during the process of draining, during the actual work and when refilling the system?

0039

Very Specific    Good Answer

Go To OCP Switch to ..., Revist OCP Discon, Switch to Speaker ~~Reason~~ water flows from Service - Let Stand 3 Hours ~~after~~ Check for Reset.

17. What is the maximum distance from one strobe light to another in a corridor?

90 liner feet

18. What procedure would you use to find a ground fault on a fire alarm system?

Remv Circut Power, Break in Middle, test w olm Contn to find Problem

19. In the NEC, what does Table 310-16 relate to?

Amp Rated wire Size

0040

*DAVE SMITH*

## House Office Buildings
## Interview Questions For Assistant Electrician Supervisor
## WS-2805-08

1. Why are you interested in this job?
   *Ideas - Say So in 12-8 10 years - Share Knowledge*
   *more Detail than others would have more to offer*

2. What characteristics do you posses that make you qualified for this position?
   *Fair listener / Communicator* *Key word*

3. What two work related accomplishments in you are you most proud of?
   1) *Improvements in Fire Alarm System*
   2) *Work Ethic in his job.*

4. Imagine that you are an assistant supervisor and one afternoon you observe that one of your employees has reported to work inebriated. What would you do?
   *Commit - he will not Drive - Call Someone to Drive him, let his sleep it off - Tell Supv. in am*

5. What device would you use to measure the following?
   - Current  *AMP METER*
   - voltage  *Voltmeter*
   - resistance  *Ohm meter*
   - continuity  *Ohm meter*
   
   *Multi. meter*

6. Earlier this year there were rumors that electronics technicians from the Electronics Division were going to be merged with the Electric Shop. Imagine you are the supervisor and several of theses higher grade technicians are assigned to your shift to work with the electricians. How would you handle the disruption to the shift and the attitudes resulting from the grade discrepancy?
   *Bring out Positive - Learning from Them (Communication)*

7. Can a Photoelectric, Ionization and Heat Detector be installed on the same 4 wire indicating Circuit?
   *Yes*

0041

8. What indicating devices are required in the presence of sprinkler heads in an Elevator shaft?
Heat/Smoke Det, 5-6' from Sprinkler head.

9. There has been some discussion about creating a separate FA Shop. What are your thoughts on that idea?
Good Idea - 24-7 Coverage     offered more

10. What methods would you use to motivate your employees to work harder?
Positive Reinforcement

11. This position requires someone who is 1) self motivated, 2) can work independently and 3) can make quick decisions in an emergency situations. Describe a situation in the past where have done each of the above.
1) Water Flows in FHOB (Alarm) Troubleshot + Reset.
2) Initiated Pre work on Hi Water Alarms
3) Grout Fact 6-7 am (Handled)

12. What is the maximum Number of smoke detectors allowed on an indicating circuit?
20

13. How would you troubleshoot a grounded indicating circuit?  (Good)
Isolate at Control Panel - Remove Zone - Go to 1/2 the ___
Check switch - Eliminate

14. Imagine you receive a set of design drawings for remodeling an existing space. You are expected to supervise and assist a three-man crew to accomplish this effort. How would you proceed?
Go to job w/ Prints - Go Through Work - Get Input
Get Plan together - Proceed

15. Describe your experience working with outside contractors and how would you handle a situation where a contractor is not executing work to your standards?
Need to Watch Closely - would talk to Through
Supv. - If not Sat Go to His Boss

16. The pipefitters need to replace three sprinkler heads on the 5th floor of the CHOB. Describe what you would do to ensure the fire alarm would not sound during the process of draining, during the actual work and when refilling the system?
Remove All Water Flow in Bldg - Take out Zone
(Letter of Impairment) - (Make Sure They ___
are There.    (Good)    P___

0042

17. What is the maximum distance from one strobe light to another in a corridor?

100'

18. What procedure would you use to find a ground fault on a fire alarm system?

Go to Control Panel - Check off AREOM Dos Disconnect + check to Ground. Check D.C. Systems Disconnect + Troubleshoot.

19. In the NEC, what does Table 310-16 relate to?

AMPACITY