# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MICHAEL GRAHAM** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **ECF** |
| **THE ARCHITECT OF THE** | ) | **Civil Action No. 05-1340 (JR)** |
| **CAPITOL** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

Upon consideration of Defendant's Motion to Dismiss and For Summary Judgment and its memorandum of points and authorities, Plaintiff's opposition thereto, Defendant's reply, and the entire record herein, it is this _____ day of _____, 2006,

ORDERED, that for the reasons stated in Defendant's memorandum of points and authorities and reply, Defendant's motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE.


_____
JAMES ROBERTSON
U.S. District Court Judge

Copies to counsel via ECF.