Capital Reporting Company

Page 1

```
1              UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3

4     - - - - - - - - - - - - - - - - X

5   MICHAEL GRAHAM                    :

6         Plaintiff,                  :
                                      : Case No.:
7   vs.                               : 1:05CV01340

8   THE ARCHITECT OF THE CAPITOL      :

9         Defendants.                 :

10    - - - - - - - - - - - - - - - - X

11                              Washington, D.C.

12                           Thursday, April 6, 2006

13

14  Deposition of:

15                    KENNETH MASTERS

16  called for oral examination by counsel for

17  Plaintiff, pursuant to notice, at the Ford House

18  Office, 2nd and D Street, S.W., Room B39,

19  Washington, D.C., before Jodi Scheffel, a Notary

20  Public in and for the District of Columbia,

21  beginning at 9:45 a.m., when were present on behalf

22  of the parties.
```

Capital Reporting Company

Page 2

1  APPEARANCES:
2  On behalf of the Plaintiff:
3     LESLIE D. ALDERMAN, III, ESQUIRE
       Alderman & Devorsetz, PLLC
4      The Blake Building
       1025 COnnecticut Avenue, N.W.
5      Suite 1000
       Washington, D.C. 20036
6      (202) 969-8220
7  On behalf of the Defendant:
8     MERCEDEH MOMENI
       ASSISTANT UNITED STATES ATTORNEY
9      United States Department of Justice
       555 4th Street, N.W.
10     Washington, D.C. 20530
       (202) 305-4851
11
12 Also Present: MICHAEL GRAHAM
                 DAVID SCRIMAGER
13
14          * * * * *

Page 3

1           CONTENTS
2  EXAMINATION BY:              PAGE:
3  Counsel for Plaintiff          4
4  Counsel for Defendant         81
5
6           EXHIBITS
7  MASTERS' DEPOSITION EXHIBITS:
8  No. 1 Electrician Assistant Supervisor
         Interviews                32
9
   No. 2 Interview Questions for
10       Assistant Electrician Supervisor    37
11 No. 3 Electrician Assistant Supervisor
         WS Scale                  64
12
13     (Exhibits Attached to Transcript)

Page 4

1           PROCEEDINGS
2  Whereupon,
3           KENNETH MASTERS
4  called as a witness, and having been first duly
5  sworn, was examined and testified as follows:
6      EXAMINATION BY COUNSEL FOR PLAINTIFF
7      Q  Good morning. My name is Leslie D.
8  Alderman, III. I represent Michael Graham who is a
9  Plaintiff in a lawsuit against the Architect of the
10 Capitol. And that lawsuit is before the United
11 States District of Columbia. The Case No. is
12 1:05CV01340. When I refer to the lawsuit or the
13 claims made in the lawsuit, I'm referring to the
14 lawsuit that I just referenced.
15          We'll go over a couple of ground rules.
16 First, the court reporter is going to be writing
17 down every single thing that we say. Her job gets
18 a lot easier if we don't interrupt each other and
19 let each other finish our questions and answers.
20 Then she's happy and everybody is happy.
21          If you can try to remember to make verbal
22 responses as opposed to body language responses

Page 5

1  like nods of the head or shaking of the head.
2  Also, uh-huh and uh-uh don't really come out well
3  on paper. You can't tell if it's a yes or a no.
4  So try to be clear and try to respond verbally.
5           If you don't understand any of the
6  questions that I ask you, let me know that you
7  don't understand what I'm talking about and I will
8  rephrase it. I will do everything I can to make
9  you understand what I am asking of you. If you do
10 respond to any of my questions, then the record is
11 going to make it appear that you understood my
12 question. So if you have any questions or
13 clarifications, make sure that you get them from
14 me.
15          Lastly, are you on any medication that
16 would prohibit you from testifying truthfully
17 today?
18     A  No.
19     Q  Excellent. Can you please state your
20 full name and work address for the record?
21     A  My name is Kenneth E. Masters. I work in
22 the Rayburn House Office Building, Washington, D.C.

