## Electrician Assistant Supervisor
## Interviews

Impartial - Ann Whitman

Thursday, September 2, 2004

8:00 am    David Smith

8:30 am    Phil Rupprecth

9:00 am    Michael Graham

0000000374