Electric Branch

**General Supervisor (Foreman):**

| | |
|---|---|
| Walter Straughan | Retired 12/1995 (Retired) |
| James Quade | 8/97 - 10/99 (Retired) |
| Johnny Chabo | 3/2000 - 11/02 (Retired) |
| Steve Stewart | 11/02 - Present |

**Supervisors:**

| | |
|---|---|
| Kevin Banks | 12/04 - Present |
| George Hammett | 5/04 - Present |
| Ernest Cook | 2/81 - 10/99 (Retired) |
| Johnny Chabo | 3/98 - 3/2000 Promoted to General Supervisor (Foreman) |
| Charles Green | 11/88 - 1/98 (Retired) |
| James Quade | 5/92 - 8/97 Promoted to General Supervisor (Foreman) |
| Ken Kaldenbach | 9/2000 - 12/2004 (Retired) |
| Carl Whitley | 12/2000 - 4/2004 (Retired) |
| James Bartlett | 8/2004 - Present |

**Asst Supervisors:**

| | |
|---|---|
| George Dudley | Retired 1/97 |
| Charles Garner | 2/01 - 6/03 Retired |
| Stephen Stewart | 4/01 - 11/02 Promoted to General Supervisor |
| William Sanders | 3/03 - Present |
| Kevin Banks | 6/03 - 12/04 Promoted to Supervisor |
| George Hammett | 12/03 - 5/04 Promoted to Supervisor |
| David Smith | 9/04 - Present |
| Johnny Houston | 7/05 - Present |
| Johnny Chabo | 11/88 - 3/98 Promoted to Supervisor |