# Electrician Assistant Supervisor, WS-2805-08

| EMPLOYER | LOCATION | SALARY RANGE | CLOSE DATE |
|---|---|---|---|
| Architect of the Capitol | Washington, Dist of Columbia | $24.59-$28.66 | 8-20-2004 |

**ANNOUNCEMENT NUMBER:** HOB 2004 173

**OPENING DATE:** 8-9-2004

**PROMOTION POTENTIAL:** 08

**WORK SCHEDULE:** Full Time

**AREA OF CONSIDERATION:** Anyone may apply

**TIME LIMIT:** Permanent - No time limit

**CONTACT NAME:** Mattie Lindsay

**CONTACT PHONE NUMBER:** 202-225-3595

**CONTACT EMAIL:** mlindsay@aoc.gov

**NOTES:**

This position is located in House Office Buildings, Electrical Division.

This position is being filled through an on-line application system. To apply go to www.avuedigitalservices.com/aoc/applicant.html

If you are unable to apply online you may contact the employing office for alternate application procedures. Please call 202-226-7000.

This vacancy announcement may be used to fill additional vacancies in any of the jurisdictions of the Architect of the Capitol.

**DUTIES**

Performs the administrative and human resource management functions relative to the staff supervised. Plans, schedules, and assigns work to subordinates. Establishes guidelines and performance expectations for staff members; provides feedback and periodically evaluates employee performance. Provides advice, counsel, and/or instruction to staff members. Recommends or approves appointments, selections, or reassignments to positions appropriate to the selection authority delegated. Effects disciplinary measures as appropriate to the authority delegated in this area. Carries out Equal Employment Opportunity (EEO) policies and program activities.

Carries out the instructions of the supervisor in the coordination of different projects. Works from clear-cut oral or written instructions, blue prints, schematics, drawings, sketches, specifications, job orders, and wiring diagrams that indicate the nature of the repair or installation to be made; the layout and placement of circuitry, fixtures, and controls; and the types of wiring, parts, and equipment installed. Removes, replaces, tightens, splices, solders and insulates defective wiring, controls, equipment and fixtures.

0001

03/11/2005 15:12 FAX 202 225 3003     AOC HOUSE SUPERINTENDENT
Case 1:05-cv-01340-JR   Document 19-12   Filed 07/18/2006   Page 2 of 2

Content Frame

Page 2 of 2

Locates defective parts/equipment through visual observation or through the use of test equipment. Installs or repairs electrical equipment incident to the construction or maintenance of buildings, such as family housing units, quarters, offices, or shops. Installs or repairs equipment such as motors, generators, converters, inverters, alternators, transformers, controllers, power panels, breaker boxes, and switchboards.

**SCREEN OUT ELEMENT(S)**

Ability to supervise.

**JOB ELEMENTS**

Ability to troubleshoot.

Ability to use and maintain hand tools used in electrical work.

Ability to use electrical drawings.

Knowledge of electrical and electronic theory and instruments.

Knowledge of electrical equipment.

**QUALIFICATIONS REQUIRED**

Applicants will be evaluated on their ability to perform the duties of the position rather than length of experience. Eligibility will be determined by the relevance, scope and quality of all experience and training, regardless of where or how acquired. Applicants will be ranked and rated based on their knowledge of the job elements identified in this announcement.

**OTHER SIGNIFICANT FACTS**

The Office of the Architect of the Capitol is an Equal Opportunity Employer. This Office prohibits discrimination on the basis of race, religion, sex, color, age, national origin, or disability.

This agency provides reasonable accommodation to applicants with disabilities. If you need a reasonable accommodation for any part of the application and hiring process, please notify the agency. The decision on granting reasonable accommodation will be on a case-by-case basis.

Moving expenses are not authorized.

Appointment is subject to suitability review by the U.S. Capitol Police.

Supervisory trial period required.