Avue Digital Services

# Electrician Assistant Supervisor, WS-2805-08

**POSITION NUMBER:** HB0077

**INTRODUCTORY STATEMENT:** This position is located in the House Office Buildings, Electrical Division. The incumbent is an Assistant Supervisor.

**Supervisory Authorities 70%**

Participates with the supervisor in formulating plans, schedules, and changes necessary to function in the Division. Takes charge of new projects as assigned by the supervisor.

Performs the administrative and human resource management functions relative to the staff supervised. Works with the supervisor to establish guidelines and performance expectations for the staff, which are clearly communicated through the formal employee performance management system. Observes workers' performance; demonstrates and conducts work performance critiques. Provides informal feedback and periodically evaluates employee performance. Resolves informal complaints and grievances. Develops work improvement plans, recommending personnel actions as necessary. Provides advice and counsel to workers related to work and administrative matters. Effects disciplinary measures as appropriate to the authority delegated in this area. Reviews and approves or disapproves leave requests. Assures that subordinates are trained and fully comply with the provisions of the safety regulations.

The incumbent is responsible for furthering the goals of equal employment opportunity (EEO) by taking positive steps to assure the accomplishment of affirmative action objectives and by adhering to nondiscriminatory employment practices in regard to race, color, religion, sex, national origin, age, or handicap. Specifically, incumbent initiates nondiscriminatory practices and affirmative action for the area under his/her supervision in the following: (1) merit promotion of employees and recruitment and hiring of applicants; (2) fair treatment of all employees; (3) encouragement and recognition of employee achievements; (4) career development of employees; and (5) full utilization of their skills. Keeps informed of, supports, and communicates to employees EEO policies, plans, and programs.

**Electrical Maintenance, Installation, Testing, Troubleshooting, and Repair 30%**

Carries out the instructions of the supervisor in the coordination of different projects. Furnishes technical advice and assistance to subordinates on more difficult operations and techniques. Works from clear-cut oral or written instructions, blueprints, schematics, drawings, sketches, specifications, job orders, and wiring diagrams that indicate the nature of the repair or installation to be made; the layout and placement of circuitry, fixtures, and controls; and the types of wiring, parts, and equipment installed.

Removes, replaces, tightens, splices, solders and insulates defective wiring, controls, equipment and fixtures. Locates defective parts/equipment through visual observation or through the use of test equipment.

Installs or repairs electrical equipment incident to the construction or maintenance of buildings, such as family housing units, quarters, offices, or shops. Installs or repairs equipment such as motors, generators, converters, inverters, alternators, transformers, controllers, power panels, breaker boxes, and switchboards.

Assists with the installation of different types of power transforming equipment.

Independently locates broken, worn, damaged, or poorly operating wiring, fixtures, controls, and equipment. Uses a small variety of test equipment, such as test lamps, voltage testers, ammeters, and polarity testers.

Completes needed repairs to installed systems, and rearranges and hooks up items such as outlets, switches, light fixtures, regulators, and circuit breakers.

Requisitions supplies, equipment, materials and tools necessary for functioning in the Branch and sees that the tools are properly used, stored, and cared for.

0003

Maintains necessary records such as work orders, work performed, and materials used.

Responsible for knowing, observing, enforcing, and instructing subordinates in all safety rules and regulations.

Provides technical advice and job training to subordinates.

Factor 1-8

Skill and Knowledge

Ability to use and review building plans and blueprints.

Ability to assign work and to follow through with several work assignments at the same time.

Knowledge and ability to plan, layout and install complete electrical installations using tools and materials of the electrical trade.

Ability to order and maintain a working inventory and to order materials for special projects.

Ability to provide technical advice to subordinates and on-the-job training.

Ability to use test equipment and trouble shoot various types of electrical problems.

Ability to complete work independently following oral instructions, receive and resolve complaints, answer questions, and provide oral directions to other workers

Factor 2-8

Responsibility

The incumbent is under the supervision of the Electrician Supervisor. Uses materials called for in work orders and schematic drawings, or obtain replacement parts by comparison with samples, such as switches and wall outlet fixtures. Installs or rearranges light fixtures, switches, and outlets by following schematic drawings that provide the exact work specifications. Routine repair and maintenance duties are accomplished independently; if unusual problems arise, or if installation or repair of unfamiliar or complex industrial electrical systems, is assigned, a supervisor or higher-grade worker provides advice and checks to see that completed work meets requirements.

Factor 3-8

Physical Effort

Makes repairs and installations from ladders, scaffolding, platforms, and other hard-to-reach places. This requires to stand, stoop, bend, kneel, climb, and work in tiring and uncomfortable positions. Frequently lifts and carries tools, equipment, and parts weighing up to 20 pounds and less often, up to 40 pounds. Occasionally, lifts or moves with assistance moderately heavy objects weighing more than 40 pounds.

Factor 4-8

Working Conditions

Work is performed both inside and outside. Sometimes required to make repairs and installations in bad weather; in work areas that are noisy, dirty, dusty, and greasy; on scaffolding or cranes at heights of 30 or more feet; and in close quarters such as manholes, attics, or aboard ships. Occasionally exposed to the possibility of injury from falling, electrical shock, burns, and rotary device, such as electrical motors. Frequently exposed to the possibility of cuts and bruises

Avue Digital Services

**SUPERVISORY FACTORS:**

0005