# House Office Buildings
## Interview Questions For Assistant Electrician Supervisor
### WS-2805-08

1. Why are you interested in this job?

2. What characteristics do you posses that make you qualified for this position?

3. What two work related accomplishments in you are you most proud of?

4. Imagine that you are an assistant supervisor and one afternoon you observe that one of your employees has reported to work inebriated. What would you do?

5. What device would you use to measure the following?
   - Current
   - voltage
   - resistance
   - continuity

6. Earlier this year there were rumors that electronics technicians from the Electronics Division were going to be merged with the Electric Shop. Imagine you are the supervisor and several of theses higher grade technicians are assigned to your shift to work with the electricians. How would you handle the disruption to the shift and the attitudes resulting from the grade discrepancy?

7. Can a Photoelectric, Ionization and Heat Detector be installed on the same 4 wire indicating Circuit?

8. What indicating devices are required in the presence of sprinkler heads in an Elevator shaft?

9. There has been some discussion about creating a separate FA Shop. What are your thoughts on that idea?

10. What methods would you use to motivate your employees to work harder?

11. This position requires someone who is 1) self motivated, 2) can work independently and 3) can make quick decisions in an emergency situations. Describe a situation in the past where have done each of the above.

12. What is the maximum Number of smoke detectors allowed on an indicating circuit?

13. How would you troubleshoot a grounded indicating circuit?

14. Imagine you receive a set of design drawings for remodeling an existing space. You are expected to supervise and assist a three-man crew to accomplish this effort. How would you proceed?

15. Describe your experience working with outside contractors and how would you handle a situation where a contractor is not executing work to your standards?

16. The pipefitters need to replace three sprinkler heads on the 5th floor of the CHOB. Describe what you would do to ensure the fire alarm would not sound during the process of draining, during the actual work and when refilling the system?





17. What is the maximum distance from one strobe light to another in a corridor?

18. What procedure would you use to find a ground fault on a fire alarm system?

19. In the NEC, what does Table 310-16 relate to?