FROM U. S. ATTTORNEY'S    OFFICE            (TUE) 5. 30' 06 12:57/ST. 12:56/NO. 4861391818 P 2

### House Office Buildings
### Interview Questions For Electrician
### WG-2805-10

1. Why are you interested in this job?

2. Give us a brief description of your experience as it applies to this position?

3. Describe to us your work ethic?

4. Think about your current position. Describe an obstacle that arose, keeping you from accomplishing an assigned task and how you overcame the obstacle?

5. Can a Photoelectric, Ionization and Heat Detector be installed on the same 4 wire indicating Circuit?

6. What indicating devices are required in the presents of sprinkler heads in an Elevator shaft?

7. What is the maximum Number of smoke detectors allowed on an indicating circuit?

8. What is the maximum mounting height for a wall mounted strobe light?

9. What wiring method is used for a permanent electrical installation?

10. How do we troubleshoot a grounded indicating Circuit?

11. What is the maximum distance from the end of a corridor is a strobe installed?

FROM U.S. ATTTORNEY'S OFFICE           (TUE) 5.30'06 12:57/ST. 12:56/NO. 4861391818 P 3

12. What is the maximum distance from one strobe light to another in a corridor?

13. Where are manual fire alarm stations required?

14. What is the function of the General Purpose Drive Controller?

15. What troubleshooting device is used with all high tech. Electronic equipment?

16. What is the procedure for finding a ground fault on the house fire alarm system?

16. According to the National Electric Code, Article 348-10, what is the maximum number of degrees of bend allowed in a run of EMT between pull points (i.e. condulets and boxes)?

17. In the NEC, what does Table 310-16 relate to?

18. You are assigned a work order with a description "no power in a Members Office". After initial investigation, you find that a circuit breaker has been tripped. What procedures would you follow in order to resolve the problem?

19. On a motor starter equipped with a "HOA" switch, describe the function of "H", "O" and "A".

02536

FROM U. S. ATTTORNEY'S    OFFICE                (TUE) 5. 30' 06 12:57/ST. 12:56/NO. 4861391818 P 4

_____
_____
_____

20. What device would you use to measure the following?
    - Current _____
    - lumens/candlepower _____
    - voltage _____
    - resistance _____
    - continuity _____

21. Imagine that you and two other Electricians are trouble-shooting a light fixture in a Members Office during normal working hours. Suddenly, the fixture drops from the ceiling onto the floor, shattering the lense. What will you do?

_____
_____
_____