6680000000

Electrician Asst. Supervisor WS — Pete Aitcheson Scale 1-5

| CANDIDATE | Knowledge & ability to plan, layout & install elec. installation using tools & materials of elec. trade | Ability to use & review building plans & blueprints. | Ability to supervise & assign work and to follow through w/several work assignments at same time. | Ability to recommend personnel actions, schedule leave, maintain work orders & schedule work. Provide tech advice & on job training | Total |
|---|---|---|---|---|---|
| David Smith | 5 | 4 | 4 | 5 | 18 |
| Phil Rupprecht | 4 | 4 | 4 | 4 | 16 |
| Michael Graham | 3 | 4 | 4 | 3 | 14 |



EXHIBIT 5
Aitcheson
4-6-06 JS