IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL GRAHAM, | ) |
| Plaintiff | ) Civil Action No. 1:05CV01340 |
| v. | ) Judge: James Robertson |
| ARCHITECT OF THE CAPITOL, | ) |
| Defendant | ) |

## ORDER

In consideration of the Defendant's Motion for Summary Judgment, and the Plaintiff's opposition thereto, it is hereby Ordered that the Defendant's Motion for Summary Judgment is denied.

It is so Ordered this day, _____, 2006.


_____
District Court Judge James Robertson