IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL GRAHAM, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ARCHITECT OF THE CAPITOL, )<br>)<br>Defendant )<br>) | Civil Action No. 1:05CV01340<br><br>Judge: James Robertson |

**ERRATA ASSOCIATED WITH PLAINTIFF'S MEMORANDUM OF POINTS
AND AUTHORITIES IN OPPOSITION TO SUMMARY JUDGMENT**

At the request of counsel for the Defendant, the Plaintiff hereby resubmits Exhibits 16 and 18 (access to the original Exhibits has been restricted on the ECF system) after home addresses that were therein included were redacted.

Additionally, Plaintiff attaches hereto Exhibit 6, which was unintentionally omitted from the original electronic filing.

Respectfully Submitted,

/s/ Leslie D. Alderman III (D.C. # 477750)
ALDERMAN & DEVORSETZ, PLLC
1025 Connecticut Ave., NW
Suite 1000
Washington, DC 20036
Tel: 202-969-8220
Fax: 202-969-8224