# Electrician Assistant Supervisor, WS-2805-08, HOB 2004 173

## PROFILE

*Read Only - Cannot Be Updated*

```
             NAME  Philip E Rupprecht
          ADDRESS  ▓▓▓▓▓▓
          COUNTRY  United States of America
            OTHER
             CITY  ▓▓▓
  STATE / PROVINCE  ▓▓▓
OTHER (IF APPLICABLE)
              ZIP  ▓▓▓
SOCIAL SECURITY NUMBER  ▓▓▓▓▓▓
DAYTIME PHONE NUMBER  ▓▓▓▓▓▓
EVENING PHONE NUMBER  ▓▓▓▓▓▓
  CELL PHONE NUMBER  ▓▓▓▓▓▓
     PAGER NUMBER
INSTANT NOTIFICATION ADDRESS
       FAX NUMBER  ▓▓▓▓▓▓
    E-MAIL ADDRESS  ▓▓▓▓▓▓
```

*Submitted: 8-12-2004*

## WORK HISTORY

| Job Title | Employer | Salary | Start Date | End Date | Federal Job (y/n) | Pay Plan | Series | Grade |
|---|---|---|---|---|---|---|---|---|
| Electrian | AOC / HOB | $21.35 | 3/ 8/ 2004 | Present | Y | WG | 0002 | 10 |
| | Was this the highest grade held on a permanent basis in the competitive service: Yes ||||||||
| | The promotion potential grade or full performance level of this position: ||||||||
| | Location: (State, City, Country)  Dist of Columbia, United States of America ||||||||
| | Supervisor Name:  Steve Stewart    Phone:  202-225-4858    Email: <br> Permission to contact supervisor granted. ||||||||
| | |||||||||
| Electrian | AOC | $38.00 | 8/ 10/ | 3/5/2004 | Y | Other | | |

0009

Case 1:05-cv-01340-JR   Document 20-3   Filed 07/19/2006   Page 2 of 7
Content Frame                                                                    Page 2 of 7

|  |  | 2003 |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | Was this the highest grade held on a permanent basis in the competitive service: Yes ||||||||
|  | The promotion potential grade or full performance level of this position: ||||||||
|  | Location: (State, City, Country)   Washington D.C, Dist of Columbia, United States of America ||||||||
|  | Supervisor Name: Steve Stewart   Phone: 202-225-4859   Email: s.stewart@aol.gov<br>Permission to contact supervisor granted. ||||||||
|  | *Perform electrical work ,including installing electrical panels, adding cicuits to humidifiyers in annex 2.* ||||||||
|  |  |  |  |  |  |  |  |
| Electrical Machanic | W.K.Trunnell | $20.00 | 2/ 1/ 1998 | 8/1/2001 | N |  |  |
|  | The promotion potential grade or full performance level of this position: ||||||||
|  | Location: (State, City, Country)   Rockville, Maryland, United States of America ||||||||
|  | Supervisor Name: Jack Trunnell   Phone: 301-258-8300   Email:<br>Permission to contact supervisor granted. ||||||||
|  | *Residential service work, custom homes, commercial work, estimating, and warehouse ordering.* ||||||||
|  |  |  |  |  |  |  |  |
| Control Eleectrian | Power Systems | $17.00 | 10/ 1/ 1995 | 2/1/1998 | N |  |  |
|  | The promotion potential grade or full performance level of this position: ||||||||
|  | Location: (State, City, Country)   Frederick, Maryland, United States of America ||||||||
|  | Supervisor Name:   Phone:   Email: ||||||||
|  |  ||||||||
| Electrical Machanic | W.K. Trunnell | $15.00 | 2/ 1/ 1992 | 10/1/1995 | N |  |  |
|  | The promotion potential grade or full performance level of this position: ||||||||
|  | Location: (State, City, Country)   Rockvill, Maryland, United States of America ||||||||
|  | Supervisor Name: Jack Trunnell   Phone: 301-258-8300   Email:<br>Permission to contact supervisor granted. ||||||||
|  | *Residential sevice work, custom homes, commercial tenant work.* ||||||||
|  |  |  |  |  |  |  |  |
| Electrical Helper | D & P Electric | $12.00 | 6/ 1/ 1990 | 2/1/1992 | N |  |  |
|  | The promotion potential grade or full performance level of this position: ||||||||
|  | Location: (State, City, Country)   Kensington, Maryland, United States of America ||||||||
|  | Supervisor Name: Denis Misal   Phone:   Email:<br>Permission to contact supervisor NOT granted. ||||||||
|  |  ||||||||

