

Washington, DC 20515

January 22, 2003

Mr. David Smith

Dear Mr. Smith:

This is to confirm your acceptance of our offer of employment with the Architect of the Capitol, House Office Buildings. You have been selected for the position of Electronics Mechanic, WG-2604-12 step 05 at the rate of $24.26. You will be eligible for the Federal Employees Health and Life Insurance, the Thrift Savings Plan, Leave accrual and the Federal Retirement System.

Please report for new employee orientation, which will include completion of appointment documents, on January 27, 2003 at 9:00 am to the Human Resources Management Division, Employment and Classification Branch, Ford House Office Building, Room H2-178, 2nd and D Streets, S.W., Washington, DC. You will be in orientation until approximately 4:00 p.m. At that time you will be escorted to your work site to complete the remainder of your work day. If you are scheduled to work other than the day shift, you will work an 8 hour work day on your first day of work. Your supervisor will then inform you of your regular schedule.

When reporting for new employee orientation, you must bring with you proof of identification to complete the appointment process. Please review the instructions on the attached page and bring the appropriate form(s) of identification with you. You must provide a valid Social Security Number to complete the appointment documents.

You are advised that your appointment with the Architect of the Capitol (AOC) is contingent upon a review of the results of your fingerprint check and a satisfactory decision regarding your suitability for employment with the AOC. If it is determined that you are unsuitable for employment with the AOC, you will be notified and your employment terminated. You should be aware that the AOC has stringent suitability requirements to protect the Members of Congress, the public, and our own employees.

0000000598

**ELECTRONICS MECHANIC, WG-2604-11**
**House Office Buildings**
**Electrical Division**

## I.    INTRODUCTION:

This position is located in the Superintendent's Office, House Office Buildings, Electrical Division. The incumbent is an Electronics Mechanic involved in fabricating, overhauling, modifying, installing troubleshooting, repairing and maintaining a variety of highly complex, sophisticated, state of the art systems employed in a complete Fire/Life Safety support system.

## II.    TYPICAL WORK PERFORMED:

The incumbent services a variety of complex state of the art systems employed as a complete Fire/Life Safety support system. Assembles, installs and repairs such fire alarm system equipment as system host computers that must be rack mounted for proper access to field equipment, communication cabling and system devices as in printers, function keyboards and display screens, system back bones related to the installation of electronic equipment that must be field programmed and connected to the communication loops provided by the host system computer, installs special enclosures to hold system parts, connects field wiring to properly addressed locations on electronic equipment, connects special purpose power supplies to control panels and field equipment. Also makes repair to fire alarm systems that are found in computer rooms utilizing gasses such as Halon to suppress fire.

Assembles, installs, repairs, adjusts and connects fire alarm system devices as in smoke detectors, flow switches, tamper switches and manual pull stations. Connects devices by way of running special cable rated for fire systems that may be located within return air plenums and, where needed, runs conduit to protect vital communication runs.

Makes modifications to fire alarm systems including software, though minimal in nature, and hardware changes to facilitate modifications to the building as in the reconfiguration of office spaces and adding new coverage after the construction of new rooms that are isolated from existing fire alarm devices. All work listed in this paragraph is first reviewed with the AOC Fire Protection Engineer (FPE) prior to implementing.

Diagnoses and trouble shoots electronic equipment related to fire system components and field devices and makes repairs to damaged equipment caused by accidents.

Conducts monthly, semi-annual and annual testing and inspection of components of fire systems and keeps records for inspection by others. This testing also includes fire alarm systems that are found in computer rooms utilizing gasses as in Halon to suppress fire. Assists the FPE in certification of fire systems that are new and or have had data base software modifications performed.

Maintains, repair and inspects various digital and analog systems such as: alarm and status

0000000593

transmitters and receiving modules; beam modulated photo-electric smoke detectors; micro processor based card key entry systems; solid state amplifiers and PA systems using devices approved and regulated by the Americans with Disabilities Act (ADA).

Installs, tests, maintains and repairs high and low voltage ionization detectors which utilize a radioactive reference and must have an understanding of the basic principles of radiation protection, storage, handling and disposal as set forth by the Nuclear Regulatory Commission (NRC).

Routinely provides assistance in order to coordinate and support VIP functions for the Fire/Life Safety systems when requested by the United States Capitol Police. Provides on-site support and assistance during emergency situations as in fire, bomb threats and floors that included the immediate reestablishment of fire protection in the damaged areas.

Provides technical input during consultation with the Engineering Branch, contract construction engineers, building managers, Safety Branch personnel and general contractors during installation, design, modification, testing and inspection of electrical/mechanical, modular and complete computerized Fire/Life Safety alarm systems.

Responds to system alarms to assist in evaluating alarm conditions, their cause and to make recommendations for "All Clear" after events occur. Reports investigation findings to House Superintendent's Safety Office, shop supervisors and US Capitol Police officials.

Maintains records of laboratory and field tests and prepares normal test reports in accordance with established procedures.

Assist in the operations and maintenance of the electronics laboratory, i.e., sets up testing procedures for bench operations and inspections of equipment.

Attends training classes as directed by the supervisor and receives on-the-job training in different facets of the Electrical Division as provided by higher level mechanics and supervisors assigned to this duty.

Performs other duties as assigned.

## III.    SKILL AND KNOWLEDGE:

Knowledge of principles of electronic theory and design normally acquired by completion of electronic mechanic training either in an accredited civilian institution or in connection with military occupational training is required and supplemented by on-the-job experience. Must be able to use theoretical concepts to devise solutions for operating or repair problems on systems in which novel engineering approaches have created unforseen problems.

