**Capital Reporting Company**

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3   -------------------------------x

 4   MICHAEL GRAHAM,                 :

 5        Plaintiff,                 :

 6   vs.                             :   Civil Action No.

 7   THE ARCHITECT OF THE            :   05-1340 (JR)

 8   CAPITOL,                        :

 9        Defendant.                 :

10   -------------------------------x

11                              Washington, D.C.

12                              Thursday, May 25, 2006

13   Deposition of:

14              KEVIN ANDRE BANKS

15   called for oral examination by counsel for

16   Plaintiff, pursuant to notice, at the Ford House

17   Office, Second and D Street, Southwest, Room 480,

18   Washington, D.C., before Gercha Richards White of

19   Capital Reporting, a Notary Public in and for the

20   District of Columbia, beginning at 9 a.m., when were

21   present on behalf of the respective parties:

22
```

Capital Reporting Company

Page 2

```
 1                A P P E A R A N C E S
 2
 3    FOR THE PLAINTIFF:
 4    ALDERSON & DEVORSETZ, PLLC
 5    BY:  Leslie D. Alderman, III, Esq.
 6    The Blake Building
 7    1025 Connecticut Avenue, Northwest, Suite 1000
 8    Washington, D.C. 20036
 9    (202) 969-8220
10
11    FOR THE DEFENDANT:
12    BY:  Mercedeh Momeni, Esq.
13    Assistant United States Attorney
14    555 Fourth Street, Northwest, Civil Division
15    Washington, D.C. 20530
16    (202) 305-4851
17
18
19
20
21
22
```

**Capital Reporting Company**

Page 3

```
 1                     I N D E X

 2   WITNESS:  KEVIN ANDRE BANKS

 3   EXAMINATION                            PAGE

 4   Mr. Alderman                           4, 143

 5   Ms. Momeni                             86, 144

 6

 7                   E X H I B I T S

 8   NUMBER       DESCRIPTION               PAGE

 9

10                      (NONE)

11

12

13

14

15

16

17

18

19

20

21

22
```

1   That's really the only ones I knew of.
2       Q.  Okay.  And what is your knowledge of how
3   far back the three documents we just talked about,
4   the KSAs, the vacancy announcements and the PDs go
5   back?  How long have they been used for the
6   assistant supervisors positions?
7       A.  Oh, I don't know.
8       Q.  So you wouldn't know if they've been used
9   for the past ten years and they haven't changed?
10  You wouldn't necessarily know that, would you?
11      A.  No.
12      Q.  Okay.  And how long have you been the
13  midnight shift's supervisor when the position at
14  issue, which is the assistant supervisor position,
15  which is the position that Mr. Graham has put at
16  issue was -- was announced and filled?
17      A.  I wasn't the supervisor there.  I was just
18  acting at that point.
19      Q.  You were just acting at that point.
20          And just so that I get the time line clear
21  in my mind, prior to you becoming the supervisor on
22  the midnight shift, who had been the supervisor?

1   Mr. Smith, he doesn't have the answer?

2       A.   Yeah.

3       Q.   Would he characterize it the same way?

4       A.   Probably not.  He'd probably tell you he
5   has the answer all the time, but again that depends
6   on how you want to look at it, to.  I have the
7   answer all the time, too, because I know who to go
8   get it from.

9       Q.   I'm just trying to -- the bottom line is
10  I'm trying to assess his technical knowledge.

11      A.   His technical knowledge.  As far as he --
12  he's been a help to me as far as fire alarm goes,
13  because I'm not a fire alarm person.

14      Q.   And I think we've established that his
15  shouting order style, management style is not --

16      A.   Yeah.  That --

17      Q.   Doesn't work for you, necessarily.

18      A.   No.

19      Q.   Would you agree with me though that it
20  balances out your nice guy, Mr. Finesse approach to
21  management?

22      A.   On occasions.  On occasions.

Capital Reporting Company

Page 121

1    Q.  And when you said Mr. Graham had his good
2  and bad, could you elaborate on that?
3    A.  (No verbal response.)
4    Q.  I think you've testified that he has the
5  same manage style as he's laid back.
6    A.  Same thing.  Yeah.  That would be his good
7  side.
8    Q.  Okay.  And --
9    A.  And I really don't have a bad side for him
10 because I, you know, don't -- as I said, I didn't
11 work for him or work with him on a regular basis,
12 but I'm assuming everybody got a bad side.  So that
13 was just kind of like a statement of people in
14 general.
15   Q.  Have you ever heard people say that he goes
16 missing in action a lot?
17   A.  I've heard people say that.
18   Q.  Have you heard people saying that, you
19 know, Mr. Graham's got time and attendance issues,
20 you know, not taking a lot of days off, what have
21 you?
22   A.  No, I have.