**Capital Reporting Company**

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF COLUMBIA
 3
 4   - - - - - - - - - - - - - - - - - X
 5   MICHAEL GRAHAM                    :
 6        Plaintiff,                   :
                                       : Case No.:
 7   vs.                               : 1:05CV01340
 8   THE ARCHITECT OF THE CAPITOL      :
 9        Defendants.                  :
10   - - - - - - - - - - - - - - - - - X
11                                 Washington, D.C.
12                                 Thursday, April 6, 2006
13
14   Deposition of:
15                      KENNETH MASTERS
16   called for oral examination by counsel for
17   Plaintiff, pursuant to notice, at the Ford House
18   Office, 2nd and D Street, S.W., Room B39,
19   Washington, D.C., before Jodi Scheffel, a Notary
20   Public in and for the District of Columbia,
21   beginning at 9:45 a.m., when were present on behalf
22   of the parties.
```

Page 46
1  work-related accomplishments are you most proud
2  of, end quote.
3      Can you tell me what you were looking for
4  in answer to that question?
5      A   Well, I was looking for two work-related
6  accomplishments. This doesn't seem real specific.
7      Q   Now, that notation that comes below your
8  notes about Mr. Graham's answers, it reads, quote,
9  not specific enough, end quote.
10     Do you remember when you made that
11 notation?
12     A   I don't remember.
13     Q   Question number four reads, quote,
14 imagine that you were an assistant supervisor and
15 one afternoon you observed that one of your
16 employees has reported to work inebriated. What
17 would you do, end quote.
18     Was there a particular answer you were
19 looking for in response to that question?
20     A   I see I have a note here. It says
21 notified supervisor or call supervisor. I was
22 looking for that, to notify the supervisor of the

Page 47
1  incident. That's all I remember really.
2      Q   Question number five reads, quote, what
3  device would you use to measure the following: The
4  first on that list is current.
5      Do you know the answer to that question?
6      A   I do.
7      Q   Did you know at the time of the interview
8  the answer to that question?
9      A   I did.
10     Q   What was the answer?
11     A   Amp meter.
12     Q   Next is, what device would you use to
13 measure voltage?
14     At the time of the interview, did you
15 know the answer to that question?
16     A   I did.
17     Q   What was the answer to that question?
18     A   A volt meter.
19     Q   What was Mr. Graham's response there?
20     A   Multimeter.
21     Q   Is multimeter an acceptable answer?
22     A   That is an answer, yes. I was looking

Page 48
1  for a little more specific but that answer would
2  work.
3      Q   So you could use that device to measure
4  voltage?
5      A   Yes.
6      Q   The next, number five, what device would
7  you use to measure resistence?
8      At the time of the interview, did you
9  know the answer to that question?
10     A   Yes.
11     Q   What was the answer?
12     A   Multimeter.
13     Q   Lastly, what device would you use to
14 measure continuity?
15     Did you know the answer to that question
16 at the time of the interview?
17     A   Yes.
18     Q   What was the answer?
19     A   Continuity checker or a multimeter.
20     Q   So Mr. Graham answered all of those
21 questions correctly under number five?
22     A   Yes.

Page 49
1      Q   How did you know the answer to that
2  question?
3      A   I went to school for electricity.
4      Q   So you recall that from your schooling?
5      A   Oh, yes.
6      Q   Question number six reads: Earlier this
7  year, there were rumors that electronics
8  technicians from the electronics division were
9  going to be merged with electric shop. Imagine you
10 were the supervisor and several of these higher
11 graded technicians are assigned to your shift to
12 work with the electricians. How would you handle
13 the disruption to the shift and the attitudes
14 resulting from the grade discrepancy, end quote.
15     Was there a particular response you were
16 looking for in answer to that question?
17     A   I was looking for an answer that was more
18 specific to if there was a disruption or if there
19 were some problems.
20     Q   In your mind, what does that mean, more
21 specific; in other words, what were you looking for
22 in response?

Page 50

1    A   How he would handle the disruption on the
2    shift and the attitudes. How would you deal with
3    it? It's not telling me anything about how he
4    would deal with it.
5        Q   Question number seven reads, quote, can a
6    photoelectric ionization and heat detector be
7    installed on the same four-wire indicating circuit,
8    end quote.
9            At the time of the interview, did you
10   know the answer to that question?
11       A   I did not.
12       Q   Did you come to learn the answer to that
13   question?
14       A   I did.
15       Q   How did you learn the answer to the
16   question?
17       A   As I remember, the answer was yes.
18       Q   How did you learn what the correct answer
19   was?
20       A   I asked Steve Stewart after the
21   interviews were over.
22       Q   Question number eight reads, quote, what

Page 51

1    indicating devices are required in the presence of
2    sprinkler heads in an elevator shaft, end quote.
3            At the time of the interview, did you
4    know the response to that question?
5        A   I thought I knew it but I wasn't 100
6    percent sure.
7        Q   What was the answer?
8        A   I believe it's a smoke detector.
9        Q   Did you do anything to learn the correct
10   answer?
11       A   As I recall, I asked that question.
12       Q   Of Steve Stewart?
13       A   Yes.
14       Q   Do you recall his answer?
15       A   To the best of my memory, a smoke
16   detector.
17       Q   You indicated in your handwritten note
18   there, did not know basic answer.
19           Why did you think that that was a basic
20   answer?
21       A   That was just an opinion of mine. I just
22   thought that that might be a basic answer.

Page 52

1        Q   Question number nine, quote, there has
2    been some discussion about creating a separate FA
3    Shop. What are your thoughts on that idea, end
4    quote.
5            What's an FA Shop?
6        A   Fire alarm.
7        Q   Was there any particular answer you were
8    looking for in response to that question?
9        A   I guess I was just looking for a little
10   more commentary on that. No specific answer.
11       Q   Question number 10 reads, quote, what
12   methods would you use to motivate your employees to
13   work harder, end quote.
14           Again, my question is, was there a
15   particular response or were there particular
16   elements that you were looking for in response to
17   that question?
18       A   No.
19       Q   Question number 11, I'll ask you the same
20   question. If you would just review the question
21   and let me know if there was a specific answer you
22   were looking for.

Page 53

1        A   Looking for being self-motivated. I was
2    looking for a little more specific on that answer
3    other than to get to work on time. Can work
4    independently, that's kind of general, in my
5    opinion. Number three, make quick decisions in
6    emergency situations. I guess I was just looking
7    for a little more there on how to shut off fire
8    alarms.
9        Q   Is shutting off a fire alarm an example
10   of a quick decision in an emergency situation in
11   your mind?
12       A   It could be.
13       Q   Is getting a circuit back on line and
14   troubleshoot evidence of working independently in
15   your mind?
16       A   It could be.
17       Q   Question number 12 reads, quote, what is
18   the maximum number of smoke detectors allowed on an
19   indicated circuit, end quote.
20           At the time of the interview, did you
21   know the answer to that question?
22       A   No.

14 (Pages 50 to 53)