UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL GRAHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1340 (JR) |
| | ) | |
| THE ARCHITECT OF THE CAPITOL, | ) ) | |
| | ) | |
| Defendant. | ) | |

**<u>PRAECIPE</u>**

The Clerk of the Court will please enter the appearance of MADELYN E. JOHNSON, Assistant United States Attorney, as co-counsel of record for the Defendant, The Architect of the Capitol, in the above-captioned case.

_____
MADELYN E. JOHNSON, DC Bar #292318
Assistant U.S. Attorney
Judiciary Center Building
555 - 4th Street, N.W. - Rm. E4114
Washington, D.C. 20530
(202) 514-7135

CERTIFICATE OF SERVICE

I certify that on September 21, 2006, a copy of the foregoing Entry of Appearance was served on counsel for all parties by electronic notification through the District Court ECF:

_____
Madelyn E. Johnson, Assistant U.S. Attorney
555 4th Street, N.W. – Rm. E4114
Washington, D.C. 20530
(202) 514-7135