## *Graham v. AOC*
*Civil Action Number 05-1340(JR)*

Defendant's Trial Exhibit List

| Exhibit Number | Description |
|---|---|
| 1 | Midnight shift assistant supervisor vacancy announcement, no. HOB 2004-173 |
| 2 | 2004 assistant supervisor position description |
| 3 | Plaintiff's application |
| 4 | David Smith's application |
| 5 | Phillip Rupprecht's application |
| 6 | List of eligibles |
| 7 | September 2, 2004 interview list |
| 8 | Interview questionnaire (blank) |
| 9 | Aitcheson's Completed Questionnaires |
| 10 | Stewart's Completed Questionnaires |
| 11 | Master's Completed Questionnaires |
| 12 | Aitcheson's Grid |
| 13 | Stewart's Grid |
| 14 | Master's Grid |
| 15 | Ranking Matrix |
| 16 | Plaintiff's Responses to Defendant's Interrogatories |
| 17 | Plaintiff's Deposition Transcript |