2 (Pages 2 to 5)

## Capital Reporting Company

Page 6

1  Q  What is your position currently?
2  A  Building engineer, assistant supervisor.
3  Q  How long have you been in that position;
4  if you can give the start and stop dates.
5  A  I don't know the start and stop dates but
6  it's been about six, seven years.
7  Q  As assistant supervisor?
8  A  Yes, sir.
9  Q  Before that, before you were assistant
10 supervisor, what was your position?
11 A  A leader, air-conditioning equipment
12 mechanic leader.
13 Q  Now, what division did you say you were
14 the supervisor of?
15 A  Building engineer division.
16 Q  What does that entail, the building
17 engineer?
18 A  We include the plumbing shop, air-
19 conditioning shop, insulators and industrial
20 mechanic.
21 Q  Plumbing, air-conditioning, industrial
22 mechanic --

Page 7

1  A  Insulation.
2  Q  -- and insulation.
3     Is there electrician work that goes on in
4  the building engineer division?
5  A  We do electrical troubleshooting.
6  Q  Do you have experience yourself
7  performing electricity troubleshooting?
8  A  Yes, I do.
9  Q  Can you describe for me your electrical
10 troubleshooting experience?
11 A  I have been to schools in the past;
12 Columbia Technical Institute, electrical schools.
13 The name of the school escapes me right now, but
14 I've taken various courses in electrical.
15 Q  When was the last time you took an
16 electrical course?
17 A  I can't remember. It's been a few years.
18 Q  More than five years ago?
19 A  Yes.
20 Q  More than 10 years ago?
21 A  Maybe.
22 Q  How about with your job; do you have any

Page 8

1  electrical duties involved in your job as the
2  assistant supervisor?
3  A  Yes. We troubleshoot air-conditioning
4  refrigeration systems.
5  Q  Is that a part of what you do on a
6  day-to-day basis?
7  A  I interact with my mechanics and help as
8  needed.
9  Q  Are you a licensed electrician?
10 A  No.
11 Q  Would you hold yourself out as an
12 electrician?
13 A  No.
14    MR. ALDERMAN: Off the record.
15    (Discussion off the record.)
16 BY MR. ALDERMAN:
17 Q  Would you replace a receptacle on your
18 own?
19 A  Explain what you mean, would I? Would I
20 do it as on-the-job experience --
21 Q  Yes.
22 A  -- or would I do it in my own house?

Page 9

1  Q  Would you do it on the job?
2  A  No.
3  Q  Would you do it in your own home?
4  A  Yes.
5  Q  How about a switch, a light switch?
6  A  In my own home, I would.
7  Q  On the job?
8  A  No.
9  Q  Building engineer division?
10 A  That's our label.
11 Q  I want to make sure I'm understanding it.
12 It's the building engineer division?
13 A  That's our label.
14 Q  In the building engineer division, do
15 you have any duties that relate to fire alarm
16 equipment or fire safety equipment? Let's be clear
17 here. Fire alarm, we're talking about the things
18 that make the noise. The fire safety is, I guess,
19 the machines that turn on the water to put the fire
20 out, right? So the sprinkler systems and then the
21 alarm systems.
22 A  We have some duties with sprinkler

## Capital Reporting Company

Page 42

1  the interviews, have you referred to these
2  interview notes?
3  A  I referred to them after I was notified
4  of this hearing.
5      MS. MOMENI: This deposition.
6      THE WITNESS: This lawsuit. I looked at
7  them once. I don't remember the date.
8  BY MR. ALDERMAN:
9  Q  Was that a separate time, then, the
10 instance that was recently to prepare for this
11 deposition?
12 A  Yes, that's correct.
13 Q  So when you learned that Michael Graham
14 had complained about the selection, you referred to
15 these notes?
16 A  Yes.
17 Q  What was your purpose in referring to the
18 notes at that time? Right now, I'm referring to
19 the time after which you learned about the
20 complaint and when you referred to these notes.
21 A  Just to refresh my memory.
22 Q  Did anyone ask you to do that?

Page 43

1  A  No.
2  Q  Where were these notes kept? Where were
3  they?
4  A  In my locker.
5  Q  Did you make any notations on these
6  answer sheets at that time?
7  A  I don't remember.
8  Q  Do you remember making any notations on
9  this answer sheet at any time after the interview
10 process itself? When I say "interview process", I
11 mean, the time during which you're writing down the
12 responses and the one day later when you were
13 making your deliberation.
14 A  I may have written some things down; I'm
15 not sure. I just don't remember.
16     MR. ALDERMAN: Ms. Momeni, do you have an
17 original version of this document that we've marked
18 Masters' Exhibit 2?
19     MS. MOMENI: I think we can get it, yes.
20     MR. ALDERMAN: The one that would
21 actually have the ink on it.
22     MS. MOMENI: I think we can get it. It