0010
https://www.avuedigitalservices.com/ads/manager/as/as.jsp:jsessionid=0a010035ce5b2168...   3/18/2005

# EDUCATION BACKGROUND

If the Accredited status reads 'Cannot Determine' please click the link to determine the status.

| NAME OF SCHOOL | CITY | STATE | DEGREE (IF ANY) | MAJORS (IF ANY) | RECEIVE DATE | TOTAL CREDITS EARNED |
|---|---|---|---|---|---|---|
| M.E.C.A | Rockville | Maryland | | a/c Theory | | |
| M.E.C.A. | Rockville | Maryland | | D/C/ Theory | | |
| M.E.C.A. | Rockville | Maryland | | Motor Controls | | |
| M.E.C.A. | Rockville | Maryland | | National Electrical Code | | |
| Frederick Community Collage | Frederick | Maryland | | National Electrical Code Calculations | | |

# QUALIFICATIONS

**Ability to use and maintain hand tools used in electrical work.**

Used and maintained hand tools used in the installation, modification, maintenance, and repair of electrical wiring systems and associated fixtures, controls, and equipment.

- Selected and used most hand tools of the trade, such as electrical and manual hand drills, screwdrivers, long-nosed pliers, diagonal cutters, etc., in completing less difficult tasks and performing standard types of electrician work.

- Selected and used hand tools for basic electrician work and was familiar with tools used for more difficult tasks. Assisted higher-grade person with selecting proper hand tools for projects according to specifications.

- Used hand tools for simple labor/mechanic work when higher level trades person selected appropriate tools or closely supervised the selections made. Assisted in setting up and adjusting hand and power tools to accomplish routine tasks.

- Any other related experience, education, or training.

- None of the above.

SUPPORTING INFORMATION: Day to day use of basic hand tools and the ability to use and train someone to use conduit benders.

**Ability to use electrical drawings.**

Read and interpreted circuit diagrams, electrical blueprints, schematics, and identified components and symbols.

- Read and followed circuit diagrams for routine assignments of limited complexity and applied knowledge of wire color codes, symbols, layout sheets, wiring diagrams, schematics, technical orders, and manufacturers' specifications to complete assignments.

- Followed circuit diagrams as used in the common operations of the journeyman electrical equipment repairer line of work.

0011

- Followed commonly used circuit diagrams after explanation by supervisor. Followed simpler circuit diagrams independently.

- Any other related experience, education, or training.

- None of the above.

SUPPORTING INFORMATION: Making connections to high voltage transformers, installing plugs, switches, and lights for offices, and COMMITTEE rooms.

**Knowledge of electrical equipment.**

Worked with electrical equipment; includes work with units, components and accessories, or on complete systems.

- Installed and repaired standard electrical equipment and located defective parts/equipment through visual inspection or the use of a small variety of test equipment including lamps, voltage testers, ammeters, and polarity testers. Received verbal and written instructions; completed work was reviewed by supervisor for quality and timeliness.

- Installed and repaired basic electrical equipment. Higher-grade employee provided specific procedures and type of test equipment that should be used, along with specific oral and written instructions. Completed work was reviewed by supervisor to assure it was complete, accurate, and timely.

- Completed tasks of limited difficulty related to design, installation, or modification of electrical devices, working under close supervision. Completed tasks requiring knowledge of simple procedures and the relationships among various components and equipment.

- Any other related experience, education, or training.

- None of the above.

SUPPORTING INFORMATION: Replacement of plugs, lights, fire alarm control board's when they are not working properly.