Skill to interpret electronics drawings, specifications and schematics of complex operational systems such as a new data transmission system with analog-to-digital converters, pulse

0000000594

generators, multiplexers, timing circuits and similar involved subunits which create and use many interlocking signals.

Sound practical knowledge of operations, capabilities and limitations of electronic equipment and systems. Skill in applying this knowledge to understand prototype and experimental systems in order to improvise alignment, repair and operation procedures which will be efficient, complete and compatible with available resources.

Technical knowledge and ability to disable portions of the Fire/Life Safety systems for areas under construction, sprinkler repair or general construction while maintaining the integrity and continuity of the Fire/Life Safety systems in the remainder of the facility.

Advanced technical knowledge and diagnostic skills either by modifying existing troubleshooting and repair techniques or by improvising new procedures to execute the repairs. In most cases, this is done in the field, on site, independently and without benefit of direct supervision.

Application of trade skills and technical knowledge in the modification and adaptation of electronic components in the various electronic systems to achieve optimum effectiveness is required.

Knowledge of design and ability to construct interfaces for the interconnections of otherwise incompatible Fire/Life Safety systems while keeping within the NFPA regulations for fire systems.

Must have a thorough knowledge of national, federal and local codes and regulations pertaining to Fire/Life Safety systems (NFPA Article 70, BOCA, NEC, ADA, NRC).

Must be able to apply a high level of skill, judgement and knowledge due to the complexity of the equipment and the special maintenance and repair of the problems involved.

Must have the knowledge of overall operations, general makeup of the understanding of how a fire alarm system functions. This will include but not be limited to the ability to lay out the backbone of a system, know how information will flow through the system so alarms will be received by the system even after a catastrophic event as well as the ability to understand, review, and make recommendations for changes to the software data base written to operate a fire alarm system that is computer based.

Ability to interface different manufacture devices to the system so that different manufactured devices work together within the same system. Also to interface secondary devices to a fire alarm system in order to control the flow of smoke from a fire and to guide employees and guests to the proper exit. This may include the ability to interface power systems feeding locking devices on doors leading outside of the building or the interfacing of relay circuits to recall elevators to the proper floors based on location of a fire alarm.

Knowledge of Ohm's and Kirchoff's Laws, series and parallel wiring, advance electric and

0000000595

electronic theory and application, circuit supervision methods, control wiring, microprocessor-based programming theory, fire suppression systems, digital circuit theory, construction techniques for a variety of trades.

Knowledge of operation, capabilities and limitations of electronic equipment and systems.

Skill in applying this knowledge to understand new systems or complex systems that have frequent engineering changes to improvise alignment, repair and operating procedures which will be efficient, complete and compatible with available resources.

Skill in troubleshooting complex electronic systems that lack documentation and to assist engineers in the development of technical orders using reverse engineering procedures, which in some work situations may be required to interact with engineers, manufacturers' representatives, engineering personnel and field unit personnel in troubleshooting and developing modifications, substitutions or corrections to equipment to reduce breakdowns and/or simplify repairs, servicing or operations.

Skill in the use of a wide variety of specialized test equipment and associated tools including, but not limited to, digital and analog volt-ohm meters, IBM compatible computers, digital oscilloscopes, capacitance meters, signal function generators, air velocity meters, battery load testers, hydrometers, ampere probes, megger meters, AutoCall test meters, ionization and smoke calibration and test meters, logic probes, tone generators and cable tracers, battery eliminators, semi-conductor testers and a wide variety of hand, electric and battery operated tools.

## IV.    RESPONSIBILITY:

The incumbent is under the general supervision of the Electric Shop Supervisor. Assignments, oral and written, arise as a result of trouble calls assigned by the supervisor, inspections made by the incumbent, or as a result of maintenance and repair work scheduled by the supervisor.

Guidance is occasionally derived from various technical trade publications, and pertinent governmental documents. All work performed is subject to review by the supervisor, who occasionally spot checks and reviews developed documentation. While guidelines such as drawings, technical orders, manufacturers' specifications, schematics, and block diagrams are usually available, they are often vague or incomplete, and the mechanics may be required to identify and calculate the missing information.

Makes more independent judgments and decisions regarding methods and procedures for completing assignments that may involve extending the use of conventional test equipment, and improvising fault analysis, repair and calibration techniques. Understand the effect that particular repairs will have on the related integral components of the equipment serviced. Makes further tests and alignments to ensure that the completed equipment is aligned and functioning properly.

The supervisor spot checks work for compliance with acceptable trade practices and

0000000596

specifications and provide technical advice and assistance on unusual or very difficult problems. Incumbent keeps abreast of technological changes in the occupation, and may provide technical guidance and assistance to lower grade mechanics.

## V.    PHYSICAL EFFORT:

Works from ladders, scaffolds and platforms where the installation and maintenance of equipment is hard to reach. This position requires standing, bending, and kneeling in tight and uncomfortable positions. Frequently lifts, carries and sets up tools, equipment and parts that weigh up to 50 pounds and occasionally may be required to lift and carry items that weigh over 50 pounds with help. Is exposed to battery acid, cuts and bruises, fumes, extinguishing agents, extreme variations in frequencies in dB levels, high EMF levels and dust during regular work tasks. Incumbent may be exposed to hazardous situations such as: actual fires, smoke, bomb threats, gas leaks and power outages.

## VI.    WORKING CONDITIONS:

Most work is performed inside well-lighted and ventilated spaces, but may involve work that is outside with exposure to cold, hot or wet conditions. May also involve work in cramped and dirty spaces. Work may be shift work on days, nights or odd hours. Is subject to serious electrical burns, and possible death due to electrical shock.

0000000597