Page 44

1  should be up in HR.
2  BY MR. ALDERMAN:
3  Q  Let's go through these questions. The
4  first question reads -- and I'll quote -- why are
5  you interested in this job, end quote.
6      Was there any particular response that
7  you were looking for that answer?
8  A  I don't know if there's a particular
9  answer I was looking for. I was just writing notes
10 on this.
11 Q  You have written as Mr. Graham's answer,
12 one, quote retirement; two, better suited
13 organization head -- organized, can help the
14 organization, I guess.
15 A  I'm sorry, my notes aren't the best.
16 Q  What did you think about that answer; do
17 you recall?
18 A  I don't recall that much about it.
19 Q  Question number two, quote, what
20 characteristics do you possess that make you
21 qualified for this position, end quote.
22     Do you recall what answers or elements

Page 45

1  you were looking for in response to that question?
2  A  I see a note here, not much detail. I
3  guess I was looking for a little explanation on his
4  characteristics that would make him qualified.
5  Q  Let me stop you real quick. Going back
6  to the time when you got these notes out of your
7  locker to review them after you learned about
8  Mr. Graham's complaint, around that time period,
9  did you have any other conversations with anybody
10 about this selection?
11 A  No.
12 Q  You didn't talk to Mr. Aitcheson about
13 it?
14 A  No, just the lawyer, Eddie.
15 Q  Now, earlier you said that no one had
16 asked you to review your notes, but just now you
17 indicated that you talked to Mr. Martinez about it.
18 A  I did when I was sitting down with him.
19     MS. MOMENI: That conversation is
20 privileged. So let's move on.
21 BY MR. ALDERMAN:
22 Q  Question number three reads: What two

## Capital Reporting Company

Page 50

1   A  How he would handle the disruption on the
2   shift and the attitudes. How would you deal with
3   it? It's not telling me anything about how he
4   would deal with it.
5       Q  Question number seven reads, quote, can a
6   photoelectric ionization and heat detector be
7   installed on the same four-wire indicating circuit,
8   end quote.
9           At the time of the interview, did you
10  know the answer to that question?
11      A  I did not.
12      Q  Did you come to learn the answer to that
13  question?
14      A  I did.
15      Q  How did you learn the answer to the
16  question?
17      A  As I remember, the answer was yes.
18      Q  How did you learn what the correct answer
19  was?
20      A  I asked Steve Stewart after the
21  interviews were over.
22      Q  Question number eight reads, quote, what

Page 51

1   indicating devices are required in the presence of
2   sprinkler heads in an elevator shaft, end quote.
3           At the time of the interview, did you
4   know the response to that question?
5       A  I thought I knew it but I wasn't 100
6   percent sure.
7       Q  What was the answer?
8       A  I believe it's a smoke detector.
9       Q  Did you do anything to learn the correct
10  answer?
11      A  As I recall, I asked that question.
12      Q  Of Steve Stewart?
13      A  Yes.
14      Q  Do you recall his answer?
15      A  To the best of my memory, a smoke
16  detector.
17      Q  You indicated in your handwritten note
18  there, did not know basic answer.
19          Why did you think that that was a basic
20  answer?
21      A  That was just an opinion of mine. I just
22  thought that that might be a basic answer.

Page 52

1       Q  Question number nine, quote, there has
2   been some discussion about creating a separate FA
3   Shop. What are your thoughts on that idea, end
4   quote.
5           What's an FA Shop?
6       A  Fire alarm.
7       Q  Was there any particular answer you were
8   looking for in response to that question?
9       A  I guess I was just looking for a little
10  more commentary on that. No specific answer.
11      Q  Question number 10 reads, quote, what
12  methods would you use to motivate your employees to
13  work harder, end quote.
14          Again, my question is, was there a
15  particular response or were there particular
16  elements that you were looking for in response to
17  that question?
18      A  No.
19      Q  Question number 11, I'll ask you the same
20  question. If you would just review the question
21  and let me know if there was a specific answer you
22  were looking for.