**Ability to troubleshoot.**

Applied electrical principles, materials, and safety standards in order to perform such functions as the installation, maintenance, troubleshooting, and repair of electrical wiring systems and associated fixtures, controls, and equipment.

- Performed tasks such as removing, replacing, splicing, and soldering defective wiring and equipment, and used simple instruments, such as meggers or voltmeters, to troubleshoot where the faulty unit was generally an individual circuit.

- Installed and repaired wiring, controls, and fixtures using standard tools, based on written and oral instructions from a higher-grade worker or supervisor who planned and assigned the work.

- Performed limited installation or repair of existing electrical lines and circuits with low levels of voltage and amperage.

- Any other related experience, education, or training.

- None of the above.

SUPPORTING INFORMATION: Able to install and troubleshoot low voltage and high voltage equipment and devices like, fire alarm panels, cable T.V. Runs, and high voltage transformers.

**Knowledge of electrical and electronic theory and instruments.**

Applied theory and instruments to problems and readily switched from one point of theory to another and from one instrument to another to install, modify, repair, and maintain electrical systems and equipment.

> Located defective parts/equipment through visual observation and use of test equipment. Performed standard tasks to complete routine repairs to installed systems. Rearranged and hooked up outlets, switches, light fixtures, regulators, and circuit breakers.
>
> Assisted journey level employees in performing standard tasks to complete routine repairs (e.g., removed, spliced, soldered, and replaced defective wiring, controls, equipment, and fixtures) and locating defects.
>
> Followed verbal instructions or specific work orders in simple electrical equipment repair work. Received specific instructions from higher-grade employee or supervisor.
>
> Any other related experience, education, or training.
>
> None of the above.

SUPPORTING INFORMATION: Testing of the fire alarm system. Locating tripped circuit breakers.

**Ability to supervise.**

Carried out Human Resources management functions and practices, and kept employees informed of important aspects of personnel management programs.

> Led groups of employees in accomplishing week-to-week or month-to-month regular assignments.
>
> Responsible for work projects that required input by and coordination with other individuals and that affected the work of others in the immediate organizational unit. Identified individuals to complete portions of a project, identified the sequence of activities to be accomplished, and planned for resources needed to complete the project.
>
> Led groups of employees in accomplishing short project-by-project assignments.
>
> Any other related experience, education, or training.
>
> None of the above.

SUPPORTING INFORMATION: Installing new electrical panels at the FHOB 6th FL computer room. Running my own company.

# ELIGIBILITY TO APPLY

Country of Citizenship: USA

[✓] I am or have been a federal employee.

[ ] I am or was a volunteer with the Peace Corps, VISTA, ACTION within the last 12 months.

[ ] The Federal Government's hiring options include special appointing authorities for people with disabilities. Federal employers are authorized to use these authorities when considering certain people with disabilities. I wish to be considered under these authorities.

**Choose your current employee status.**

If you are unsure about the type of appointment you currently have, you may want to check Blocks 24 and 34 of your most recent Standard Form 50, or check another form of "Notification of Personnel Action" to verify your status.

[✓] I am a current employee of
ARCHITECT OF THE CAPITOL

My current appointment is (●) permanent  ( ) temporary/term  ( ) not applicable.

I am in the (●) competitive service  ( ) excepted service  ( ) not applicable.

[ ] I am on the Reemployment Priority List (RPL) of
ARCHITECT OF THE CAPITOL

[ ] I have current reinstatement eligibility

[ ] I have a Career Transition Assistance Plan (CTAP) Notice.

[ ] I may be appointed because of previous or current employment with other federal organizations

## APPLICANT CERTIFICATION

I certify that, to the best of my knowledge and belief, all of the information on and submitted in support of my application is true, correct, complete and made in good faith. I understand that false or fraudulent information on or attached to this application may be grounds for not hiring me or firing me after I begin work, and may be punishable by fine or imprisonment. I understand that any information I give may be investigated.

[✓] I certify that I have read and understand the applicant certification statement provided above.

## DOCUMENTATION REQUIRED

0014

# ADDITIONAL NOTES