Page 53

1       A  Looking for being self-motivated. I was
2   looking for a little more specific on that answer
3   other than to get to work on time. Can work
4   independently, that's kind of general, in my
5   opinion. Number three, make quick decisions in
6   emergency situations. I guess I was just looking
7   for a little more there on how to shut off fire
8   alarms.
9       Q  Is shutting off a fire alarm an example
10  of a quick decision in an emergency situation in
11  your mind?
12      A  It could be.
13      Q  Is getting a circuit back on line and
14  troubleshoot evidence of working independently in
15  your mind?
16      A  It could be.
17      Q  Question number 12 reads, quote, what is
18  the maximum number of smoke detectors allowed on an
19  indicated circuit, end quote.
20          At the time of the interview, did you
21  know the answer to that question?
22      A  No.

202.857.DEPO  www.CapitalReportingCompany.com
1000 Connecticut Ave NW  Suite 505  Washington D.C.  20006

# Capital Reporting Company

Page 54

1  Q   Did you learn the answer to that
2  question?
3  A   I don't remember asking that. I may
4  have; I don't remember. I don't know the answer
5  right now.
6  Q   At the time of the interview, do you
7  think you knew the answer?
8  A   No, not at the time of the interview.
9  Q   You may have asked?
10 A   I may or may not have. I don't recall
11 this one.
12 Q   Number 13 reads, quote, how would you
13 troubleshoot a grounded indicated circuit, end
14 quote.
15     At the time of the interview, did you
16 know the answer to that question?
17 A   Yes.
18 Q   What was the correct answer to that
19 question?
20 A   Basically you separate the circuit and
21 you check wires for continuity checking for shorts
22 and grounds.

Page 55

1  Q   Did you have to verify that answer with
2  anybody?
3  A   I didn't have to verify that but there
4  was no answer here.
5  Q   I'm going to ask you if you were looking
6  for any specific answer or elements in response to
7  question number 14. I'll let you read it to
8  yourself.
9  A   I guess I was looking for -- I see my
10 note of not specific. I guess I was looking for a
11 little more detail.
12 Q   I'm asking you if there were particular
13 elements that you were looking for as opposed to
14 criticizing Mr. Graham's answer?
15 A   I was looking for something about taking
16 off material for the job. I don't see that here.
17 Q   So specifically addressing how to take
18 off material?
19 A   That being one of the procedures.
20 Q   Any other particular elements?
21 A   Yes, meet with the gentlemen and go over
22 the mechanics, go over the procedures of the job.

Page 56

1  Q   Question number 15, I'll ask you the same
2  question. Were there any particular elements or
3  responses that you were looking for as an answer to
4  question number 15?
5  A   I don't recall.
6  Q   Question number 16, I'll read that one.
7  Quote, the pipefitters need to replace three
8  sprinkler heads on the fifth floor of the CHOB.
9  Describe what you would do to ensure the fire alarm
10 would not sound during the process of draining,
11 during the process of actual work and when
12 refilling the system.
13     At the time of the interview, did you
14 know the correct response to that question?
15 A   I know basically the response, yes. One
16 response is, you have to let the system set for
17 three or four hours before you turn the alarms back
18 on.
19 Q   How did you know that answer?
20 A   Our plumbing shop deals with that.
21 Q   Is that a plumbing question?
22 A   Our plumbing shop has dealt with it

Page 57

1  because they refill the system and they've gone
2  off.
3  Q   Does the plumbing shop drain the system?
4  A   If they have to replace sprinkler heads,
5  they do.
6  Q   Do you know why this question would be
7  asked of an electrician assistant supervisor?
8      MS. MOMENI: Objection; lacks
9  foundation.
10     MR. ALDERMAN: I asked him if he knew.
11     THE WITNESS: I don't know why the
12 question was picked. I had nothing to do with
13 that. Is that what you mean?
14 BY MR. ALDERMAN:
15 Q   No. I'm asking you if that question
16 would relate to anything an electrician would do,
17 if you know?
18 A   To some extent it does. They would have
19 to be able to work with the plumbing shop and allow
20 time for this and know that they can't turn them on
21 right away.
22 Q   Question number 17, quote, what is the

**Capital Reporting Company**

Page 58

1  maximum distance from one strobe light to another
2  in a corridor, end quote.
3      At the time of interview, did you know
4  the correct response to that question?
5      A   No, I did not.
6      Q   Did you learn the correct response to
7  that question?
8      A   I don't remember if I asked or not.
9      Q   Question number 18 reads, quote, what
10 procedure would you use to find a ground fault on a
11 fire alarm system, end quote.
12     Did you know the answer to the question
13 at the time of the interviews?
14     A   I know basic electricity of disconnecting
15 a circuit and troubleshooting it.
16     Q   Do you know if there's a different
17 technique when dealing with a fire alarm system?
18     A   I do not know.
19     Q   Did you learn?
20     A   I do not remember.
21     Q   Question 19, quote, in the NEC, what does
22 Table 310-16 relate to, end quote.

Page 59

1      Did you know the answer to that question?
2      A   I didn't.
3      Q   Do you know what the NEC is?
4      A   National Electric Code.
5      Q   Did you learn the answer to that
6  question?
7      A   I did.
8      Q   How did you learn the answer to that
9  question?
10     A   I asked.
11     Q   If you would take a look at the page
12 that's numbered page 40 at the bottom right. This
13 is the last page of Phil Rupprecht's interview
14 responses. The first page of that is 38, if you
15 wasn't to verify that that is, in fact,
16 Mr. Rupprecht's response.
17     Question number 17 reads the same as Mr.
18 Graham's question number 17 and that is, quote,
19 what is the maximum distance from one strobe light
20 to another in a corridor, end quote.
21     Please confirm that Mr. Rupprecht
22 responded 90 linear feet; is that correct?

Page 60

1      A   That's what I have here.
2      Q   Did you know whether or not that was a
3  correct answer?
4      A   I did not know.
5      MS. MOMENI: I'm sorry, Counsel, we have
6  to back up. I want to object to the
7  characterization of the question. You said, that's
8  the same answer as Mr. Graham?
9      MR. ALDERMAN: Same question.
10     MS. MOMENI: Same question, okay. Not
11 the same answer because the Plaintiff's answer
12 reflects that he said not sure.
13     MR. ALDERMAN: Right. I said question.
14     MS. MOMENI: Okay. I misheard then, I
15 apologize.
16 BY MR. ALDERMAN:
17     Q   What you just said was that you didn't
18 know if that was a correct answer or not?
19     A   I did not know.
20     Q   Did you do anything to verify whether or
21 not that was a correct answer?
22     A   I thought at the time I asked, but I

Page 61

1  don't remember specifically what the answer is now.
2      Q   Do you specifically remember asking
3  anyone if Mr. Rupprecht's response was correct?
4      A   I do not remember asking specifically.
5      Q   I want to ask some questions with regard
6  to number 18, which reads, quote, what procedure
7  would you use to find a ground fault on a fire
8  alarm system, end quote.
9      When we talked about question number 18
10 earlier, you indicated that you were not sure if
11 there was a different technique for finding a
12 ground fault with regard to a fire alarm system.
13 Did you do anything to verify that Mr. Rupprecht's
14 response was correct?
15     A   I don't recall.
16     Q   Now, I'll ask you to take a look at
17 what's marked page 43, which is the last page of
18 David Smith's or Dave Smith's responses. There, in
19 response to question number 17 which reads, quote,
20 what is the maximum distance from one strobe light
21 to another in a corridor, end quote. Mr. Smith
22 wrote down 100 feet --

202.857.DEPO  www.CapitalReportingCompany.com
1000 Connecticut Ave NW  Suite 505  Washington D.C.  20006

**Capital Reporting Company**

Page 62

1  MS. MOMENI: Counsel, do you want to
2  rephrase that, "Mr. Smith wrote down here"?
3  MR. ALDERMAN: Thank you.
4  BY MR. ALDERMAN:
5  Q  You've got that Mr. Smith responded
6  100 feet. Did you do anything to verify whether or
7  not that was a correct answer?
8  A  I don't remember.
9  Q  Do you remember if you gave Mr. Smith
10  credit for that answer?
11  A  I don't remember.
12  Q  I'll ask the same question of question
13  number 18. Do you remember verifying whether or
14  not Mr. Smith's response to question number 18 was
15  accurate?
16  A  I don't remember.
17  Q  Do you remember if you gave Mr. Smith
18  credit for his answer to number one?
19  A  I don't remember.
20  Q  Mr. Masters, at what point in time did
21  you make your deliberation about which candidate to
22  recommend for the selection?

Page 63

1  A  To the best of my recollection, it was
2  the day after.
3  Q  Did you review any materials in making
4  that deliberation?
5  A  Just my notes.
6  Q  So only your notes from the interview
7  session?
8  A  That's correct.
9  Q  Did you review the candidates'
10  applications?
11  A  I do not remember looking at their
12  applications.
13  Q  Did you have any other notes other than
14  your notes about the interview response?
15  A  No.
16  Q  Did you receive any instructions on what
17  factors -- strike that. Did you receive any
18  instructions on how to evaluate the candidates?
19  A  No.
20  Q  Let me be a little bit more specific
21  there. Were you informed that any particular
22  factors were more important than other factors?

Page 64

1  A  No.
2  (Masters' Exhibit No. 3 was
3  marked for identification.)
4  BY MR. ALDERMAN:
5  Q  Mr. Masters, I'm handing you a document
6  that's been marked Masters' Exhibits 3.
7  (Tenders document to witness.)
8  This is a two-page document that has
9  Bates stamps or page numbers of 0044 and a bunch of
10  zeros 389. So page numbers 44 and 389. Is that
11  what you have in front of you?
12  A  Yes, that's what I have.
13  Q  Do you recognize these documents?
14  A  Yes, I do.
15  Q  What are these documents?
16  A  Those are the rating forms.
17  Q  Are they your rating forms?
18  A  It looks like my writing on these forms.
19  Q  These appear to be identical forms in
20  terms of the scoring and even the handwriting looks
21  identical in the scoring. The only difference in
22  the matrix itself is that there appear to be other

Page 65

1  numbers in certain of the boxes on the first page,
2  the page marked 44.
3  Do you know what those small numbers
4  written into the boxes are?
5  A  I think they are some numbers referring
6  to questions or something.
7  Q  Is it that certain questions apply to the
8  certain factors listed in the top row of this
9  matrix?
10  A  I believe so.
11  Q  For example, the second factor there,
12  ability to use and review building plans and
13  blueprints, I see there's marked a small number 14
14  in the boxes that come underneath that factor.
15  Is that to say that you believed that
16  question number 14 related to that factor?
17  A  I believe that's it.
18  Q  That makes sense. Can you describe to me
19  how you went about assigning numerical scores in
20  each of these blocks; in other words, what process
21  did you use to assign numbers?
22  A  I reviewed the answers and the notes I

17 (Pages 62 to 65)

Page 66

1 took and assigned them a score based on what I
2 believed was the best answers and who answered them
3 the best.
4    Q   According to the process that you used,
5 what would be the difference between a three and a
6 four?
7    A   Four being higher than a three. That's
8 my opinion.
9    Q   Why are there no fives on this scoring
10 sheet? What does a five signify to you?
11    A   I guess five was the top rating, an
12 outstanding rating.
13    Q   In your opinion, no one's responses
14 reached the level of outstanding?
15    A   That's what it appears to be.
16    Q   Do you remember when you wrote the little
17 numbers on the matrix --
18    A   No.
19    Q   -- on the page marked number 44?
20    A   No, I don't.
21    Q   Do you recall if that was the day after
22 the interview when you were making your

Page 67

1 deliberation?
2    A   I don't remember.
3    Q   Do you recall if that was after you
4 learned about Mr. Graham's complaint and you
5 reviewed the response?
6       MS. MOMENI: Objection. There's no
7 testimony that the witness had this matrix at that
8 time.
9 BY MR. ALDERMAN:
10    Q   Did you have this matrix at that time, at
11 the time that you learned about Mr. Graham's
12 complaint?
13    A   I don't remember if I did or not. I
14 don't honestly remember. See, I don't know if I
15 had a copy of this. I had the notes.
16    Q   Once you had finalized your scoring, what
17 happened after that relevant to the selection?
18    A   I turned it in to Pete Aitcheson.
19    Q   Did you have any conversation with him?
20    A   I don't recall any conversation.
21    Q   Was there any final deliberation among
22 you and Mr. Stewart and Mr. Aitcheson to confirm

Page 68

1 whether you agreed on candidate?
2    A   I don't recall any conversation.
3    Q   According to your recollection, your last
4 involvement in this selection was handing
5 Mr. Aitcheson this matrix?
6    A   That's my best memory, yes.
7    Q   You recall no further involvement as it
8 relates to this selection?
9    A   I don't recall any, no.
10    Q   Have you talked to anyone at all about
11 this selection since it occurred with the exclusion
12 of counsel? I want to know all conversations that
13 you had about the selection except those in which
14 you were talking to an attorney.
15    A   No. I just talked to my attorney.
16    Q   That's it. You never talked to Pete
17 Aitcheson?
18    A   No, other than there's a suit going on.
19 That's about it.
20    Q   You talked to Peter Aitcheson about the
21 fact that there was a suit?
22    A   He told me I had a meeting that I had to

Page 69

1 go to.
2    Q   When was that meeting?
3    A   I don't remember. It wasn't a meeting.
4 It was just to let me know that we had a suit going
5 on.
6    Q   Who was at that meeting?
7    A   I think it was a phone call. I don't
8 remember. I think it was just a phone call.
9    Q   Was anyone else involved in that
10 telephone call besides you and Mr. Aitcheson?
11    A   No.
12    Q   Exactly what did Mr. Aitcheson tell you?
13    A   I don't remember.
14    Q   Did he call you?
15    A   As I remember, he called me, yes.
16    Q   Where did he call you? Where were you
17 when you received the telephone call?
18    A   My office.
19    Q   Did he call you on your office line?
20    A   I think so.
21    Q   To the extent of your recollection,
22 Mr. Aitcheson only told you that there was a

**Capital Reporting Company**

Page 70

1 complaint about the selection?
2    A    As I remember, I was just being informed
3 that I had to meet with an attorney on this suit
4 and that was all; Edgar --
5        MS. MOMENI: Mr. Martinez?
6        THE WITNESS: -- Martinez.
7 BY MR. ALDERMAN:
8    Q    I don't know want to know anything about
9 your conversation with Mr. Martinez. Did
10 Mr. Aitcheson tell you who had made the complaint
11 about the selection?
12   A    I don't remember.
13   Q    Have you had any other conversations
14 about the fact that Mr. Graham made a complaint
15 about the selection?
16   A    Only with my attorneys.
17   Q    So other than that telephone call with
18 Mr. Aitcheson --
19   A    He's my boss. He informs me of where to
20 go and what I'm doing.
21   Q    -- did you discuss the fact that you were
22 going to be deposed with anyone besides counsel?

Page 71

1        MS. MOMENI: "Deposed" meaning be here?
2        MR. ALDERMAN: Be here for this
3 deposition.
4        THE WITNESS: Counsel told me about this.
5 BY MR. ALDERMAN:
6    Q    Did you talk to anybody about your
7 testimony? I'm sorry, I interrupted you.
8    A    Start over. There were some
9 interruptions there.
10   Q    Did you talk to anybody, aside from
11 counsel, about the fact you were going to have a
12 deposition today?
13   A    Pete told me that I had a deposition
14 today. He called me and told me --
15   Q    When did he call you?
16   A    Last Friday or something -- that I was
17 going to have a deposition and I had to meet at a
18 certain time, the 4th or 5th or something like
19 that.
20   Q    Did he communicate anything else to you?
21   A    No.
22   Q    Did you ask him any questions?

Page 72

1    A    No. I wasn't even here.
2    Q    Did he leave you a voicemail?
3    A    He was just asking me if I would be here
4 at work and to keep this date open. That's all.
5        MS. MOMENI: There's a question from
6 counsel pending. Let me just remind you to wait
7 until he's finished. I think the question was, did
8 he leave you a voicemail. Is that correct,
9 Counsel?
10       MR. ALDERMAN: Yes.
11 BY MR. ALDERMAN:
12   Q    Did he leave you a voicemail?
13   A    No.
14   Q    So you did talk to him?
15   A    Yes.
16   Q    Where were you when you received the
17 telephone call?
18   A    New York City.
19   Q    How long did that call last?
20   A    It was a short call. I was in a cab
21 going around Manhattan. He was letting me know,
22 if I was going to be at work, that we had to do a

Page 73

1 deposition. He just wanted to find out if I was
2 going to be here to schedule it.
3    Q    At the time of the interview, were you
4 aware that Mr. Graham had previously made a
5 complaint of discrimination against The Architect
6 of the Capitol?
7    A    I was aware.
8    Q    How were you aware?
9    A    I was aware just from shop talk going
10 around.
11   Q    Do you remember who told you?
12   A    No, I don't remember.
13   Q    You say shop talk --
14   A    Just people talking in the halls.
15   Q    Was it a topic of conversation in your
16 division?
17   A    No. I think I heard it from -- I just
18 knew it was discrimination. That's all.
19   Q    Do you know how that complaint was
20 resolved?
21   A    I heard there was a settlement. That's
22 all I know.